Dec/01/2016 10:37:00 AM Marriott's Lakeshore Reserver 407-393-8410 2/8

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re SCOUT MEDIA, INC., Debtor* ) Case No. ______

) Chapter 11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on ______ (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

Joy R. Grafton
POPPER & GRAFTON
225 W34th Street, Suite 1506
New York, NY 10122

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

______ (Clerk of the Bankruptcy Court)

Date: ______ By: ______ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

Fill in this information to identify the case:

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (if known): ____________ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

SCOUT MEDIA, INC.

**3. Other names you know the debtor has used in the last 8 years**

*Include any assumed names, trade names, or doing business as names.*

North American Membership Group, Inc.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ – ________

**5. Debtor's address**

**Principal place of business**

1270 Avenue of the Americas
Number Street

9th Floor

New York NY 10020
City State ZIP Code

New York
County

**Mailing address, if different**

12301 Whitewater Drive
Number Street

P.O. Box

Minnetonka MN 55343
City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor SCOUT MEDIA, INC. Case number (if known) ____________

6. **Debtor's website (URL)** www.scout.com

7. **Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: ____________

8. **Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor ____________ Relationship ____________

District ____________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

Debtor ____________ Relationship ____________

District ____________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

## Part 2 Report About the Case

10. **Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [ ] No
- [x] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor SCOUT MEDIA, INC. Case number (if known)

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| LSC Communications, Inc. fdba R.R. Donnelley & Sons Co | Judgment | $ $571,651.50 |
| Imatch Services, LLC | Work Labor & Services | $ $81,613.00 |
| On Safari Foods | Food Sold & Delivered | $ $29,116.50 |
| | Total of petitioners' claims | $ $782,381.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

LSC Communications, Inc.fdba R.R. Donnelley& Sons Co
Name

4101 Winfield Road
Number Street

Warrenville IL 60555
City State ZIP Code

Name and mailing address of petitioner's representative, if any

Dan Pevonka , VP Client Financial Services
Name

same as above email-dan.pevonka@lsccom.com
Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/30/2016
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1806
Number Street

New York NY 10122
City State ZIP Code

Contact phone 212-290-2830 Email pg-law@juno.com

Bar number JG5434

State New York

✗ [signature]
Signature of attorney

Date signed 11/30/2016
MM / DD / YYYY

LSC
COMMUNICATIONS

I, Suzanne S. Bettman, do hereby certify that I am the duly elected, qualified, and acting Secretary of LSC Communications US, LLC, a Delaware limited liability company (the "Company").

I further certify that effective October 1, 2016, the Company began operating as a standalone public company following the completion of its tax-free spin-off (the "Spin-Off Transaction") from R.R. Donnelley & Sons Company ("RRD").

I further certify that as a result of the Spin-Off Transaction, the claim held by RRD in the bankruptcy proceedings of Scout Media, Inc. was assigned to the Company, and I further certify that such assignment was not made for the purpose of enabling the Company to file an involuntary bankruptcy proceeding against Scout.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 21st day of November, 2016.

S. Bettman
Suzanne S. Bettman
Secretary

Debtor: SCOUT MEDIA, INC. (Name)

Case number (if known) ______

**Name and mailing address of petitioner**

Imaton Services LLC
Name

1417 4th Avenue, Suite 800
Number Street

Seattle | WA | 98102
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dan Staggs, Managing Partner
Name

same as above email-dstaggs@match.com
Number Street

______ City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/16 (MM / DD / YYYY)

✗ [signature] Signature of petitioner or representative, including representative's title

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1801
Number Street

New York | NY | 10122
City | State | ZIP Code

Contact phone 212-290-2630 Email pg-law@juno.com

Bar number JG5434

State New York

✗ [signature] Signature of attorney

Date signed 11/30/2016 (MM / DD / YYYY)

**Name and mailing address of petitioner**

On Safari Foods Inc.
Name

3317 3rd Ave. So.
Number Street

Seattle | WA | 98134
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Teresa Carew, President
Name

same as above email-teresa@onsafarifoods.com
Number Street

______ City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______ MM / DD / YYYY

✗ ______ Signature of petitioner or representative, including representative's title

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1806
Number Street

New York | NY | 10122
City | State | ZIP Code

Contact phone 212-290-2630 Email pg-law@juno.com

Bar number JG5434

State New York

✗ ______ Signature of attorney

Date signed ______ MM / DD / YYYY

Debtor: SCOUT MEDIA, INC. (Name)  Case number (if known): ____________

**Name and mailing address of petitioner**

Imatch Services LLC
Name

1417 4th Avenue, Suite 800
Number Street

Seattle | WA | 98102
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dan Staggs, Managing Partner
Name

same as above email-dstaggs@match.com
Number Street

City ____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________ MM / DD / YYYY

✗ ________________________
Signature of petitioner or representative, including representative's title

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1801
Number Street

New York | NY | 10122
City | State | ZIP Code

Contact phone 212-290-2830 Email pg-law@juno.com

Bar number JG5434

State New York

✗ ________________________
Signature of attorney

Date signed ____________ MM / DD / YYYY

**Name and mailing address of petitioner**

On Safari Foods Inc.
Name

3317 3rd Ave. So.
Number Street

Seattle | WA | 98134
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Teresa Carey, President
Name

same as above email-teresa@onsafarifoods.com
Number Street

City ____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2016 MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1806
Number Street

New York | NY | 10122
City | State | ZIP Code

Contact phone 212-290-2830 Email pg-law@juno.com

Bar number JG5434

State New York

✗ [signature]
Signature of attorney

Date signed 11/30/2016 MM / DD / YYYY

