B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

**SOUTHERN** **District Of** **NEW YORK**

In re    SCOUT MEDIA, INC.                    )    Case No. _____
         Debtor*                              )
                                              )    Chapter _____ 11 _____

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on _____ (date), requesting an order for relief under chapter ___11___ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
                        Clerk of the United States Bankruptcy Court
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
                        Joy R. Grafton
                        POPPER & GRAFTON
                        225 W34th Street, Suite 1906
                        New York, NY 10122

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                              _____
                                              (Clerk of the Bankruptcy Court)

Date: _____               By: _____
                                              (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

☐ Check if this is an
amended filing

United States Bankruptcy Court for the:

Southern District of New York
_____ (State) _____ Chapter _____

Case number (if known): _____

**Official Form 205**

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1.  **Chapter of the
    Bankruptcy Code**

    Check one:

    ☐ Chapter 7
    ☒ Chapter 11

**Part 2:   Identify the Debtor**

2.  **Debtor's name**         SCOUT MEDIA, INC.

3.  **Other names you know
    the debtor has used in
    the last 8 years**        North American Membership Group, Inc.

    Include any assumed
    names, trade names, or
    doing business as names.

4.  **Debtor's federal
    Employer Identification
    Number (EIN)**            ☐ Unknown

                              EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

5.  **Debtor's address**      Principal place of business                    Mailing address, if different

                              1270 Avenue of the Americas                    12301 Whitewater Drive
                              Number   Street                                Number   Street

                                                                             P.O. Box

                              9th Floor

                              New York          NY      10020                Minnetonka              MN    55343
                              City              State   ZIP Code             City                    State ZIP Code

                              New York                                       Location of principal assets, if different from
                              County                                         principal place of business

                                                                             Number   Street

                                                                             City                    State ZIP Code

Official Form 205              Involuntary Petition Against a Non-Individual                          page 1

Debtor    __SCOUT MEDIA, INC.__                                                                   Case number (if known)_____
                        Name

**6.  Debtor's website (URL)**        www.scout.com

**7.  Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify:_____

**8.  Type of debtor's business**

Check one:
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(8))
☒ None of the types of business listed.
☐ Unknown type of business.

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor_____                                                                              Relationship_____
        District_____                           Date filed_____              Case number, if known_____
                                                  MM / DD / YYYY

        Debtor_____                                                                              Relationship_____
        District_____                           Date filed_____              Case number, if known_____
                                                  MM / DD / YYYY

---

**Part 1:    Report About the Case**

**10.  Venue**

Check one:
☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:
☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No
☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                          Involuntary Petition Against a Non-Individual                              page 2

Debtor    **SCOUT MEDIA, INC.**
Name

Case number (if known)

**12. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| LSC Communications, Inc. f/dba R.R. Donnelley & Sons Co | Judgment | $ $671,651.50 |
| Imatch Services, LLC | Work Labor & Services | $ $61,613.00 |
| On Safari Foods | Food Sold & Delivered | $ $29,116.50 |
|  | Total of petitioners' claims | $ $762,381.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, (if known), at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 5 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address of petitioner | Joy R. Grafton |
|  | Printed name |
| LSC Communications, Inc./d/ba R.R. Donnelley & Sons Co | Pepper & Grafton |
| Name | Firm name, if any |
| 4101 Winfield Road | 225 W 34th Street, Suite 1806 |
| Number    Street | Number    Street |
| Warrenville          IL          60555 | New York          NY          10122 |
| City    State    ZIP Code | City    State    ZIP Code |
| Name and mailing address of petitioner's representative, if any | Contact phone  212-290-2890    Email  PR-Mew@bluno.com |
| Dan Pavonka, VP Client Financial Services | Bar number  JG5434 |
| Name |  |
| same as above email-dan.pevonka@lsccom.com | State  New York |
| Number    Street |  |
| City    State    ZIP Code |  |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/30/2016                         x _____
            MM/DD/YYYY                           Signature of attorney
x _____                     Date signed  11/30/2016
Signature of petitioner or representative, including representative's title            MM/DD/YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Dec/01/2016 10:37:00 AM          Marriott's Lakeshore Reserve 407-393-6410          6/8



# LSC
# COMMUNICATIONS

I, Suzanne S. Bettman, do hereby certify that I am the duly elected, qualified, and acting Secretary of LSC Communications US, LLC, a Delaware limited liability company (the "Company").

I further certify that effective October 1, 2016, the Company began operating as a standalone public company following the completion of its tax-free spin-off (the "Spin-Off Transaction") from R.R. Donnelley & Sons Company ("RRD").

I further certify that as a result of the Spin-Off Transaction, the claim held by RRD in the bankruptcy proceedings of Scout Media, Inc. was assigned to the Company, and I further certify that such assignment was not made for the purpose of enabling the Company to file an involuntary bankruptcy proceeding against Scout.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 21st day of November, 2016.

Suzanne S. Bettman
Secretary

Dec/01/2016 10:37 00 AM          Marriott's Lakeshore Reserver 407-393-6410          7/8

Debtor    SCOUT MEDIA, INC.
Name                                                                                          Case number (if known)

**Name and mailing address of petitioner**

Imelon Services LLC
Name

1417 4th Avenue, Suite 900
Number    Street

Seattle                                    WA        98102
City                                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dan Stagge, Managing Partner
Name

same as above email-dstagge@match.com
Number    Street

_____
City                                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/16
            MM /DD /YYYY

X _____
Signature of petitioner or representative, including representative's title

---

**Name and mailing address of petitioner**

On Safari Foods Inc.
Name

3317 3rd Ave. So.
Number    Street

Seattle                                    WA        98134
City                                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Teresa Clerew, President
Name

same as above email-teresa@onsafarifoods.com
Number    Street

_____
City                                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM /DD /YYYY

X _____
Signature of petitioner or representative, including representative's title

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 4

---

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1801
Number    Street

New York                                   NY        10122
City                                       State     ZIP Code

Contact phone  212-290-2630  Email  pg-law@juno.com

Bar number  JG5434

State  New York

X _____
Signature of attorney

Date signed  11/30/2016
            MM /DD /YYYY

---

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1801
Number    Street

New York                                   NY        10122
City                                       State     ZIP Code

Contact phone  212-290-2630  Email  pg-law@juno.com

Bar number  JG5434

State  New York

X _____
Signature of attorney

Date signed  MM /DD /YYYY

Dec/01/2016 10:37:00 AM          Marriott's Lakeshore Reserver 407-393-8410                                                    8/8

Debtor    SCOUT MEDIA, INC.
Name

Case number (if known)

**Name and mailing address of petitioner**

Imatch Services LLC
Name

1417 4th Avenue, Suite 800
Number    Street

Seattle                                     WA            98102
City                                        State          ZIP Code

Name and mailing address of petitioner's representative, if any
Name

Dan Staggs, Managing Partner

same as above email-dstaggs@imatch.com
Name
Number    Street

City                                        State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2016
             MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

---

**Name and mailing address of petitioner**

On Safari Foods Inc.
Name

3317 3rd Ave. So.
Number    Street

Seattle                                     WA            98134
City                                        State          ZIP Code

Name and mailing address of petitioner's representative, if any
Name

Teresa Carey, President

same as above email-teresa@onsafarifoods.com
Name
Number    Street

City                                        State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2016
             MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

---

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1801
Number    Street

New York                          NY            10122
City                              State          ZIP Code

Contact phone  212-290-2830   Email   pg-law@juno.com

Bar number     JG5434

State          New York

✗
Signature of attorney

Date signed  MM / DD / YYYY

---

Joy R. Grafton
Printed name

Popper & Grafton
Firm name, if any

225 W 34th Street, Suite 1805
Number    Street

New York                          NY            10122
City                              State          ZIP Code

Contact phone  212-290-2830   Email   pg-law@juno.com

Bar number     JG5434

State          New York

✗ [signature]
Signature of attorney

Date signed  11/30/2016
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual                          page 4