Hugh McCullough
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150

*Attorneys for James C. Heckman, Jr.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SCOUT MEDIA, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 16-13369-MEW |

**NOTICE OF APPEARANCE OF JAMES C. HECKMAN, JR.**

Please take notice that James C. Heckman, Jr., hereby appears in this case through the undersigned attorneys. Mr. Heckman respectfully requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices that he is entitled to receive, and all other documents filed in this case, in any cases consolidated or jointly administered with this case, and in any adversary proceedings and appeals to and of the foregoing, be promptly delivered to the undersigned as his attorneys at this address.

>Brad Fisher
>Hugh McCullough
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington 98101-3045
>*bradfisher@dwt.com*
>*hughmccullough@dwt.com*
>206-622-3150 (telephone)
>206-757-7700 (fax)

Mr. Heckman respectfully requests that the above-referenced attorneys be added to any service or notice list maintained in this case. Mr. Heckman's attorneys are not authorized to accept service of original process on Mr. Heckman's behalf.

\* \* \*

2

Dated: Seattle, Washington
December 5, 2016

          Davis Wright Tremaine LLP
          *Attorneys for James C. Heckman, Jr.*

          By /s/ Hugh McCullough
              Hugh McCullough

          1201 Third Avenue, Suite 2200
          Seattle, Washington 98101-3045
          (206) 622-3150