**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                          Case No.: 16-13369-MW

    SCOUT MEDIA, INC.                                        Chapter 11

                    Debtor

------------------------------------------------------------x

                                Adversary Proceeding No.: _____

                    Plaintiff

         v.

                    Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Brad Fisher_____, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles_____, to represent James C. Heckman, Jr_____, a party in interest_____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Washington_____ and, if applicable, the bar of the U.S. District Court for the Western_____ District of Washington_____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, New York         s/ Brad Fisher_____

                                                   *Mailing Address*:

                                                   Davis Wright Tremaine_____

                                                   1201 Third Avenue, Suite 2200_____

                                                   Seattle, WA  98101_____

                                                   *E-mail address*: bradfisher@dwt.com____

                                                   *Telephone number*: (206) 622-3150_____