**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **Scout Media, Inc., et al.,** [1] | ) ) ) | Case No. 16-13369 (MEW) |
| Debtors. | ) ) ) ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                  ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2016, I caused to be served the "Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale," dated December 23, 2016, annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
29th day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are: Scout Media, Inc. (1438); Scout Media Holdings, Inc. (1936); FTFS Acquisition, LLC (7230); and Scout.com, LLC (3629). The location of the Debtors' headquarters and the Debtors' service address is 122 West 26th Street, Fifth Floor, New York, NY 10036.

T:\Clients\SCOUT\Affidavits\Custom Assumption Notice - Batches 1 & 2_12-23-16_SS.docx

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SCOUT MEDIA, INC., *et al.*, | Case No. 16-13369 (MEW) |
| Debtors. | Jointly Administered |

**NOTICE OF POSSIBLE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES IN CONNECTION WITH SALE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Scout Media, Inc. and Scout.com LLC are debtors-in-possession in chapter 11 cases pending in the United States Bankruptcy Court for the Southern District of New York. The Court has approved bidding procedures (the "Bidding Procedures") to be used in connection with the sale (the "Sale" or "Sale Transaction") of the assets of Scout Media, Inc. and Scout.com LLC (the "Assets"). The motion seeking approval of the Sale can be found at docket number 20 on the official docket for these cases.

2. **The Sale Hearing** will **take place on February 1, 2017 at 11:00 a.m. (prevailing Eastern time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 617, located at One Bowling Green, New York, NY 10004.

3. In connection with the Sale, the Debtors may seek to assume and assign to one or more Successful Bidders (as defined in the Bidding Procedures) certain Contracts of the Debtors. Each of the Debtors' Contracts is identified on Schedule 1 attached hereto. The inclusion of any Contract on Schedule 1 does not constitute an admission that a particular Contract is an executory contract or unexpired lease or require or guarantee that such Contract will be assumed or assigned, and all rights of the Debtors with respect thereto are reserved.

4. The amount necessary to cure any outstanding monetary defaults then existing under each Contract (the "Cure Costs"), if any, that the Debtors believe are required to be paid to the applicable Counterparty pursuant to Bankruptcy Code sections 365(b)(1)(A) and (B), to the extent that such Contract is ultimately assumed and assigned, is set forth on the Schedule 1.

5. **Objection Deadlines.** The Bidding Procedures Order recognizes that there are various kinds of objections that Counterparties may choose to make, and sets deadlines for the filing of such objections as follows:

   A. **Cure Objections**. Counterparties who wish to object to the amount of the proposed Cure Costs with respect to a Contract (a "Cure Objection") must do so no later than **January 20, 2017 at 5:00 p.m. (prevailing Eastern time).**

   B. **Assignability Objections**. Counterparties who wish to object because they contend that their Contracts are not subject to assumption and assignment (an "Assignability Objection") must do so no later than **January 20, 2017 at 5:00 p.m. (prevailing Eastern time).**

   C. **Adequate Assurance Objections**. The Debtors will announce a Successful Bidder and may also announce a Back-Up Bidder. Such determinations will be made no later than January 27, 2017, and Counterparties shall be notified of the identities of the Successful Bidder and Back-Up Bidder. Counterparties who wish to object to the proposed assignment of a Contract to a Successful Bidder

or Back-Up Bidder, on the ground that the Counterparty believes such Successful Bidder and/or Back-Up Bidder has not provided adequate assurance of future performance (an "Adequate Assurance Objection"), must do so no later than **January 31, 2017 at 5:00 p.m. (prevailing Eastern time).**

D. **Sale Objections**. Any other objection to the proposed Sale that a Counterparty wishes to make must be served and filed no later than **January 31, 2017 at 5:00 p.m. (prevailing Eastern time).**

E. **Filing and Service**. Any Cure Objection, Assignability Objection, Adequate Assurance Objection or Sale Objection must be filed with the Bankruptcy Court and served on the following persons: (i) Scout Media, Inc., 122 West 26th Street, Fifth Floor, New York, NY, Attn.: Craig Amazeen; (ii) proposed counsel to the Debtors, Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Ave., Suite 1501, Wilmington, DE 19801, Attn: Matthew P. Ward; (iii) proposed counsel to the Official Committee of Unsecured Creditors, Kelley Drye & Warren, LLP, 101 Park Avenue, New York, NY 10178 (Attn.: James S. Carr and Jason R. Adams); and (iv) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Brian Masumoto) (collectively, the "Objection Recipients").

6. Objections will be resolved at the Sale Hearing; provided, however, that, a Cure Objection may, at the Debtors' discretion, after consulting with the Consultation Parties and the applicable Successful Bidder, be adjourned (an "Adjourned Cure Objection") to a subsequent hearing. An Adjourned Cure Objection maybe resolved after the closing date of the applicable Sale Transaction; provided that, the Debtors maintain a cash reserve equal to the cure amount the objecting Counterparty believes is required to cure the asserted monetary default under the applicable Contract.

Upon resolution of an Adjourned Cure Objection and the payment of the applicable cure amount, if any, the applicable Contract that was the subject of such Adjourned Cure Objection shall be deemed assumed and assigned to the applicable Successful Bidder, as of the closing date of the applicable Sale Transaction.

7. **Failure to file an objection may affect your rights.**

A. If a Counterparty fails to timely file and serve a Cure Objection, the Counterparty will be deemed to have consented to the Cure Costs proposed by the Debtors, and will be barred from challenging those sums.

B. If a Counterparty fails to timely file an Assignability Objection, the Counterparty will be deemed to have agreed that its Contract is capable of being assumed and assigned under Section 365 of the Bankruptcy Code.

C. If a Counterparty fails to timely file an Adequate Assurance Objection, the Counterparty will be deemed to have agreed that the Successful Bidder and/or Back-Up Bidder have provided adequate assurance of future performance in accordance with the requirements of section 365 of the Bankruptcy Code.

D. If a Counterparty fails to file a Sale Objection, the Counterparty will have waived any objection to the Sale.

8. If the Debtors determine that a Counterparty did not receive timely service of this Assumption and Assignment Notice, then the above procedures will nevertheless apply to such Counterparty; provided, however, that the deadline to file a Cure Objection, Assignability Objection, and/or any other objections (other than an Adequate Assurance Objection, discussed below) with respect to such Counterparty shall be 5:00 p.m. (prevailing Eastern Time) on the date that is 14 days following service of the Assumption and Assignment Notice.

9. The inclusion of a Contract or other document or Cure Costs on the Contracts **Schedule 1** attached

hereto or on any Proposed Assumed Contracts Notice (as defined in the Motion) (collectively, the "Contract Notices") shall not constitute or be deemed a determination or admission by the Debtors, the applicable Successful Bidder(s), or any other party in interest that such Contract or other document is an executory contract or an unexpired lease within the meaning of the Bankruptcy Code or that the stated Cure Costs are due (all rights with respect thereto being expressly reserved). The Debtors reserve all of their rights, claims, and causes of action with respect to each Contract or other document listed on the Contract Notices.

10. **The Debtors' inclusion of any Contract on the Contract Notices shall not be a guarantee that such contract ultimately will be assumed or assumed and assigned.** The Contract Notices shall be without prejudice to the Successful Bidder's rights, if any, under the asset purchase agreement, to subsequently exclude Proposed Assumed Contracts from the assumption or assignment prior to the closing of the Sale Transaction.

11. The Debtors' assumption and/or assignment of a Contract is subject to approval by the Bankruptcy Court and consummation of one or more Sale Transactions. Absent consummation of one or more Sale Transactions and entry of a Sale Order approving the assumption and/or assignment of the Contracts, the Contracts shall be deemed neither assumed nor assigned, and shall in all respects be subject to subsequent assumption or rejection by the Debtors.

12. Copies of the Motion, the Bidding Procedures Order, and the Bidding Procedures may be obtained free of charge by contacting undersigned counsel. Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, located at One Bowling Green, New York, NY 10004-1408, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.nysb.uscourts.gov/) by following the directions for accessing the ECF system on such website or at the website for the Debtors' claims and noticing agent: Epiq Bankruptcy Solutions, LLC at http://dm.epiq11.com/ScoutMedia.

Dated: December 23, 2016

      **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
      */s/ Matthew P. Ward*
      Matthew P. Ward (DE Bar No. 4471)
      222 Delaware Avenue, Suite 1501
      Wilmington, DE 19801
      Telephone: (302) 252-4320
      Facsimile: (302) 252-4330
      E-mail: maward@wcsr.com

*Proposed Counsel to the Debtors-in-Possession*

# SCHEDULE 1

| Name of Contract Counterparty | Address of Contract Counterparty | Contract Description | Cure Amount |
|---|---|---|---|
| HOOTSUITE | HOOTSUITE<br>5 EAST 8TH AVE<br>VANCOUVER, BC  V5T 1R6  CANADA | Marketing Contract | $31,225.35 |

# EXHIBIT B

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

Notices mailed by: December 23, 2016

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 1 of 11

**Cure Notices**

| | | |
|---|---|---|
| 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ 85392 | 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ 85392 | 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ 85392 |
| AAMIR SHIBLI<br>629 GRAND STREET<br>APT 2<br>BROOKLYN, NY 11211 | AKAMAI TECHNOLOGIES, INC<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 | ALLEN TRIEU<br>2207 LONGHORN LANE<br>GRAND RAPIDS, MI 49534 |
| AMAZON WEB SERVICES<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 | ANDREA GRANUCCI<br>3053 W. 132ND TERRACE<br>MOUNT VERNON, NY 10552 | ANGELA MACHADO<br>17318 SW GALEWOOD DR<br>SHERWOOD, OR 97140 |
| APPNEXUS<br>28 WEST 23RD STREET, 4TH FLOOR<br>NEW YORK, NY 10010 | ARRIGO, JOE<br>10738 LEATHERSTOCKING AVE<br>LAS VEGAS, NV 89166 | AUBURN SPORTS PUBLICATIONS<br>PO BOX 4037<br>AUBURN, AL 36831 |
| BAILEY, CARL<br>1208 WATERFORD WAY<br>ALLEN, TX 75013 | BARRY MCBRIDE<br>27-10 ASTORIA BLVD APT 5D<br>MENTOR, OH 44060 | BENJAMIN BEACHLER<br>3844 VINCENT AVENUE S<br>IRVINE, CA 92606 |
| BERK, DAVID<br>870 PIMLICO DR. APT 3D<br>CENTERVILLE, OH 45459 | BLUE VIEW SPORTS<br>PO BOX 955<br>LEMONT, PA 16851 | BRIAN DOHN<br>5232 W 106TH STREET<br>EAST BRUNSWICK, NJ 08816 |

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 2 of 11

Notices mailed by: December 23, 2016

**Cure Notices**

BRIAN SIMMONS
2576 FEATHERWOOD ST
DALLAS, GA  30132

BROERING, RICHARD
3356 STONEWOOD DR.
ERLANGER, KY  41018

BUCK ADVISOR LLC
1262 N GALLATIN AVENUE EXT
UNIONTOWN, PA  15401-2106


BURKE, JASON
717 6TH AVENUE
APT 6
SAN FRANCISCO, CA  94118

BURNS, RYAN
7826 28TH ST N
OAKDALE, MN  55128

BURNS, RYAN
7826 28TH ST N
OAKDALE, MN  55128


CAMINATA, NATHAN
1452 HOLBORN
GRAND RAPIDS, MI  49504

CARR JR, ROBERT
1501 SECRET RAVINE PKWY
ROSEVILLE, CA  95661

CAUSEY, PAUL
225 ROUNDTREE CT.
BREA, CA  92821


CHERYL AARSVOLD
3844 VINCENT AVE. S
MINNEAPOLIS, MN  55410

CHRISTOPHER OSBORN
13930 WATERFLOW PLACE
CENTERVILLE, VA  20121

COLON, PATRICK
4375 PETTER RAINOSEK LOOK
LA GRANGE, TX  78945


CONNIFF, JOHN
3829 BEECHER STREET NW
WASHINGTON, DC  20007

CONTRA MEDIA GROUP LLC
122 WEST 26TH ST
5TH FLOOR
NEW YORK, NY  10007

COREN, RICHARD
160 SO. COMSTOCK PKWY
CRANSTON, RI  02921


COUGFAN.COM, LLC
1463 E. REPUBLICAN ST.  1-A
SEATTLE, WA  98112

CRAIG AMAZEEN
235 W. 48TH ST
#40H
NEW YORK, NY  10036

CSP PUBLISHING CORP
1350 W FIFTH AVE., #30
COLUMBUS, OH  43212

Debtor: SCOUT MEDIA, INC., et al.　　　NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS　　Page 3 of 11
Case #:  16-13369  (MEW)　　　　　　　　　　　AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Notices mailed by:  December 23, 2016

**Cure Notices**

| | | |
|---|---|---|
| DAVID KATCH<br>9456 COLUMBUS AVE S<br>NEW YORK, NY  10024 | DAWGMAN.COM LLC<br>2217 ABERDEEN AVE NE<br>RENTON, WA  98056 | DBA-ROARK PUBLICATIONS<br>811 NORTH CATALINA AVE, SUITE 12045<br>REDONDO BEACH, CA  90277 |
| DBA-ROARK PUBLICATIONS<br>811 NORTH CATALINA AVE, SUITE 12045<br>REDONDO BEACH, CA  90277 | DODDS, JOHN F<br>8318 W. WISCONSIN AVE<br>WAUWATOSA, WI  53213 | DRAXLER, ISAAC<br>1731 SOUTH 350 E<br>KAYSVILLE, UT  84037 |
| DRUMMOND, JEFFREY<br>2685 MICHELLE PARK<br>LEXINGTON, KY  40511 | DYNAMIC LOGIC<br>C/O KANTAR FINANCE SERVICES<br>3333 WARRENVILLE RD SUITE 400<br>LISLE, IL  60532 | EDUCK SPORTS LLC<br>3140 SE LAKE RD.<br>MILWAUKIE, OR  97222 |
| ELLIS, JEFFREY<br>1056 RAVENPLACE<br>APT 309<br>WADSWORTH, OH  44281 | EMBODY, WILLIAM<br>15509 LAKE MAGDALENE BLVD<br>TAMPA, FL  33613 | EMBODY, WILLIAM<br>15509 LAKE MAGDALENE BLVD<br>TAMPA, FL  33613 |
| E-NOVA SOLUTIONS, LLC<br>1616 SHEPARD DR<br>MAPLE GLEN, PA  19002 | EVAN DANIELS<br>12 AVANZARE<br>LEXINGTON, KY  40503 | FACEBOOK, INC.<br>15161 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| FERGUSON, MARK<br>902 KARLA CIRCLE<br>SHERWOOD, AR  72120 | FIELD, ROBERT<br>9400 WADE BLVD APT 1724<br>FRISCO, TX  75035 | FISHER, MIKE<br>2833 SHERIDAN DR<br>CARROLLTON, TX  75010 |

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

Notices mailed by: December 23, 2016

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 4 of 11

Cure Notices

| | | |
|---|---|---|
| FISHHOUND<br>13032 HESBY ST.<br>SHERMAN OAKS, CA  91423 | FLAGSHIP MEDIA, INC.<br>2113 HAIG POINT WAY<br>RALEIGH, NC  27604 | FRANKLIN PICTURES, LLC<br>3385 LANATTA STREET<br>SUITE A<br>SACRAMENTO, CA  95819 |
| FUELED<br>568 BROADWAY<br>11TH FLOOR<br>NEW YORK, NY  10012 | FULLTIME FANTASY SPORTS<br>848 N. RAINBOW BLVD.<br>LAS VEGAS, NV  89107 | GALLI, FRANK<br>3205 FENTON ST<br>WHEAT RIDGE, CO  80212 |
| GAME TIME MEDIA LLC<br>2810 TRINITY MILLS, #209 BOX 258<br>CARROLLTON, TX  75006 | GAYNE YOUNG<br>181 TREADSTONE LANE<br>FREDRICKSBURG, TX  78624 | GENE'S PAGE INC/GENE SWINDOLL<br>PO BOX 80283<br>STARVILLE, MS  39759 |
| GIFFORD, MATTHEW<br>409 PAUL DR.<br>MOORESTOWN, NJ  08057 | GOOGLE INC.<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139-3654 | GOPHER ILLUSTRATED.COM INC<br>13709 CROSSMOOR AVE<br>ROSEMOUNT, MN  55068 |
| GORCEY, RYAN<br>639 VIA MARQUESA<br>CAMARILLO, CA  93012 | GORCEY, RYAN<br>639 VIA MARQUESA<br>CAMARILLO, CA  93012 | GREETHAM, FRED<br>21300 HAWLEY ROAD<br>WELLINGTON, OH  44090 |
| GREGORY BIGGINS<br>235 W 48TH ST #40H<br>HUNTINGTON BEACH, CA  92647 | GREGORY POWERS<br>7347 TAFT ST<br>FRISCO, TX  75035 | GROVES, TREVOR<br>353 CROSS CREEK RD<br>APT 2<br>CENTRAL, SC  29630 |

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 5 of 11

Notices mailed by: December 23, 2016

**Cure Notices**

HELLMAN, SAMUEL
51 HORIZON DRIVE
EDISON, NJ  08817

HEWLETT-PACKARD FINANCIAL SERVICES CO
PO BOX 402582
ATLANTA, GA  30384-2582

HIATT, KEVIN
2211 S 750 E
BOUNTIFUL, UT  84010

HIXSON, CHUCK
108 S WALNUT STREET
APT. 1
MACUNGIE, PA  18062

HOLLY HALLQUIST
1491 PINETREE TRAIL
BLOOMINGTON, MN  55420

HONDO CARPENTER
325 CARPENTER DRIVE
BATTLE CREEK, MI  49017

HOOTSUITE
5 EAST 8TH AVE
VANCOUVER, BC  V5T 1R6  CANADA

HUBER, WILLIAM
2003 SYLVAN DR
GREEN BAY, WI  54313

IMIGIX
423 TEHAMA ST
SAN FRANCISCO, CA  94103

INDIANS BASEBALL INSIDER, LLC
10271 KARABOO TRAIL
CONCORD TWP, OH  44077

INSIDE TENNESSEE LLC
451 TITANS CIRCLE
MURFREESBORO, TN  37127

IRISH ILLUSTRATED LLC
20353 GARNET DRIVE
SOUTH BEND, IN  46614

J WERNER ENTERPRISES, LLC
460 RODIN DR
CLIFTON, IL  60927

JACKSON PUBLISHING, LLC
201 SHANNON OAKS CIRCLE, STE 205
CARY, NC  27511

JACOBSEN, BARRY
2828 UNIVERSITY AVE
#303
SAN DIEGO, CA  92104-7903

JAE SPORTS, LLC
13891 SOMERSET RD.
VON ORMY, TX  78073

JAMES MANRY
421 JEFFERSON CIRCLE NE
ATLANTA, GA  30328

JAMES MARSHALL OELMAN
5376 CEDAR CREEK DRIVE
HOUSTON, TX  77056

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

Notices mailed by: December 23, 2016

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 6 of 11

**Cure Notices**

JAMES, RYAN
614 RAVENCROFT RD
WACONIA, MN  55387

JAY TORRELL
10110 JOY DR.
SEATTLE, WA  98119

JENSEN SPORTS MEDIA, LLC
5641 POPPY CIRCLE
STANSBURY PARK, UT  84074


JETS INSIDER.COM LTD
223 WALL STREET, SUITE 200
HUNTINGTON, NY  11743

JFD ENTERPRISES, LLC
7425 FALLS RIDGE CT
LOUISVILLE, KY  40241

JMM PROPERTIES, LLC
14701 ROCKSBOROUGH RD
MINNETONKA, MN  55345


JOEL COX
8 TREEVIEW LANE
LEAWOOD, KS  66209

JOHN DEFRANCE
5842 SPA DRIVE
EAGAN, MN  55122

JOHN HUFFMAN
2 OAKMONT AVENUE
AUBURN, WA  98092


JOHNS, LESLIE
107 SPLIT OAK LANE
LINWOOD, NC  27299

JONATHAN JACOBINO
40 E BIRCH ST
2C
COURTLAND MANOR, NY  10567

JONATHAN KAHN
3350 W TWAIN CT
ASTORIA, NY  11102


JONES, LIAM
134 W 59TH ST
BURR RIDGE, IL  60527

JUDY, JUSTIN
24 GLENEAGLES
TIFTON, GA  31793

KARPMAN ENTERPRISES LLC
6834 W ST CHARLES AVE
LAVEEN, AZ  85339


KARPMAN ENTERPRISES LLC
6834 W ST CHARLES AVE
LAVEEN, AZ  85339

KEVIN E ZANKER
1632 10TH AVENUE WEST
BURNSVILLE, MN  55337

KROUS, RYAN
3324 PEPPERWOOD LN
FORT COLLINS, CO  80525

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 7 of 11

Notices mailed by: December 23, 2016

**Cure Notices**

| | | |
|---|---|---|
| KROUS, RYAN<br>3324 PEPPERWOOD LN<br>FORT COLLINS, CO  80525 | LATSCH, NATHAN<br>517 TREETOP VILLAGE DR<br>BALLWIN, MO  63021 | LAUGHLAND, RICK<br>8 VIEWPOINT TERRACE<br>LEBANON, NJ  08833 |
| LEGGE, DEAN<br>126 BORDEAUX LANE<br>ATHENS, GA  30605 | LEVINE, JONATHAN<br>8228 FOUNTAIN AVE<br>SUITE 4<br>WEST HOLLYWOOD, CA  90046 | LOCKARD, CHRISTOPHER R<br>913 MOON COURT<br>LAFAYETTE, CA  94549 |
| MAGOON ENTERPRISES<br>130 NICKERSON STREET<br>SUITE 207<br>SEATTLE, WA  98109 | MAJOR UPSET PRODUCTIONS, INC.<br>3640 PARTITION ROAD<br>WOODSIDE, CA  94062 | MATT PUCKETT<br>1506 HOLDRIDGE TERRACE<br>BUFFALO, MN  55313 |
| MCALLISTER, MICHAEL<br>216 HAMILTON ROAD<br>NORTH SYRACUSE, NY  13212 | MEDIATNG, LLC<br>7347 TAFT STREET<br>MENTOR, OH  44060 | MEESE, FRANK<br>9100 RAYTHEON CT<br>RENO, NV  89506 |
| MELISSA LOCKARD<br>3 NORTH 3RD STREET<br>LAFAYETTE, CA  94549 | MICHAEL A OLSON<br>765 STURGES WAY<br>SAMMAMISH, WA  98074 | MICHAEL H GREGOIRE<br>311 BROADLEAF PLACE<br>ANTHEM, AZ  85086 |
| MICROSOFT LICENSING, GP LOCKBOX 842467<br>1950 N. STEMMONS FWY.<br>SUITE 5010<br>DALLAS, TX  75207 | MONIKA SAMEK<br>1620 209TH PL NE<br>RENTON, WA  98056 | MOORE, JACKSON<br>7338 N TAMERA AVE.<br>FRESNO, CA  93711 |

Debtor: SCOUT MEDIA, INC., et al.  
Case #: 16-13369 (MEW)  
NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE  
Page 8 of 11

Notices mailed by: December 23, 2016

Cure Notices

| | | |
|---|---|---|
| MOORE, JACKSON<br>7338 N TAMERA AVE.<br>FRESNO, CA  93711 | MOORE, JACKSON<br>7338 N TAMERA AVE.<br>FRESNO, CA  93711 | MOTOWN SPORTS MEDIA LLC<br>229 N DORCHESTER AVE<br>ROYAL OAK, MI  48067 |
| MUELLER, JARED<br>1120 KERCHER STREET<br>MIAMISBURG, OH  45342 | MUNSTERTEIGER, ADAM<br>2300 S ROCK CREEK PKWY #29-102<br>SUPERIOR, CO  80027 | NESTER, MICHAEL<br>504 N FIFTH ST.<br>SAVANNA, IL  61074 |
| NETSUITE, INC<br>2955 CAMPUS DRIVE<br>SUITE 100<br>SAN MATEO, CA  94403-2511 | O'BRIEN, EDWARD<br>1188 BAILEY STREET<br>HARRISBURG, PA  17103 | OLE MISS SPIRIT/CHARLES H. ROUNSAVILLE<br>1296 N. LAMAR BLVD<br>OXFORD, MS  38655 |
| OPERATIVE MEDIA, INC.<br>BOX 200663<br>PITTSBURGH, PA  15251-2662 | OREAD MEDIA LLC<br>5510 S. HARLAN ST.<br>LITTLETON, CO  80123 | OUTBRAIN, INC.<br>39 W 13 STREET<br>3RD FLOOR<br>NEW YORK, NY  10011 |
| PATRICK COSGROVE<br>511 6TH AVE #220<br>BLOOMINGTON, MN  55437 | PEEGS.COM, LLC<br>6093 BOULDER CT.<br>COLUMBUS, IN  47201 | PEER1 HOSTING<br>PO BOX 643607<br>CINCINNATI, OH  45264-3607 |
| PERKINS, AARON<br>906 NORWAY AVE.<br>HUNTINGTON, WV  25705 | PETER RUPRECHT<br>511 AVENUE OF THE AMERICAS<br>#220<br>NEW YORK, NY  10011 | PIERSON, TRACY<br>2576 FEATHERWOOD ST.<br>WESTLAKE VILLAGE, CA  91362 |

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 9 of 11

Notices mailed by: December 23, 2016

Cure Notices

PITTS, STEPHEN
P.O. BOX 64334
LUBBOCK, TX 79464-4334

PREMIERE NETWORKS, INC
PO BOX 98849
CHICAGO, IL 60693

PROMEVO, LLC
808 LYNDON LN
SUITE 205
LOUISVILLE, KY 40222


ROBERT N ALLEN, LLC
1317 CONCORD LANE
EDMOND, OK 73003

ROBERT SELLERS
1514 SEMINOLE STREET
DEER PARK, TX 77536

ROBERT SELLERS
1514 SEMINOLE STREET
DEER PARK, TX 77536


RPM, INC.
6665 W HWY 13
SAVAGE, MN 55378

RUTHERFORD, JASON
4301 CYCLONE DRIVE
BAKERSFIELD, CA 93313

RYAN BERTONASCHI
6404 TEN POINT CIRCLE
TRAFFORD, PA 15085


SAM WEBB MEDIA SERVICES LLC
6270 OAKHURST DRIVE
YPSILANTI, MI 48197

SCALES, CHRISTOPHER
3165 29TH STREET, APT A8
ASTORIA, NY 11106

SETH HARP ENTERPRISES
7716 MANASSA CT W
JACKSONVILLE, FL 32277


SH REAL ESTATE, LLC
900 HWY 169 N
SUITE100
NE HOPE, MN 55428

SH WHITEWATER, LLC
ATTN: JAMES THOMAS, MANAGER
1314 WESTRIDGE RD.
NEW ELM, MN 56073

SHAWN PATRICK NUSTAD
63 W 90TH STREET
GARDEN APT
WAYZATA, MN 55391


SIMONEAU, CHRISTOPHER
200 MANNING STREET
APT 19B
HUDSON, MA 01749

SOUTHERN BACKWOODS LLC
4771 BEN SALEM WAY
HAHIRA, GA 31632

SPENCER WINDING
2702 NE 21ST STREET
WEEHAWKEN, NJ 07086

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

Notices mailed by: December 23, 2016

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 10 of 11

**Cure Notices**

SPORTSROCKET, INC
(FORMERLY BEDROCKET)
560 BROADWAY, SUITE 401
NEW YORK, NY  10012

STAMM, JASON
506 CRAIG ST
CHRISTIANSBURG, VA  24073

STANDIG, BENJAMIN
6633 FAIRFAX ROAD
CHEVY CHASE, MD  28015

STANDIG, BENJAMIN
6633 FAIRFAX ROAD
CHEVY CHASE, MD  28015

STANDIG, BENJAMIN
6633 FAIRFAX ROAD
CHEVY CHASE, MD  28015

STANDIG, BENJAMIN
6633 FAIRFAX ROAD
CHEVY CHASE, MD  28015

STEVEN SCOTT KENNEDY
5615 EVERGREEN LOOP SE
ALPHARETTA, GA  30022

STOLTZ, WILLIAM
207 TERRENCE DR.
NAPERVILLE, IL  60565

TEALE, PATRICK
19231 CHARTIER DRIVE
LANDSDOWNE, VA  20176

THE ALEPH GROUP PTE LIMITED
8 SHENTON WAY #47-01
AXA TOWER
SINGAPORE  068811

THORPE, ANDREW
2301 W PURDUE AVE
MUNCIE, IN  47304

TRACY E PIERSON
913 MOON CT
WESTLAKE VILLAGE, CA  91362

TTK, INC
1413 THORNDON DRIVE
BEL AIR, MD  21015

TWITTER, INC
1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA  94103

USA TODAY / US PRESSWIRE, LLC
1230 PEACHTREE ST NE
SUITE 1900
ATLANTA, GA  30309

VELOCITY MEDIA GROUP, LLC
274 ELM STREET
#1
SAN CARLOS, CA  94070

VON BENKO, GEORGE
2103 FIRST AVE.
SOUTH CONNELLSVILLE, PA  15425

VU.COM
4644 HUMMINGBIRD TRAIL NE
PRIOR LAKE, MN  55372

Debtor: SCOUT MEDIA, INC., et al.
Case #: 16-13369 (MEW)

NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Page 11 of 11

Notices mailed by: December 23, 2016

**Cure Notices**

WALTON, BRIAN
172 ASPETUCK RIDGE ROAD
NEW MILFORD, CT  06776

WARD, TAYLOR
P.O. BOX 434
TWIN PEAKS, CA  92381

WARE, LEMUEL
5461 KINGSBRIDGE ROAD
WINSTON-SALEM, NC  27103


WATKINS, TIMOTHY
9149 RUSHING RIVER DRIVE
FORT WORTH, TX  76118

WEXELL, JAMES
709 SHORT AVE.
IRWIN, PA  15642

WHITE, DREW
6212 PINE MARR DRIVE
HIXSON, TN  37343


WILDCATAUTHORITY.COM, LLC
1331 W. SIMMONS PLACE
TUCSON, AZ  85705

WILDSTEIN, MAXWELL
1117 WATERFORD GREEN PT.
MARIETTA, GA  30068

WIRED2FISH, INC
29 COUNTY ROAD 63
GRAND RAPIDS, MN  55744


WOCHIT
30 IRIVING PLACE
11TH FLOOR
NEW YORK, NY  10003

WORGULL, BENJAMIN
676 SANIBEL LANE
SUN PRAIRIE, WI  53590-9823

YATES ENTERPRISES/DONALD S. YATES
1606 IROQUOIS RD.
CLARKSVILLE, TN  37043


ZACHERY HARIG
2521 MONTEBELLO ROAD
TOLEDO, OH  43607

ZINCORA
6586 WATERSEDGE WAY
LAKEWOOD RANCH, FL  34202


Total Parties: 194