# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCOUT MEDIA, INC., <u>et al</u>.,[1] | ) | Case No. 16-13369-MEW |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### <u>Introduction</u>

Scout Media, Inc.; Scout Media Holdings, Inc.; FTFS Acquisition, LLC; and Scout.com, LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are: Scout Media Holdings, Inc. (1936), Scout Media, Inc. (1438), FTFS Acquisition, LLC (7230), and Scout.com, LLC (3269). The location of the Debtors' headquarters and the Debtors' service address is 122 West 26th Street, Fifth Floor, New York, NY 10036.

and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability,

priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On December 8, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 12, 2016, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 34].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on December 8, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 8, 2016.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on December 8, 2016, in the Debtors' books and records. Additionally, because the book values of certain assets, such as patents,

trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.     **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.     **Real Property and Personal Property–Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.     **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Correct Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B Part 9, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**.   The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**.   Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12. **Claims Description**.   Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."   Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.   Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**.   Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.   The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**.   The following is a summary of significant reporting policies:

        a.      Undetermined Amounts.   The description of an amount as "unknown," "TBD" or "undetermined" is

not intended to reflect upon the materiality of such amount.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on December 8, 2016, unless otherwise noted below. Other than real property leases reported on Schedule A/B Part 9, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3.** Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on December 8, 2016. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Using Their Bank Accounts and Business Forms, (B) Granting an Extension to Comply With the Requirements of Section 345(b) of the Bankruptcy Code and Interim Approval of the Debtors' Current Deposit Guidelines, (C) Authorizing the Debtors' Banks to Honor Certain Transfers and Charge Bank Fees and Certain Other Amounts, and (D) Authorizing the Debtors to Manage Their Bank Accounts* [Docket No. 14] (the "**Cash Management Motion**").

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables.

**Schedules A/B 15.** Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55.** The Debtors do not own any real property. The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 50 as opposed to Schedule A/B 55.

**Schedule A/B 74 & 75.** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77.** Undeposited Funds consists of check payments the Debtors have received but haven't been deposited or credit card payments in transit not yet deposited.

**Schedule D.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly

burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2. Finally, where litigation has been threatened or commenced against more than one Debtor, the Debtors have generally scheduled those creditors under Scout Media, Inc., which is the primary operating company of the Debtors.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in

connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals) (these are included in both places).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' consolidated cash management system maintained by Scout Media, Inc. and listed for that Debtor.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions (these are only accounting balancing entries and no actual payments – we have not listed the purely accounting entries), as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**.  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d except for secured lenders and certain banks.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

WCSR 38302785v2

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a.  **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $0.00 |
|---|

   1b.  **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,613,687.45 |
|---|

   1c.  **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,613,687.45 |
|---|

---

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $10,927,060.44 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a.  **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| + | $3,994,576.73 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $14,921,637.17 |
|---|

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. CASH ON HAND**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   BANK OF AMERICA CHECKING | CHECKING | 0554 | $17,604.16 |
| 3.2.   SILLICON VALLEY BANK CHECKING | CHECKING | 4119 | $42.48 |
| 3.3.   UNDEPOSITED FUNDS | | | $606,057.08 |

**4. OTHER CASH EQUIVALENTS**

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $623,703.72 |
|---|---|---|

---

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1.   2001 SIXTH LLC DATA CENTER LEASE (SERVER HOSTING) | $3,230.00 |
|---|---|
| 7.2.   JMM PROPERTIES - HOPKINS LEASE | $4,000.00 |

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| | 7.3.    MAGOON ENTERPRISES - SEATTLE LEASE | $11,590.77 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| | 8.1.    NETSUITE - SOFTWARE LICENSE | $17,586.57 |
| | 8.2.    VARIOUS INSURANCE CARRIERS | $79,990.97 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $116,398.31 |

## Part 3:    ACCOUNTS RECEIVABLE

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | | | | |
| | ACCOUNTS RECEIVABLE - OPERATIONS | $624,641.12 <br> face amount | - | $11,098.08 <br> doubtful or uncollectable accounts | = → | $613,543.04 |
| | CREDIT CARD RECEIVABLE | $197,885.38 <br> face amount | - | $0.00 <br> doubtful or uncollectable accounts | = → | $197,885.38 |
| | SPECIALTY MARKETING SERVICES (LISTS) | $62,157.00 <br> face amount | - | $0.00 <br> doubtful or uncollectable accounts | = → | $62,157.00 |
| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | | | $873,585.42 |

## Part 4:    INVESTMENTS

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | |

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|------------------|------------------|

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|------------------|------------------|

**39. OFFICE FURNITURE**

   39.1.   OFFICE FURNITURE - DESKS            $24,749.97                             UNKNOWN

**40. OFFICE FIXTURES**

**41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

   41.1.   SERVER EQUIPMENT                 $11,017.55                             UNKNOWN

**42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.            UNKNOWN

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: MACHINERY, EQUIPMENT, AND VEHICLES

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49. AIRCRAFT AND ACCESSORIES**

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 122 W. 26TH ST., NEW YORK, NY 10007 | LEASEHOLD | | | $0.00 |
| 55.2. 130 NICKERSON STREET, SUITE 207, SEATTLE WA 98109 | LEASEHOLD | | | $0.00 |
| 55.3. 915 MAIN ST., STE 2, HOPKINS, MN 55343-7515 | LEASEHOLD | | | $0.00 |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.  BRAND / TRADE NAMES | $2,505,366.00 | | UNKNOWN |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.  SEE ATTACHED EXHIBIT B61 - DOMAIN NAMES | | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.  CUSTOMER LISTS | | | UNKNOWN |
| 63.2.  PAID SUBSCRIBER BASE | $360,124.10 | | UNKNOWN |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |
| 65.1.  GOODWILL | $4,837,509.36 | | UNKNOWN |

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNKNOWN |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: ALL OTHER ASSETS

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**
DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**
DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | Current value of debtor's interest |
|---|---|---|

**73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

CONSTRUCTION IN PROCESS/DEFFERED SOFTWARE                    UNKNOWN

**78**  **Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.              | UNKNOWN |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $623,703.72 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $116,398.31 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $873,585.42 | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNKNOWN | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90. All other assets.** *Copy line 78, Part 11.* | + UNKNOWN | |

| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . 91a. | $1,613,687.45 | **+** 91b | $0.00 | |

| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,613,687.45 |

A10INSIDER.COM

A10REPORT.COM

ACTIONSPORTSINSIDER.COM

AFLINSIDER.COM

AGGIEALERT.COM

AGGIEDIGEST.COM

ALLCANADARECRUITING.COM

ALLCYCLONES.COM

ALLHOOSIERS.COM

allvandals.com

ALLWILDCATS.COM

AMERICANHISTORYCLUB.COM

AMERICANSTREETMACHINECLUB.COM

ANGLERNORTHEAST.COM

ANGLERNORTHWEST.COM

ARKLATEXOUTDOORSMAN.COM

ASTATENATION.COM

ATENREPORT.COM

ATLANTADUGOUT.COM

AZREDREPORT.COM

AZTECREPORT.COM

BADGERNATION.COM

BADGERSCOUT.COM

BADGERSTATEPREPS.COM

BALLSTATEINSIDER.COM

BAMAMAG.COM

BAMAMAG.NET

BAMASCOUT.COM

BASEBALLINSIDERSCLUB.COM

BATTLEREDNATION.COM

BEARBOULEVARD.COM

BEARREPORT.COM

beaverplaybook.com

BENGALSINSIDER.COM

BGSUINSIDER.COM

BIGPURPLENATION.COM

BIGREDREPORT.COM

BILLIKENREPORT.COM

blackandgoldillustrated.com

bluedevildigest.com

BLUEJAYREPORT.COM

BLUERAIDERPOWER.COM

BLUESILLUSTRATED.COM

bobcatillustrated.com

BOILERSPORTSREPORT.COM

BRADLEYINSIDER.COM

BREWERSINSIDER.COM

BREWERUPDATE.COM

BRONCOREPORT.COM

BUCKEYEDIGEST.COM

BUCKEYES4EVER.COM

BUCKEYESFOREVER.COM

BUCKEYESILLUSTRATED.COM

BUCKFANS.COM

BUCKNATIONONLINE.COM

BUCKSTOPREPORT.COM

BUCSBLITZ.COM

BUFFALOFOOTBALLREPORT.COM

BUFFALOINSIDERS.COM

BUFFALOSPORTSNEWS.NET

BUFFCOUNTRY.COM

BUFFPLAYBOOK.COM

BUFFSPLAYBOOK.COM

BULLDOGPLAYBOOK.COM

bullsdaily.com

BUYACHEF.COM

BYUSCOUT.COM

CAJUNREDZONE.COM

CALSCOUT.COM

CALSPORTSDIGEST.COM

CAPITOLDUGOUT.COM

CARDINALAUTHORITY.COM

CARDINALINSIDER.COM

CATCHFOODNOW.COM

CERAMICCOOK.COM

CHARGERSIDELINES.COM

CHIEFSINSIDER.COM

CINCYHARDBALL.COM

CITADELMEDIA.COM

CITADEL-MEDIA.COM

CITADELMEDIA.NET

CITADELMEDIAINC.COM

CITADELPARTNERS.COM

CITADELPARTNERS.NET

cle4me.com

CLONESCOUT.COM

COACHINGTICKER.COM

COACHTICKER.COM

COLTSBLITZ.COM

COLTSCOUT.COM

COLTSDAILY.COM

COOKINGBOXES.COM

COOKINGCLUB.COM

COOKINGPLEASURES.COM

COOKINGPLEASURESKNIVES.COM

COOKINGTESTZONE.COM

COUNTDOWNTOSIGNINGDAY.COM

COWBOYBLITZ.COM

COWBOYSHQ.COM

COWBOYSTODAY.COM

CREATIVEHOMEARTS.COM

CREATIVEHOMEARTSCLUB.COM

CUSENATION.COM

CYCLONESPORTSREPORT.COM

DAWGSBITE.COM

DAWGSCOUT.COM

DCPROFOOTBALL.COM

DEADLIESTBLOGGER.COM

DIAMONDBACKSDAILY.COM

DIEHARDMAG.COM

DIEHARDMAGAZINE.COM

DODGERDIAMOND.COM

DOLPHINSREPORT.COM

DRAKEINSIDER.COM

DRAYSINSIDER.COM

DRIVERINSIDER.COM

DUCKPLAYBOOK.COM

DUCKSCOUT.COM

DUINSIDER.COM

DUKESSPORTS.COM

EAGLEINSIDER.COM

EAGLESINSIDER.COM

EVERGREENSTATEPREPS.COM

EXPLORERHOOPSREPORT.COM

FALCONINSIDER.COM

FALCONSREPORT.COM

FANSTAR.COM

FANSTARBASEBALL.COM

FANSTARFOOTBALL.COM

FANSTARLEAGUES.COM

FANSTARONE.COM

FANSTARPRO.COM

FANSTARPROLEAGUES.COM

FANTASYBASEBALLSITE.COM

FANTASYBBLEAGUES.COM

FANTASYFFLEAGUES.COM

FANTASY-FOOTBALL-LEAGUE.COM

FANTASY-FOOTBALL-LEAGUE.NET

FANTASYHOCKEYSITE.COM

FANTASYLEAGUEFOOTBALL.COM

FANTASYLEAGUEMANAGER.COM

FANTASYLEAGUEPRO.COM

FANTASYLEAGUERACING.COM

FAUINSIDER.COM

FBLMANAGER.COM

FFLMANAGER.COM

FFTWELVE.COM

FIELD-TESTER.COM

FIELDTESTONLINE.COM

FIGHTINGATORS.COM

FIGHTINSFUTURE.COM

FIGHTINSTATE.COM

FIGHTONSTATE.COM

FIGHTONSTATE.NET

FIGHTONTROJANS.COM

FIRSTDOWNSPORTS.COM

FISHING10.COM

FISHINGCLUB.COM

FISHINGCUTLERY.COM

FISHINGGIVEAWAY.COM

FISHINGTESTZONE.COM

FISHININFORMER.COM

FISHTESTZONE.COM

FLORIDADUGOUT.COM

FLORIDAHSINSIDER.COM

FLYERSPORTSREPORT.COM

FORDHAMINSIDER.COM

FOURWHEELOUTDOORS.COM

FUTUREJAYS.COM

FUTUREOFCOOKWARE.COM

FUTURERANGERS.COM

GAMEBIRDCOINS.COM

GAMECOCKANTHEM.COM

GAMECOCKINSIDERS.COM

GARDENINGBOXES.COM

GARDENINGCLUB.COM

GARDENINGHOWTO.COM

GARDENINGTESTZONE.COM

GARDENSTATEPREPS.COM

GATORSCOUT.COM

GEORGEWASHINGTONINSIDER.COM

GETDAILYHISTORY.COM

GETFOODNOW.COM

GET-HANDY.COM

GETHANDYTOOLBOX.COM

GETINSIDETRACK.COM

GETLIVINGHISTORY.COM

GIANTSPIPELINE.COM

GOLDENEAGLEPRIDE.COM

GOLDENSTATEPREP.COM

GOLDENSTATEPREPS.COM

GOLFADVICEPLEASE.COM

GOLFER.COM

GOLFINGCLUB.COM

GOLFPARTNERSCLUB.COM

GOLFPARTNERSMAGAZINE.COM

GOPHERDIGEST.COM

GOPOKES.COM

GRANDSLAMOFFER.COM

GREENANDWHITEREPORT.COM

GRIDIRONGATEWAY.COM

GUIDETOHISTORICAMERICA.COM

GULFSALTWATERPURSUIT.COM

GUNOWNERAMERICA.COM

GUNOWNERAMERICAN.COM

GVREPORT.COM

HANDY10.COM

HANDYBONUS.COM

HANDYMANCLUB.COM

HANDYMANCLUBOFAMERICA.COM

HANDYTESTZONE.COM

hawgsdaily.com

HAWGSSCOUT.COM

HAWKEYEINSIDER.COM

HAWKEYEINSIDERS.COM

HEALTHSOURCEVITAMINS.COM

HERECOMETHEDAWGS.COM

HERECOMETHEDOGS.COM

HERITAGEKNIFE.COM

HISTORYCLASSIC.COM

hogsdaily.com

HOMEARTSCLUB.COM

HOMEATSCOUT.COM

HOONATION.COM

HOOSIERSCOUT.COM

HOOSIERSTATEPREPS.COM

HORNEDFROGINSIDER.COM

HORNSDIGEST.COM

HORSERACINGSCOUT.COM

HOTLANTADUGOUT.COM

HOUSTONGRIDIRON.COM

HOUSTONHARDBALL.COM

HOYADIGEST.COM

HSGIRLSHOOPS.COM

HUNT10.COM

HUNTCLASSIC.COM

HUNTFORTURKEY.COM

HUNTINGCLUB.COM

HUNTINGCLUBBLOGS.COM

HUNTINGGIVEAWAY.COM

HUNTINGTESTZONE.COM

HUSKIEPRIDE.COM

HUSKYBLUEANDWHITE.COM

HUSKYSCOUT.COM

IDAHOVARSITY.COM

ILLINIPLAYBOOK.COM

ILLINISCOUT.COM

ILLINOISHSPREPS.COM

INDIANSINK.NET

INSIDEECUSPORTS.COM

INSIDENORTHTEXAS.COM

INSIDEPIRCHMAGAZINE.COM

INSIDEPITCHMAG.COM

INSIDEPITCHMAGAZINE.COM

INSIDERSPITCH.COM

INSIDETHEDAWGPOUND.COM

INSIDETHEDEACONS.COM

INSIDETHEDOGPOUND.COM

INSIDETHEHALOS.COM

INSIDETHEHERD.COM

insidethelobos.com

INSIDETHEOS.COM

insidetherebels.com

INSIDETHESPARTANS.COM

INSIDEUTES.COM

IRISHSCOUT.COM

IUINSIDER.COM

JAGSINSIDER.COM

JAGUARSREPORT.COM

JAYHAWKINSIDER.COM

KENTSTATEINSIDER.COM

KENTUCKYINSIDERS.COM

KENTUCKYSCOUT.COM

KENTUCKYSPORTSREPORT.COM

KITCHENTESTERS.COM

KITCHENTESTZONE.COM

KNIGHTSDAILY.COM

KNOTWARS.NET

LEGACYKNIFE.COM

LONGHORNDIGEST.COM

LONGHORNSDIGEST.COM

LOUISIANAPREPINSIDER.COM

LSUSCOUT.COM

MARCHTOURNEY.COM

MARLINSINSIDER.COM

MASTERBASSCIRCUIT.COM

MASTERSBASSCIRCUIT.COM

METSINSIDEPITCH.COM

MIAMIDUGOUT.COM

MICHIGANVARSITY.COM

MILBINSIDER.COM

MINERREPORT.COM

MINNESOTAINSIDERS.COM

MISSOURISTATEINSIDER.COM

MIZZOUILLUSTRATED.COM

MLBINSIDERS.COM

MLBINSIDERSCLUB.COM

MLBNETWORKINSIDERSCLUB.COM

MOTORCYCLECLUBOFAMERICA.COM

MOTORCYCLERIDERCLUB.COM

MOTORCYCLERIDERSCLUBOFAMERICA.COM

MUSKETEERREPORT.COM

MYBASEBALLACCOUNT.COM

MYCOOKINGACCOUNT.COM

MYCOOKINGRENEWAL.COM

MYFIELDTEST.COM

MYFISHINGACCOUNT.COM

MYFISHINGRENEWAL.COM

MYGARDEN10.COM

MYGARDENINGACCOUNT.COM

MYGARDENINGCLUBRENEWAL.COM

MYGARDENINGRENEWAL.COM

MYGOLFACCOUNT.COM

MYHANDYACCOUNT.COM

MYHANDYMANRENEWAL.COM

MYHISTORYACCOUNT.COM

MYHISTORYRENEWAL.COM

MYHOMEARTSACCOUNT.COM

MYHUNTINGACCOUNT.COM

MYHUNTINGCLUBRENEWAL.COM

MYHUNTINGRENEWAL.COM

MYMLBINSIDERSCLUBRENEWAL.COM

MYPRODUCTTEST.COM

MYSCOUTLIST.COM

MYSTOREDVALUECARD.COM

MYWARRIORACCOUNT.COM

MYWARRIORRENEWAL.COM

nabowhunting.com

NAFC.COM

NAFLYFISHING.COM

NAGUNOWNER.COM

NAMGADVERTISING.COM

NAMGCLUBS.COM

NAMGCLUBS.NET

NAMGINC.COM

NAMGMSP-ADMGT.COM

NAMGPARTNERS.COM

NAOUTDOORADVENTURE.COM

NATIONALHOMEGARDENINGCLUB.COM

NATIONALSTREETMACHINECLUB.COM

NATIONALWOODWORKERSCLUB.COM

NDSCOUT.COM

NFLDRAFTINSIDER.COM

NFLDRAFTINSIDERS.COM

NINERSDIGEST.COM

NITTANYPRIDE.COM

NITTANYPRIDE.NET

NITTANYPRIDE.ORG

NITTANYPRIDE.US

NOEASTANGLER.COM

NOLEDIGEST.COM

NOLESCOUT.COM

NOLESDIGEST.COM

NORTHAMERICANBASSFISHING.COM

NORTHAMERICANFISHERMAN.COM

NORTHAMERICANFISHINGCLUB.COM

NORTHAMERICANHUNTER.COM

NORTHAMERICANHUNTERMAGAZINE.COM

NORTHAMERICANHUNTINGCLUB.COM

NORTHAMERICANICEFISH.COM

NORTHAMERICANWARRIOR.COM

NORTHSIDERSREPORT.COM

NOWESTANGLER.COM

ODUINSIDER.COM

OFFICIALTESTER.COM

OHIOPREPSCENE.COM

OKPREPS.NET

ORANGEMANSCOUT.COM

OUINSIDER.NET

OURHISTORYCLUB.COM

OWLDIGEST.COM

OWLSDAILY.COM

PACERSPRESS.COM

PACKERREPORT.COM

PANTHERINSIDER.COM

PANTHERPRIMER.COM

PARTNERSCLUBONLINE.COM

PATRIOTSINSIDER.COM

PELICANSPRIDE.COM

PGATOURPARTNERSMAGAZINE.COM

PICKYOURCALENDAR.COM

PIRATESDUGOUT.COM

PLAYFFWC.COM

PLAYSCOUTFANTASY.COM

PONYSTAMPEDE.COM

PREPCOLORADO.COM

PREPNC.COM

PREPNEVADA.COM

PREPNEWMEXICO.COM

PREPNM.COM

PREPNORTHCAROLINA.COM

PREPSAL.COM

PREPTENNESSEE.COM

PRETTYTOUGHTOOLS.COM

PRODRAFTINSIDER.COM

PRODRAFTINSIDERS.COM

PRODUCTTESTONLINE.COM

PRODUCTTESTZONE.COM

PSUSCOUT.COM

PTZONE.COM

PURPLEPRIDE.COM

PURPLEWILDCATS.COM

RAMSDIGEST.COM

RANGERSINSIDER.COM

RAVENSINSIDER.COM

RAYSDIGEST.COM

REDBIRDINSIDER.COM

REDHAWKINSIDER.COM

REDHAWKNATION.COM

REDSINSIDER.COM

RENEWMYCOOKINGACCOUNT.COM

RENEWMYCOOKINGCLUB.COM

RENEWMYFISHINGACCOUNT.COM

RENEWMYFISHINGCLUB.COM

RENEWMYGARDENINGACCOUNT.COM

RENEWMYGARDENINGCLUB.COM

RENEWMYHANDYMANACCOUNT.COM

RENEWMYHANDYMANCLUB.COM

RENEWMYHISTORYACCOUNT.COM

RENEWMYHISTORYCLUB.COM

RENEWMYHUNTINGACCOUNT.COM

RENEWMYHUNTINGCLUB.COM

RENEWMYMLBICACCOUNT.COM

RENEWMYMLBINSIDERSCLUB.COM

RIDERSCLUBOFAMERICA.COM

ROARDIGEST.COM

ROCKETDIGEST.COM

ROCKIESDIGEST.COM

ROCKIESINSIDER.COM

ROCKYTOP.COM

ROYALCURVE.COM

ROYALSREPORT.COM

SAINTSINSIDER.COM

SAVVYTESTER.COM

SCARLETREPORT.COM

SCOUT.COM

SCOUT100.COM

SCOUTACTIONSPORTS.COM

SCOUTALASKAPREPS.COM

SCOUTALLAMERICAN.COM

SCOUTARKANSASPREPS.COM

SCOUTARKLITTLEROCK.COM

SCOUTARKSTATE.COM

SCOUTBATTLEFIELD.COM

SCOUTC.COM

SCOUTCHARLOTTE.COM

scoutcleveland.com

SCOUTCOACHING.COM

SCOUTCOLLEGENETWORK.COM

SCOUTCOMBINE.COM

SCOUTCOMBINES.COM

SCOUTCONNECTICUTPREPS.COM

SCOUTCREIGHTON.COM

SCOUTCSF.COM

SCOUTDELAWAREPREPS.COM

SCOUTDEV.COM

SCOUTDRAFT.COM

SCOUTDUQUESNE.COM

SCOUTEVANSVILLE.COM

SCOUTEXPERTS.COM

SCOUTFAIRFIELD.COM

SCOUTFANTASY.COM

SCOUTFANTASYTOUR.COM

SCOUTFILMS.TV

SCOUTFINANCE.COM

SCOUTFIU.COM

SCOUTFLORIDAPREPS.COM

SCOUTFOOTBALL.COM

SCOUTFRIARS.COM

SCOUTGEARREVIEW.COM

SCOUTHAWAIIPREPS.COM

SCOUTHISTORY.COM

SCOUTHOLIDAY.COM

SCOUTHOOPS.COM

SCOUTHOOPSEXPERTS.COM

SCOUTHORSERACING.COM

SCOUTICEFISHING.COM

SCOUTILLINOISPREPS.COM

SCOUTINDIANAPREPS.COM

SCOUTINGBASBALL.COM

SCOUTINGBASEBALL.COM

SCOUTINGWHITETAIL.COM

SCOUTIOWAPREPS.COM

SCOUTKENTUCKYPREPS.COM

SCOUTLEAGUES.COM

SCOUTLIST.COM

SCOUTMAINEPREPS.COM

SCOUTMARYLANDPREPS.COM

SCOUTMASSPREPS.COM

SCOUTMEDIA.COM

SCOUTMINNESOTAPREPS.COM

SCOUTMISSOURIPREPS.COM

SCOUTMLB.COM

SCOUTMLBNETWORK.COM

SCOUTMMA.COM

SCOUTMONTANAPREPS.COM

SCOUTMUSIC.COM

SCOUTNASCAR.COM

SCOUTNBA.COM

SCOUTNBANETWORK.COM

SCOUTNCAA.COM

SCOUTNDPREPS.COM

SCOUTNEBRASKAPREPS.COM

SCOUTNETWORK.COM

SCOUTNETWORKS.COM

SCOUTNEWSLETTER.COM

SCOUTNFL.COM

SCOUTNFLEUROPE.COM

SCOUTNFLEXPERTS.COM

SCOUTNFLNETWORK.COM

SCOUTNHL.COM

SCOUTNHLNETWORK.COM

SCOUTNHPREPS.COM

SCOUTNJPREPS.COM

SCOUTNYPREPS.COM

SCOUTODDS.COM

SCOUTOHIOU.COM

SCOUTOKLAHOMAPREPS.COM

SCOUTOREGONPREPS.COM

SCOUTOUTDOORREVIEW.COM

SCOUTOUTDOORS.COM

SCOUTPENNPREPS.COM

SCOUTPEOPLE.COM

SCOUTPEPPERDINE.COM

SCOUTPERF.COM

SCOUTPGA.COM

SCOUTPOLITICS.COM

SCOUTPREPS.COM

SCOUTPUBLISHING.COM

SCOUTQA.COM

SCOUTREADER.COM

SCOUTRICHMOND.COM

SCOUTRIPREPS.COM

SCOUTSAFARI.COM

SCOUTSDPREPS.COM

SCOUTSDSU.COM

SCOUTSJU.COM

SCOUTSOCCER.COM

SCOUTSOUTHALABAMA.COM

SCOUTSTATS.COM

SCOUTSTJOHNS.COM

SCOUTSTOCKS.COM

SCOUTTENNIS.COM

SCOUTTEST.COM

SCOUTTICKER.COM

SCOUTUCF.COM

SCOUTUSTATE.COM

SCOUTUTAHPREPS.COM

SCOUTUX.COM

SCOUTVACATIONS.COM

SCOUTVCU.COM

SCOUTVERMONTPREPS.COM

SCOUTVIRGINIAPREPS.COM

SCOUTWARRIOR.COM

SCOUTWARRIOR.INFO

SCOUTWARRIOR.NET

SCOUTWARRIOR.ORG

SCOUTWHITETAIL.COM

SCOUTWORLDCUP.COM

SCOUTWORLDFANTASYTOUR.COM

SCOUTWVPREPS.COM

SCOUTWYOMINGPREPS.COM

SCOWT.COM

SCPLAYBOOK.COM

SCUOT.COM

sdsuperchargers.com

SEAHAWKSINSIDER.COM

SEATTLECLUBHOUSE.COM

SETONHALLINSIDER.COM

SFHARDBALL.COM

SHOWMEMIZZOU.COM

SHOWMEPREPS.COM

SIGNATUREKNIFE.COM

SILVERANDBLACKTIMES.COM

SIUINSIDER.COM

SJSUINSIDER.COM

SLCINSIDER.COM

SMUINSIDER.COM

SOMISSINSIDER.COM

SOONERINSIDER.COM

SOONERSILLUSTRATED.COM

SOXHARDBALL.COM

SPARTANDIGEST.COM

SPARTANSDIGEST.COM

SPORTINGRIDE.COM

SPORTSPUBLISHERS.ORG

STBONINSIDER.COM

STEELCITYINSIDER.NET

STEELERBLITZ.COM

STEELERMACHINE.COM

STOREDVALUECARDINC.COM

STREETMACHINECLUB.COM

STUFFSTUFF.COM

SUNSTATEFOOTBALL.COM

SUPERBOWLSQUAREOFF.COM

SUPERSLAMCOINS.COM

SYCAMOREINSIDER.COM

TESTFREEPRODUCT.COM

TEXASHUNTFISH.COM

TEXASPREPREPORT.COM

THEBLOCKO.COM

THEFFLEAGUES.COM

THEGARDENINGSOCIETY.COM

THEGIANTSBEAT.COM

THEHISTORYCHANNELCLUB.COM

THEHISTORYCHANNELMAGAZINE.COM

THEINSIDERS.COM

THEJETSBEAT.COM

THEMOTORCYCLERIDERSCLUB.COM

THESCARLETREPORT.COM

THESHOEREPORT.COM

TIGERAUTHORITY.COM

TIGERSPORTSDIGEST.COM

TITANREDZONE.COM

TITANSINSIDERS.COM

TOOLTESTZONE.COM

TROJANSCOUT.COM

TROYINSIDER.COM

TRYFREEPRODUCT.COM

TULANEINSIDER.COM

TULSAINSIDER.COM

TURKEYADDICT.COM

UABINSIDER.COM

UCONNPLAYBOOK.COM

UCONNSCOUT.COM

ULTIMATEKNIFEOFFER.COM

UMASSINSIDER.COM

UNIINSIDER.COM

UNOINSIDER.COM

USCSCOUT.COM

UTESPORTSREPORT.COM

UVASCOUT.COM

VIKINGUPDATE.COM

VILLANOVAINSIDER.COM

VTINSIDER.COM

WARHAWKNATION.COM

WARPAINTILLUSTRATED.COM

WARRIORCOMMAND.COM

WARRIORCOMMAND.INFO

WARRIORCOMMAND.NET

WARRIORCOMMAND.ORG

WARRIORCOMMAND.US

WARRIORHISTORY.COM

WARRIORLORE.COM

WARRIORSCOUT.COM

WARRIORSPORTSNETWORK.COM

WHITETAILLEGACY.COM

WILDCATPROWL.COM

WILDCATSCOUT.COM

WILDCATSINSIDER.COM

WILDGAMESCOUT.COM

WILDPERSUITS.COM

WILDPURSUIT.COM

WKUINSIDER.COM

WOLVERINESCOUT.COM

WSUINSIDER.COM

WWIICOINS.COM

WWIIKNIFE.COM

XAVIERINSIDER.COM

ZAGSINSIDER.COM

ZIPSREPORT.COM

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.1 | **Creditor's name**<br>1-2-1 MARKETING SERVICES GROUP INC.<br><br>**Creditor's mailing address**<br>C/O HOWSE & THOMPSON, P.A.<br>ATTN: JACOB RICHARD GRASSEL<br>3189 FERNBROOK LANE NORTH<br>PLYMOUTH, MN 55447<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | **Describe debtor's property that is subject to a lien**<br>JUDGMENT LIEN<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>AEQUOR TECHNOLOGIES INC.<br><br>**Creditor's mailing address**<br>C/O GURSTEL CHARGO PA<br>ATTN: MICHAEL ANTHONY STEPHANI, ESQ.<br>6681 COUNTRY CLUB DRIVE<br>MINNEAPOLIS, MN 55427<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | **Describe debtor's property that is subject to a lien**<br>JUDGMENT LIEN<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.3 | **Creditor's name** BMI FULFILLMENT SERVICES **Creditor's mailing address** C/O OMEARA, LEER, WAGNER & KOHL ATTN: DALE O. THORNSJO, ESQ. 7401 METRO BOULEVARD, SUITE 600 MINNEAPOLIS, MN 55439 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** JUDGMENT LIEN **Describe the lien** **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name** CMF ASSOCIATES, INC. **Creditor's mailing address** C/O MOOMJIAN, WAITE, & COLEMAN, LLP ATTN: LONNIE COLEMAN, LISA DVOSKIN 100 JERICHO QUADRANGLE, SUITE 208 JERICHO, NY 11753 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** JUDGMENT LIEN **Describe the lien** **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name** DAN KLORES COMMUNICATIONS LLC **Creditor's mailing address** C/O MARSHAL COLEMAN, P.C. 32 BROADWAY, SUITE 1710 NEW YORK, NY 10004 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Describe debtor's property that is subject to a lien** JUDGMENT LIEN **Describe the lien** **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.6**

**Creditor's name**
DATAPOINT MEDIA, INC.

**Creditor's mailing address**
C/O SHANKER LAW GROUP
ATTN: NEAL A. BLOOM, ESQ.
101 FRONT STREET
MINEOLA, NY 11501

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN    UNKNOWN

**2.7**

**Creditor's name**
FOSINA MARKETING GROUP INC.

**Creditor's mailing address**
C/O WIGGIN AND DANA LLP
ATTN: STEVEN B. MALECH, MICHAEL L. KENNY JR.
450 LEXINGTON AVENUE, SUITE 3800
NEW YORK, NY 10037

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN    UNKNOWN

**2.8**

**Creditor's name**
HCI DATA CORPORATION

**Creditor's mailing address**
C/O GRAY PLANT MOOTY
ATTN: KELLY WAYNE HOVERSTEN, ESQ.
80 SOUTH 8TH ST., 500 IDS CENTER
MINNEAPOLIS, MN 55402

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that** |
| | | | Do not deduct the value of collateral. | **supports this claim** |

| 2.9 | **Creditor's name** | **Describe debtor's property that is** | $10,927,060.44 | UNKNOWN |
| | MULTIPLIER CAPITAL, LP | **subject to a lien** | | |
| | | FIRST LIEN ON ALL ASSETS | | |
| | **Creditor's mailing address** | | | |
| | 2 WISCONSIN CIRCLE | **Describe the lien** | | |
| | SUITE 700 | SENIOR SECURED DEBT | | |
| | CHEVY CHASE, MD 20815 | | | |
| | | **Is the creditor an insider or related** | | |
| | **Creditor's email address** | **party?** | | |
| | | ☒ No | | |
| | **Date or dates debt was incurred** | ☐ Yes | | |
| | 11/15/2013 | | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Last 4 digits of account number:** | ☒ No | | |
| | | ☐ Yes | | |
| | **Do multiple creditors have an interest in the** | | | |
| | **same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply. | | |
| | ☒ Yes | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.10 | **Creditor's name** | **Describe debtor's property that is** | UNKNOWN | UNKNOWN |
| | PARAMOUNT APPAREL INTERNATIONAL INC. | **subject to a lien** | | |
| | | JUDGMENT LIEN | | |
| | **Creditor's mailing address** | | | |
| | C/O HALPERN LAW FIRM | **Describe the lien** | | |
| | ATTN: STEVEN L. UGLAND, ESQ. | | | |
| | 10 SOUTH 5TH ST, 400 LUMBER EXCHANGE | **Is the creditor an insider or related** | | |
| | BDG | **party?** | | |
| | MINNEAPOLIS, CT 55402 | ☒ No | | |
| | | ☐ Yes | | |
| | **Creditor's email address** | | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date or dates debt was incurred** | ☒ No | | |
| | VARIOUS | ☐ Yes | | |
| | | | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply. | | |
| | **Do multiple creditors have an interest in the** | ☒ Contingent | | |
| | **same property?** | ☒ Unliquidated | | |
| | ☐ No | ☒ Disputed | | |
| | ☒ Yes | | | |

| 2.11 | **Creditor's name** | **Describe debtor's property that is** | UNKNOWN | UNKNOWN |
| | RELIANCE PRIVATE LABEL SUPPLEMENTS | **subject to a lien** | | |
| | INC. | JUDGMENT LIEN | | |
| | | | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | C/O HALPERN LAW FIRM | | | |
| | ATTN: STEVEN L. UGLAND, ESQ. | **Is the creditor an insider or related** | | |
| | 10 SOUTH 5TH ST, 400 LUMBER EXCHANGE | **party?** | | |
| | BDG | ☒ No | | |
| | MINNEAPOLIS, CT 55402 | ☐ Yes | | |
| | | | | |
| | **Creditor's email address** | **Is anyone else liable on this claim?** | | |
| | | ☒ No | | |
| | **Date or dates debt was incurred** | ☐ Yes | | |
| | VARIOUS | | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Last 4 digits of account number:** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | **Do multiple creditors have an interest in the** | ☒ Unliquidated | | |
| | **same property?** | ☒ Disputed | | |
| | ☐ No | | | |
| | ☒ Yes | | | |

| Part 1: | Additional Page |
|---|---|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

### 2.12

**Creditor's name**
RR DONNELLY & SONS COMPANY

**Creditor's mailing address**
C/O POPPER & GRAFTON
ATTN: SAMUEL R. GRAFTON, ESQ.
225 WEST 34TH STREET, STE. 1806
NEW YORK, NY  10122-1600

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

### 2.13

**Creditor's name**
SH WHITEWATER, LLC

**Creditor's mailing address**
C/O GISLASON & HUNTER LLP
ATTN: DANIEL A. BECKMAN, ESQ.
GOLDEN HILLS OFFICE CTR, 701 XENIA AVE S, # 500
MINNEAPOLIS, MN  55416

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

### 2.14

**Creditor's name**
SIGNATURE COMMERICAL SOLUTIONS LLC

**Creditor's mailing address**
C/O KENNEDY BERG LLP
ATTN: GABRIEL BERG, ANDREW A. SMITH
401 BROADWAY, SUITE 1900
NEW YORK, NY  10013

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
JUDGMENT LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  | | **Column A** | **Column B** |
| --- | --- | --- | --- | --- |
|  |  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | | *Do not deduct the value of collateral.* | |
| 2.15 | **Creditor's name**<br>SIGNATURE COMMERICAL SOLUTIONS LLC | **Describe debtor's property that is subject to a lien**<br>JUDGMENT LIEN | UNKNOWN | UNKNOWN |
|  | **Creditor's mailing address**<br>C/O LOMMEN ABDO, P.A.<br>ATTN: DEBORAH CLAIRE SWENSON, ESQ.<br>1000 INTERNATIONAL CTR, 920 SECOND AVE S<br>MINNEAPOLIS, MN 55402 | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
|  | **Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes | | |
|  | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | | |
|  | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| 2.16 | **Creditor's name**<br>STONE RIVER GEAR, LLC | **Describe debtor's property that is subject to a lien**<br>JUDGMENT LIEN | UNKNOWN | UNKNOWN |
|  | **Creditor's mailing address**<br>C/O WARNER LAW LLC<br>ATTN: GEORGE EDWARD WARNER<br>120 SOUTH SIXTH ST., SUITE 1515<br>MINNEAPOLIS, MN 55402 | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
|  | **Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes | | |
|  | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | | |
|  | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $10,927,060.44 | |

Fill in this information to identify the case:

Debtor    Scout Media, Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number   16-13369
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF REVENUE<br>PO BOX 327431<br>MONTGOMERY, AL 36132-7431<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.2** | **Priority creditor's name and mailing address**<br>ARKANSAS DEPT OF REVENUE<br>1816 WEST 7TH STREET<br>LITTLE ROCK, AR 72201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.3** | **Priority creditor's name and mailing address**<br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |

**2.4**

**Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF
EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA  94279

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.5**

**Priority creditor's name and mailing address**

CITY OF SEATTLE
BUSINESS LICENSE TAX
P.O. BOX 34214
SEATTLE, WA  98124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

**2.6**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
ATTN: TAXING DIVISION
PO BOX 17087
DENVER, CO  80217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

**2.7**

**Priority creditor's name and mailing address**

CONNECTICUT DEPARTMENT OF REVENUE
ATTN: DEPARTMENT OF REVENUE
SERVICES
450 COLUMBUS BLVD. SUITE 1
HARTFORD, CT  6103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

**2.8**

**Priority creditor's name and mailing address**

COUNTY OF FREDERICK OFFICE OF
TREASURER
P.O. BOX 225
WINCHESTER, VA  22604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
TREASURER AND TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
COUNTY TAX LIEN

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.10** **Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
DELAWARE DIVISION OF CORPORATIONS
401 FEDERAL ST. #3 PO BOX 898
DOVER, DE 19903

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.11** **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.12** **Priority creditor's name and mailing address**

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0531

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.13** **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 105136
ATLANTA, GA 30378-5136

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
ATTN: LOCAL TAX ALLOCATION
DIVISION (3-500)
101 W. JEFFERSON
SPRINGFIELD, IL 62702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.15** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
ATTN: APPEALS AND LITIGATION
P.O. BOX 1104
INDIANAPOLIS, IN 46206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.16** | **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CCP-LIEN UNIT
P.O. BOX 145595
CINCINNATI, OH 45250-5595

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FEDERAL TAX LIEN

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.17** | **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
PO BOX 409101
OGDEN, UT 84409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.18** | **Priority creditor's name and mailing address**

IOWA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY
P.O. BOX 10471
DES MONIES, IA 50306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS 66612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.20** | **Priority creditor's name and mailing address**

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT, KY 40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.21** | **Priority creditor's name and mailing address**

KING COUNTY TREASURY
ROOM 600-KING CTY
ADMINISTRATION BLDG
500 FOURTH AVENUE
SEATTLE, WA 98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.22** | **Priority creditor's name and mailing address**

KING COUNTY WASHINGTON
500 4TH AVENUE, ROOM 600
SEATTLE, WA 98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.23** | **Priority creditor's name and mailing address**

LOS ANGELES COUNTY
TREASURER AND TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24** **Priority creditor's name and mailing address**

LOUISANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.25** **Priority creditor's name and mailing address**

MARYLAND DEPT OF REVENUE
REVENUE ADMINISTRATION CENTER
110 CARROLL STREET
ANNAPOLIS, MD 21411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.26** **Priority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF TREASURY
ATTN: CUSTOMER CONTACT DIVISION
MBT UNIT
P.O. BOX 30059
LANSING, MI 48909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.27** **Priority creditor's name and mailing address**

MINNESOTA DEPARTMENT OF REVENUE
MINNESOTA REVENUE
MAIL STATION 4410
ST. PAUL, MN 55146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.28** **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
HARRY S TRUMAN STATE OFFICE BUILDING
301 WEST HIGH STREET
JEFFERSON CITY, MO 65101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.29** | Priority creditor's name and mailing address

NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 94818
LINCOLN, NE 68509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.30** | Priority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.31** | Priority creditor's name and mailing address

NEW JERSEY DEPARTMENT OF TREASURY
ATTN: N.J. DIVISION OF TAXATION
BANKRUPTCY SECTION
P.O. BOX 245
TRENTON, NJ 8695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.32** | Priority creditor's name and mailing address

NEW MEXICO TAXATION AND REVENUE DEPT.
CORPORATE INCOME AND FRANCHISE TAX
SANTA FE, NM 87504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.33** | Priority creditor's name and mailing address

NEW YORK DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34** **Priority creditor's name and mailing address**

NEW YORK STATE CORPORATION TAX
PO BOX 4136
BINGHAMTON, NY 13902-4136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

**2.35** **Priority creditor's name and mailing address**

NEW YORK STATE SALES TAX
JAF BUILDING
PO BOX 1205
NEW YORK, NY 10116-1205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

**2.36** **Priority creditor's name and mailing address**

NORTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

**2.37** **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
PO BOX 182857
COLUMBUS, OH 43218-2857

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

**2.38** **Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
CONNORS BUILDING, CAPITOL COMPLEX
2501 NORTH LINCOLN BOULEVARD
OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39** **Priority creditor's name and mailing address**

OREGON REAL ESTATE AGENCY
1177 CENTER ST. NE
SALEM, OR 97301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.40** **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF BUSINESS TRUST FUND TAXES
P.O. BOX 280901
HARRISBURG, PA 17128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.41** **Priority creditor's name and mailing address**

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 2908

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.42** **Priority creditor's name and mailing address**

SOUTH CAROLINA DEPT OF REVENUE
CORPORATE TAX
300A OUTLET POINTE BOULEVARD
COLUMBIA, SC 29210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.43** **Priority creditor's name and mailing address**

STATE OF INDIANA
ATTN: APPEALS AND LITIGATION
P.O. BOX 1104
INDIANAPOLIS, IN 46206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE TAX LIEN

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.44** Priority creditor's name and mailing address

STATE OF KENTUCKY
501 HIGH STREET
FRANKFORT, KY 40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE TAX LIEN

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.45** Priority creditor's name and mailing address

STATE OF OHIO
P.O. BOX 530
COLUMBUS, OH 43216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE TAX LIEN

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.46** Priority creditor's name and mailing address

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
500 DEADERICK STREET
NASHVILLE, TN 37242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.47** Priority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 13528
CAPITOL STATION
AUSTIN, TX 78711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.48** Priority creditor's name and mailing address

VIRGINIA DEPARTMENT OF TAXATION
ATTN: VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICE
P.O. BOX 1115
RICHMOND, VA 23218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
| --- | --- | --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.49**    **Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF
REVENUE
P.O. BOX 47464
OLYMPIA, WA 98504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50**    **Priority creditor's name and mailing address**

WISCONSIN DEPARTMENT OF REVENUE
P.O. BOX 930208
MILWAUKEE, WI 53293-0208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1**    **Nonpriority creditor's name and mailing address**

1-2-1 MARKETING SERVICES GROUP INC.
ATTN: OFFICER, MANAGING AGENT OR GENERAL AGENT
20195 S DIAMOND LAKE ROAD
SUITE 700
ROGERS, MN 55374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.2**    **Nonpriority creditor's name and mailing address**

2001 SIXTH LLC (WESTIN)
2001 SIXTH AVENUE
SUITE 300
SEATTLE, WA 98121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $3,230.00

---

**3.3**    **Nonpriority creditor's name and mailing address**

212, LTD
20 RIDGE ROAD
GREEN BROOK, NJ 08812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $5,200.00

| Part 2: | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.4** **Nonpriority creditor's name and mailing address**

ACCOUNTEMPS
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,815.20

---

**3.5** **Nonpriority creditor's name and mailing address**

ADKNOWLEDGE, INC
PO BOX 204587
DALLAS, TX 75320-4587

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,188.38

---

**3.6** **Nonpriority creditor's name and mailing address**

ADP, INC (FEES)
PO BOX 842875
BOSTON, MA 02284-2875

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,419.66

---

**3.7** **Nonpriority creditor's name and mailing address**

ADVERTISING DATABASE INC
6 EAST 32ND STREET
FLOOR 8, UNIT 802
NEW YORK, NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,207.73

---

**3.8** **Nonpriority creditor's name and mailing address**

AEQUOR TECHNOLOGIES INC.
ATTN: MANMEET VIRDI, CEO AND R/A
33 WOOD AVENUE SOUTH
5TH FLOOR
ISELIN, NJ 08830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,909.17

AKAMAI TECHNOLOGIES, INC
PO BOX 26590
NEW YORK, NY  10087-6590

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00

ALERUS (ALLIANCE BENEFIT GROUP)
PO BOX 1226
ALBERT LEA, MN  56007

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,552.29

AMAZON WEB SERVICES LLC
PO BOX 84023
SEATTLE, WA  98124-8423

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
ATTN:  KENNETH CHENAULT, CEO
200 VESEY STREET
NEW YORK, NY  10285

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,200.00

AMERICAN SPORTFISHING ASSOC
PO BOX 758622
BALTIMORE, MD  21298-5000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,485.00 |
| | AOL ADVERTISING, INC | Check all that apply. | |
| | GENERAL POST OFFICE | ☐ Contingent | |
| | PO BOX 5696 | ☐ Unliquidated | |
| | NEW YORK, NY 10087 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,969.29 |
| | APPNEXUS | Check all that apply. | |
| | 28 WEST 23RD STREET, 4TH FLOOR | ☐ Contingent | |
| | NEW YORK, NY 10010 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.71 |
| | ARNOLD, LELAND | Check all that apply. | |
| | 2716 MIDLAND RD | ☐ Contingent | |
| | SHELBYVILLE, TN 37160 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,022.61 |
| | ARPINE MEDIA GROUP | Check all that apply. | |
| | PO BOX 7402 | ☐ Contingent | |
| | BURBANK, CA 91510 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,650.00 |
| | ARTEC DISPLAYS | Check all that apply. | |
| | 1022 BERWOOD AVE E | ☐ Contingent | |
| | ST PAUL, MN 55110 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197-5019<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,553.45 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>AT&T ONE NET<br>AT&T - PO BOX 5094<br>CAROL STREAM, IL 60197-5094<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,575.38 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>ATKINS, SCOTT<br>10498 WINTERGREEN WAY<br>INDIANAPOLIS, IN 46234<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>AVALARA, INC<br>DEPT CH 16781<br>PALATINE, IL 60055-6781<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,041.10 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>BACKUPIFY, INC (C/O DATTO)<br>PO BOX 844549<br>BOSTON, MA 02284-4549<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,560.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.24**

**Nonpriority creditor's name and mailing address**

BANK OF THE WEST, ASSIGNEE OF STEELCASE
FINANCIAL SERVIES, INC.
ATTN:  NANDITA BAKSHI, CEO
180 MONTGOMERY STREET
8TH FLOOR
SAN FRANCISCO, CA  94014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.25**

**Nonpriority creditor's name and mailing address**

BANK OF THE WEST, ASSIGNEE OF STEELCASE
FINANCIAL SERVIES, INC.
C/O PLATZER, SWERGOLD, LEVINE, GOLDBERG, KATZ, &
JASLOW, LP
ATTN: NICOLETTA LAKATOS
475 PARK AVENUE SOUTH, 18TH FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.26**

**Nonpriority creditor's name and mailing address**

BARBER, IRVIN
RR 2 BOX 5
HYDRO, OK  73048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.27**

**Nonpriority creditor's name and mailing address**

BARROW, LLOYD
5012 CULLEN CT
COLUMBIA, MO  65203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.28**

**Nonpriority creditor's name and mailing address**

BATT, DAVE
703 DOWNING DR
BRYAN, OH  43506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.96

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

3.29 **Nonpriority creditor's name and mailing address**

BEERS, FRANCIS
PO BOX 426
NEW GLARIS, WI 53574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

3.30 **Nonpriority creditor's name and mailing address**

BENNETT, LOU
1630 N 56TH STREET
APT 7
LINCOLN, NE 68504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

3.31 **Nonpriority creditor's name and mailing address**

BENTLEY, LEE
931 EASTWOOD DR
ASHTABULA, OH 44004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.95

---

3.32 **Nonpriority creditor's name and mailing address**

BERG, DANIEL
2523 160TH STREET
ROCK RAPIDS, IA 51246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

3.33 **Nonpriority creditor's name and mailing address**

BLACK BOX NETWORK SERVICES
PO BOX 86
MPLS, MN 55486-0976

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,778.23

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br>BMI FULFILLMENT SERVICES<br>ATTN: ARTHUR BLUMENFELD<br>51-53 KENOSIA AVENUE<br>DANBURY, CT 06810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>BOETTNER, RICHARD<br>4843 YATES AVE N<br>BROOKLYN CENTER, MN 55429 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.71 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>BRAD VAUGHAN<br>5049 W 129TH TERRACE<br>LEAWOOD, KS 66209 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.72 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>BRICKER, B<br>N6892 N ROLLOFSON LAKE RD<br>SCANDINAVIA, WI 54977 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.96 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>BRIGGS AND MORGAN, P.A.<br>PO BOX 64591<br>ST PAUL, MN 55164-0591 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,276.26 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |

3.39 — **Nonpriority creditor's name and mailing address**
BUNTEN, DAVE
1045 HEARTWOOD LN
LAKE ZURICH, IL 60047

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $14.96

---

3.40 — **Nonpriority creditor's name and mailing address**
BURNETT, BRUCE
2261 ASHFORD LANE
MIDLOTHIAN, TX 76065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33.71

---

3.41 — **Nonpriority creditor's name and mailing address**
BUSINESSWARE SOLUTIONS
500 79TH STREET WEST SUITE 3
CHANHASSEN, MN 55317

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

3.42 — **Nonpriority creditor's name and mailing address**
CALLA, NICHOLAS
68 TRAFFORD ST
QUINCY, MA 02169

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $19.95

---

3.43 — **Nonpriority creditor's name and mailing address**
CALVIN, ALOUIS
8218 JUSTINE ST
CHICAGO, IL 60620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33.71

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CARVALHO, ROBERT
3445 SAN PABLO DAM RD
APT 16
EL SOBRANTE, CA 94803

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $14.96

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.90 |

**Nonpriority creditor's name and mailing address**
CERVANTES, PAUL
1075 FULTON AVE
RM 223
SACRAMENTO, CA 95825

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $39.90

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.71 |

**Nonpriority creditor's name and mailing address**
CHALTRY, DONALD
S38W27785 MERRIWOOD CT
WAUKESHA, WI 53189

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33.71

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,086.00 |

**Nonpriority creditor's name and mailing address**
CHARTBEAT, INC
826 BROADWAY
6TH FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9,086.00

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |

**Nonpriority creditor's name and mailing address**
CITY OF HOPKINS
1010 FIRST ST S
HOPKINS, MN 55343

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $50.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.49** **Nonpriority creditor's name and mailing address**
CLEARSLIDE, INC
PO BOX 123392
DALLAS, TX 75312-3392

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,408.84

---

**3.50** **Nonpriority creditor's name and mailing address**
CLOUD SPORTS DATA, LLC
150 S 5TH STREET #1700
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,000.00

---

**3.51** **Nonpriority creditor's name and mailing address**
CMF ASSOCIATES, LLC
325 CHESTNUT STREET
SUITE 410
PHILADELPHIA, PA 19106

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.52** **Nonpriority creditor's name and mailing address**
COMCAST
PO BOX 34227
SEATTLE, WA 98124-1227

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,447.81

---

**3.53** **Nonpriority creditor's name and mailing address**
COMSCORE
14140 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,532.25

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>CONCUR TECHNOLOGIES, INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,503.36 |
|---|---|---|

| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>CONOVER, TRACI<br>3511 195TH STREET<br>ANTON, IA 51004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.95 |

| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>CONSERVATION VISIONS, INC<br>354 WATER STREET<br>ST. JOHNS, NEWFOUNDLAND A1C 5W4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,700.00 |

| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>CONTRA MEDIA GROUP LLC<br>122 WEST 26TH ST<br>5TH FLOOR<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,500.00 |

| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>COSLET GARY<br>307 N CARICO STREET<br>TUSCOLA, IL 61953<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.71 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

CRAFT, THOMAS
7205 JOHN HEGGER RD
MT JULIET, TN 37122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $240.00 |
|---|---|---|---|

CSTRAIGHT MEDIA
1897 PRESTON WHITE DRIVE
SUITE 310
RESTON, VA 20191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $417.64 |
|---|---|---|---|

CT CORPORATION SYSTEMS
PO BOX 4349
CAROL STREAM, IL 60197-4349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,519.50 |
|---|---|---|---|

CURTIS MALLET-PREVOST COLT & MOSLE LLP
GENERAL POST OFFICE
PO BOX 27930
NEW YORK, NY 10087-7930

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76,635.16 |
|---|---|---|---|

DAN KLORES COMMUNICATIONS LLC
261 FIFTH AVE-2ND FLOOR
NEW YORK, NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.64**

**Nonpriority creditor's name and mailing address**

DAN KLORES COMMUNICATIONS, LLC
ATTN:  DAN KLORES, PRESIDENT/CEO
386 PARK AVENUE SOUTH
10TH FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.65**

**Nonpriority creditor's name and mailing address**

DATAPOINT MEDIA, INC.
770 MARATHON PARKWAY
330 BEAR HILL ROAD
SUITE 204
WALTHAM, MA  02451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.66**

**Nonpriority creditor's name and mailing address**

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NY  10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,377.80

---

**3.67**

**Nonpriority creditor's name and mailing address**

DAVIS, GAREY
1015 SAINT DUNSTANS RD
BALTIMORE, MD  21212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$14.96

---

**3.68**

**Nonpriority creditor's name and mailing address**

DENFIELD, JAMES
2687 DIANE ST
PORTAGE, IN  46368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.95

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

**3.69**    **Nonpriority creditor's name and mailing address**

DENTON, WAYNE
14056 S POPLAR PL
GLENPOOL, OK 74033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

**3.70**    **Nonpriority creditor's name and mailing address**

DEPARTMENT OF LABOR AND INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124-1974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.60

---

**3.71**    **Nonpriority creditor's name and mailing address**

DIAMOND GRAPHICS INC.
14350 AZURITE ST NW
ANOKA, MN 55303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.72**    **Nonpriority creditor's name and mailing address**

DIAWA
ATTN: CHERYL BARRICKMAN
11137 WARLAND DRIVE
CYPRESS, CA 90630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.73**    **Nonpriority creditor's name and mailing address**

DOMBROSKI, RALPH
444 BAY SHORE DRIVE
DECATUR, IL 62521

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.74** **Nonpriority creditor's name and mailing address**

DORNBUSCH, DENNIS
213 E WOODSDALE AVE
AKRON, OH 44301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.95

---

**3.75** **Nonpriority creditor's name and mailing address**

DREGER, PAUL
1341 EVERGREEN HTS DR
WOODLAND PARK, CO 80863

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

---

**3.76** **Nonpriority creditor's name and mailing address**

DUNCAN, ALLISON
211-04 23RD AVE #3
BAYSIDE, NY 11360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.77** **Nonpriority creditor's name and mailing address**

DURDEN, LAWRENCE
458 GALAXIE DRIVE N
ABBEVILLE, AL 36310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.95

---

**3.78** **Nonpriority creditor's name and mailing address**

ELYSIUM GROUP
511 6TH AVE #220
NEW YORK, NY 10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$886.91

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.00 |

EPIC TRADE SHOW MARKETING,LLC
9700 ROCKSIDE RD
SUITE 290
VALLEY VIEW, OH 44125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $302.37 |

EPICOR SOFTWARE CORP
PO BOX 841547
LOS ANGELES, CA 90084-1547

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,337.77 |

ESTES, TAYLOR
1500 S LAMAR DRIVE
APT 4038
AUSTIN, TX 78704

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,913.65 |

EVAN DANIELS
311 BROADLEAF PLACE
LEXINGTON, KY 40503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

FACEBOOK, INC.
ATTN: ACCOUNTS RECEIVABLE
15161 COLLECTIONS CENTER DR
CHICAGO, IL 60693

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.84** **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.46

---

**3.85** **Nonpriority creditor's name and mailing address**

FEDEX
FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.86** **Nonpriority creditor's name and mailing address**

FIDELITY
82 DEVONSHIRE STREET
BOSTON, MA 02109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,763.73

---

**3.87** **Nonpriority creditor's name and mailing address**

FIRSTCOM
15040 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,412.50

---

**3.88** **Nonpriority creditor's name and mailing address**

FISH, NOREEN
800 MAIN ST
LA CROSSE, WI 54601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.90

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

### 3.89
**Nonpriority creditor's name and mailing address**

FISHHOUND LLC
13032 HESBY ST.
SHERMAN OAKS, CA 91423

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$587.10

---

### 3.90
**Nonpriority creditor's name and mailing address**

FISKARS BRANDS, INC.
PO BOX 802587
CHICAGO, IL 60680

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

### 3.91
**Nonpriority creditor's name and mailing address**

FOND DU LAC PUBLIC LIBRARY
32 SHEBOYGAN ST
FOND DU LAC, WI 54935

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.95

---

### 3.92
**Nonpriority creditor's name and mailing address**

FORD, JAKE
110 SAINT MARTINS LN
SMYRNA, TN 37167-6316

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

### 3.93
**Nonpriority creditor's name and mailing address**

FOSINA MARKETING GROUP INC.
ATTN: JAMES FOSINA, CEO
51-53 KENOSIA AVENUE
DANBURY, CT 06810

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.94**    **Nonpriority creditor's name and mailing address**

FOSTER, ROBERT
2833 GUILDER DR
MOBILE, AL 36695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

**3.95**    **Nonpriority creditor's name and mailing address**

FRANKLIN PICTURES, LLC
3385 LANATTA STREET
SUITE A
SACRAMENTO, CA 95819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,100.00

---

**3.96**    **Nonpriority creditor's name and mailing address**

FRONCELL, SHANNON
8325 S 74TH E AVENUE
TULSA, OK 74113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.97**    **Nonpriority creditor's name and mailing address**

FROST, BOB
276 EIGHTH AVENUE #5
SAN FRANCISCO, CA 94118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.00

---

**3.98**    **Nonpriority creditor's name and mailing address**

FULLTIME FANTASY SPORTS
IAN RITCHIE
10892 MAIDEN LANE
BAINBRIDGE ISLAND, WA 98110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$921,791.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.99** **Nonpriority creditor's name and mailing address**

GAME ON INC
P.O. BOX 3239
ROAD TOWN, TORTOLA  VG1110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.100** **Nonpriority creditor's name and mailing address**

GARAFOLO, LYNDA
8952 SAWYER BROWN ROAD
NASHVILLE, TN  37221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

---

**3.101** **Nonpriority creditor's name and mailing address**

GCA SAVVIAN ADVISORS, LLC
ONE MARITIME PLAZA
25TH FLOOR
SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,320.08

---

**3.102** **Nonpriority creditor's name and mailing address**

GEP ADMINISTRATIVE SERVICES, INC (EP)
PO BOX 7837  MC0200
BURBANK, CA  91510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$745.71

---

**3.103** **Nonpriority creditor's name and mailing address**

GETTY IMAGES (US), INC.
ATTN:  JOHN J. LAPHAM III
ATTN:  LEGAL DEPT.
605 FIFTH AVE. S #400
SEATTLE, WA  98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

3.104 **Nonpriority creditor's name and mailing address**

GETTY IMAGES, INC.
PO BOX 953604
ST LOUIS, MO 63195-3604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,718.75

---

3.105 **Nonpriority creditor's name and mailing address**

GLASS GRAPHICS, INC
PO BOX 1006
CONWAY, NH 03818

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.28

---

3.106 **Nonpriority creditor's name and mailing address**

GLP CREATIVE LLC
21 BROAD ST
QUINCY, MA 02169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,840.00

---

3.107 **Nonpriority creditor's name and mailing address**

GOOGLE INC.
PO BOX 39000
SAN FRANCISCO, CA 94139-3654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,500.00

---

3.108 **Nonpriority creditor's name and mailing address**

GRANDY, CHRIS
336 PHILLIPS STREET
CHARLEROI, PA 15022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $883.22 |

GREAT NORTHERN CORP
8600 WYOMING AVE N
BROOKLYN PARK, MN  55445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |

GREEN BAY AREA PUBLIC SCHOOLS
442 ALPINE DRIVE
GREEN BAY, WI  54302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,268.04 |

GUARDIAN - ALTERNATE FUNDED
P O BOX 824395
PHILADELPHIA, PA  19182-4395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |

GUTHRIE, WILLIAM
6007 E 77TH ST
TULSA, OK  74136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.71 |

HAMM, ORVIS
159 CANDLE BROOK DR
DOTHAN, AL  36303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

HANSETER, SHIRLEY
965 HERITAGE TRAIL
OSHKOSH, WI 54904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,500.00 |
|---|---|---|---|

HARBOR FREIGHT TOOLS
26541 AGOURA ROAD
CALABASAS, CA 91302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

HARWARTH, KEN
203 17TH ST S
BUFFALO, MN 55313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.71 |
|---|---|---|---|

HAUGER, TERRY
1305 PENINAH ST
YANKTON, SD 57078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.71 |
|---|---|---|---|

HAYS, EARL
1091 REID ROAD
TRAFFORD, AL 35172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|-------------|-----------------|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

---

**3.119**    **Nonpriority creditor's name and mailing address**

HCC SPECIALTY UNDERWRITERS INC
401 EDGEWATER PLACE
SUITE 400
WAKEFIELD, MA 01880

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,666.50

---

**3.120**    **Nonpriority creditor's name and mailing address**

HCI DATA CORPORATION D/B/A BUSINESSWARE
SOLUTIONS
P.O. BOX 3239
500 79TH STREET
WEST SUITE 3
CHANHASSEN, MN 55317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.121**    **Nonpriority creditor's name and mailing address**

HEALTHPARTNERS
PO BOX 1450
MINNEAPOLIS, MN 55485-3600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,514.54

---

**3.122**    **Nonpriority creditor's name and mailing address**

HENZEL, PHIL
PO BOX 1655
MESQUITE, NV 89024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

---

**3.123**    **Nonpriority creditor's name and mailing address**

HIGHLAND MINT
4100 N. RIVERSIDE DRIVE
MELBOURNE, FL 32937

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.124 **Nonpriority creditor's name and mailing address**

HOOTSUITE
5 EAST 8TH AVE
VANCOUVER, BC  V5T 1R6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,225.35

---

3.125 **Nonpriority creditor's name and mailing address**

HOPE, ROSANNA
707 BEALEY ST
ST MARYS, GA  31558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$39.95

---

3.126 **Nonpriority creditor's name and mailing address**

HUNTERS MFG COMPANY, INC
1318 W. WINTERGREEN RD.
HUTCHINS, TX  75141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,147.01

---

3.127 **Nonpriority creditor's name and mailing address**

IMATCH TECHNICAL SERVICES
ATTN:  DARREN CASEY, MANAGING DIRECTOR
1417 4TH AVENUE
SUITE 810
SEATTLE, WA  98101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.128 **Nonpriority creditor's name and mailing address**

INNOVID INC
30 IRVING PL, FL 12
NEW YORK, NY  10003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$460.16

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.129**    **Nonpriority creditor's name and mailing address**

INTEGRA TELECOM
PO BOX 2966
MILWAUKEE, WI 53201-2966

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.29

---

**3.130**    **Nonpriority creditor's name and mailing address**

INTEGRAL AD SCIENCE, INC
BOX 200197
PITTSBURGH, PA 15251-0197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$341.72

---

**3.131**    **Nonpriority creditor's name and mailing address**

INTERFACE MEDIA GROUP, INC
1233 20TH STREET NW
WASHINGTON, DC 20036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,400.61

---

**3.132**    **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.42

---

**3.133**    **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN CONFIDENTIAL
PO BOX 27129
NEW YORK, NY 10087-7129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,239.95

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,792.86 |
|---|---|---|---|

IRON MOUNTAIN RECORDS MANAGEMENT
PO BOX 6150
NEW YORK, NY 10249-6150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

JANRAIN, INC.
ATTN: JIM KASKADE, CEO
519 SW 3RD AVENUE
SUITE 200
PORTLAND, OR 97204

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

JASON PARIS
C/O THE LAW OFFICE OF DAVID C. DEAL, P.L.C.
ATTN: DAVID C. DEAL
PO BOX 1042
CROZET, VA 22932

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
|---|---|---|---|

JILBURG, ROY
2869 CTY RD S
STURGEON BAY, WI 54235

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,900.00 |
|---|---|---|---|

JMM PROPERTIES, LLC
14701 ROCKSBOROUGH RD
MINNETONKA, MN 55345

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |

| | | Amount of claim |

| 3.139 | **Nonpriority creditor's name and mailing address**<br>JOINER, DONALD<br>989 CHAPMAN RD<br>GOODWATER, AL 35072<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.95 |
| 3.140 | **Nonpriority creditor's name and mailing address**<br>JONES, KENNETH<br>605 SW GRAY ST<br>DES MOINES, IA 50315<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.95 |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>JORDAN, GABRIEL<br>8 FERN LANE<br>KITTYHAWK, NC 27949<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.95 |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>JUDSON, JERRY<br>5016 CRESTHAVEN DR<br>LINCOLN, NE 68516<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.71 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>K2FILM<br>4214 SHOAL CREEK DRIVE<br>GREENSBORO, NC 27410<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,141.87 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.144 **Nonpriority creditor's name and mailing address**

KAISER, CONNIE
446 OAKLAWN AVE
FREMONT, OH 43420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

3.145 **Nonpriority creditor's name and mailing address**

KENNEDY, STEVENX
3478 SUMMERFORD COURT
MARIETTA, GA 30062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.00

---

3.146 **Nonpriority creditor's name and mailing address**

KING COUNTY TREASURY
500 FOURTH AVENUE
SEATTLE, WA 98104-2340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$721.44

---

3.147 **Nonpriority creditor's name and mailing address**

KING, JOHN
392 HWY 367
BURNSVILLE, MS 38833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

3.148 **Nonpriority creditor's name and mailing address**

KNUTSVIG, DARREN
203 BROADWAY
APT 1
BUXTON, ND 58218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.98

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.149** **Nonpriority creditor's name and mailing address**

KRISTY TITUS INC
1450 NW GARDNER RD
PRINEVILLE, OR 97754

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.150** **Nonpriority creditor's name and mailing address**

KUHLE, MARK
2662 CENTRAL AVENUE
DUBUQUE, IA 52001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

**3.151** **Nonpriority creditor's name and mailing address**

LADAS & PARRY LLP
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018-3738

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,827.16

---

**3.152** **Nonpriority creditor's name and mailing address**

LAWRENCE, ROBERT L
3324 DAWN SHIRE AVE
APT D
CHARLOTTE, NC 28216

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.95

---

**3.153** **Nonpriority creditor's name and mailing address**

LEONARD, O'BRIEN, SPENCER, GALE & SAYRE
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,104.08

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>LINNEBUR, JIM<br>16199 GREEN VALLEY RANGE BLVD<br>APT 1026<br>DENVER, CO 80239<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.95 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br>LIVERAIL<br>1601 WILLOW ROAD<br>MENLO PARK, CA 94025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,500.02 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br>LOBERG, DAVID<br>2721 MCLEOD DR E<br>WEST FARGO, ND 58078<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.95 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br>LUIKART, ED<br>41229 HAYSTACK MOUNTAIN LANE<br>POLSON, IA 51102<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.96 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br>LUMINAID LAB LLC<br>5718 WESTHEIMER RD<br>SUITE 765<br>HOUSTON, TX 77057<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.91 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.159 **Nonpriority creditor's name and mailing address**
LYON, ROBERT
3807 PARTRIDGE CT
VALPARAISO, IN  46383

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$14.96

---

3.160 **Nonpriority creditor's name and mailing address**
LYONS, CHUCK
43 DELAWARE AVE
ROCHESTER, NY  14623

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.76

---

3.161 **Nonpriority creditor's name and mailing address**
MACY NAUGHTON
943 HILYARD #9
EUGENE, OR  97401

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

3.162 **Nonpriority creditor's name and mailing address**
MAGOON ENTERPRISES, LLC
8451 SE 68TH STREET, STE 200
MERCER ISLAND, WA  98040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,627.05

---

3.163 **Nonpriority creditor's name and mailing address**
MAHONEY, DON
2900 S VALLEY VIEW BLVD
LOT 66
LAS VEGAS, NV  89102

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.95

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.63 |
| | | Check all that apply. | |
| | MAILROOM FINANCE INC | ☐ Contingent | |
| | PO BOX 30193 | ☐ Unliquidated | |
| | TAMPA, FL 33630-3193 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.96 |
| | | Check all that apply. | |
| | MANTHEI, RANDY | ☐ Contingent | |
| | 630 E NORTH ST | ☐ Unliquidated | |
| | KIRKWOOD, IL 61447 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.95 |
| | | Check all that apply. | |
| | MARTIN, MERVIN | ☐ Contingent | |
| | 2745 ARNOLDSON AVE | ☐ Unliquidated | |
| | SAN DIEGO, CA 92122 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $620.00 |
| | | Check all that apply. | |
| | MASON, BRETT | ☐ Contingent | |
| | 14701 ROCKSBOROUGH RD | ☐ Unliquidated | |
| | MINNETONKA, MN 55345 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.95 |
| | | Check all that apply. | |
| | MCGINTY, THOMAS | ☐ Contingent | |
| | 5000 CARPENTER RD | ☐ Unliquidated | |
| | LOVELOCK, NV 89419 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**Part 2:** Additional Page

|  | | Amount of claim |
|--|--|--|

**3.169**    **Nonpriority creditor's name and mailing address**

MCNEILL, CHRIS
15 PEACH ORCHARD HILL
PLAINVILLE, CT 06062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.170**    **Nonpriority creditor's name and mailing address**

MEDIA IMAGES INC
1010 TAYLOR STATION RD STE E
COLUMBUS, OH 43230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.171**    **Nonpriority creditor's name and mailing address**

MEDIA IMAGES, INC
1010 TAYLOR STATION RD STE E
COLUMBUS, OH 43230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,580.00

---

**3.172**    **Nonpriority creditor's name and mailing address**

MEDIALINK, LLC
1901 AVE OF THE STARS
SUITE 1775
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,000.00

---

**3.173**    **Nonpriority creditor's name and mailing address**

MESEBERG, DANIEL
45388 165TH ST
WATERTOWN, SD 57201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.174** **Nonpriority creditor's name and mailing address**

MIX, ROBERT
6106 STAGE RD
APT 1
MEMPHIS, TN 38134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.175** **Nonpriority creditor's name and mailing address**

MOAT INC
222 S ALBANY STREET
SUITE 2
ITHACA, NY 14850

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,000.00

---

**3.176** **Nonpriority creditor's name and mailing address**

MOAT, JANE
2001 STERLING COURT
LAGRANGE, GA 30240

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.95

---

**3.177** **Nonpriority creditor's name and mailing address**

MOREHOUSE MEDIA LLC
23825 ANZA AVENUE
TORRANCE, CA 90505

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.178** **Nonpriority creditor's name and mailing address**

MURRAY, RANDY
955 N 22ND ST
MANITOWOC, WI 54220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.179** **Nonpriority creditor's name and mailing address**
NATIONAL CORPORATE RESEARCH, LTD
10 EAST 40TH STREET
10TH FLOOR
NEW YORK, NY 10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,095.92

---

**3.180** **Nonpriority creditor's name and mailing address**
NATIONAL SHOOTING SPORTS
11 MILE HILL ROAD
NEWTOWN, CT 06470-2359

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.181** **Nonpriority creditor's name and mailing address**
NEAL, JAY
434 COUNTY RD MM
BROOKLYN, WI 53521

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.67

---

**3.182** **Nonpriority creditor's name and mailing address**
NETRATINGS, LLC
85 BROAD STREET
NEW YORK, NY 10004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,810.59

---

**3.183** **Nonpriority creditor's name and mailing address**
NEUSTAR
625 BROADWAY, 10TH FLOOR
NEW YORK, NY 10012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |

| | Amount of claim |

**3.184** **Nonpriority creditor's name and mailing address**

NEVENHOVEN, JAY
PO BOX 1
BAILEYVILLE, IL 61007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$33.71

**3.185** **Nonpriority creditor's name and mailing address**

NEW YORK STATE SALES TAX
PO BOX 1205
NEW YORK, NY 10116-1205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$100.00

**3.186** **Nonpriority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

UNKNOWN

**3.187** **Nonpriority creditor's name and mailing address**

OLSON, EUGENE
763 E FRONT ST
WINONA, MN 55987

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$33.71

**3.188** **Nonpriority creditor's name and mailing address**

ON SAFARI FOODS, INC
3317 3RD AVE S
SEATTLE, WA 98134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$28,893.85

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

3.189 **Nonpriority creditor's name and mailing address**

OPERATIVE MEDIA, INC.
BOX 200663
PITTSBURGH, PA  15251-2662

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,093.85

---

3.190 **Nonpriority creditor's name and mailing address**

OUTBRAIN, INC
39 W 13TH ST
3RD FLOOR
NEW YORK, NY  10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$226,682.58

---

3.191 **Nonpriority creditor's name and mailing address**

PADESKY, GARY
825 20TH ST S
LA CROSSE, WI  54601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

3.192 **Nonpriority creditor's name and mailing address**

PARAMOUNT APPAREL INTERNATIONAL INC.
ATTN:  MARK Z. SCHRAIER, REGISTERE AGENT
7700 FORSYTH BLVD.
SUITE 1100
ST. LOUIS  MO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.193 **Nonpriority creditor's name and mailing address**

PARBALL NEWCO LLC DBA-BALLY'S LAS VEGAS
DBA-BALLY'S LAS VEGAS
ONE CAESARS PALACE DRIVE
LAS VEGAS, NV  89109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$106,131.29

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.194** **Nonpriority creditor's name and mailing address**

PCI GROUP, INC.
C/O LIBERTY CORPORATE SERVICES, INC. (R/A)
317 RUTH VISTA ROAD
LEXINGTON, SC  29073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.195** **Nonpriority creditor's name and mailing address**

PEACHTREE PACKAGING, INC.
770 MARATHON PARKWAY
LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.196** **Nonpriority creditor's name and mailing address**

PEER1 HOSTING
PO BOX 643607
CINCINNATI, OH  45264-3607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.00

---

**3.197** **Nonpriority creditor's name and mailing address**

PENGUIN RANDOM HOUSE
1745 BROADWAY
NEW YORK, NY  10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.198** **Nonpriority creditor's name and mailing address**

PERRIZO, MICHAEL
811 S 9TH STREET
PLATTSMOUTH, NE  68048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.199** **Nonpriority creditor's name and mailing address**

PETER RUPRECHT
511 6TH AVE #220
NEW YORK, NY 10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,171.20

---

**3.200** **Nonpriority creditor's name and mailing address**

PIERCE, WESLEY
3425 ASH LANE
DEER PARK, TX 77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.99

---

**3.201** **Nonpriority creditor's name and mailing address**

PIERSON, TRACY
2576 FEATHERWOOD ST
WESTLAKE VILLAGE, CA 91362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,188.48

---

**3.202** **Nonpriority creditor's name and mailing address**

PLATINUM PLUS FOR BUSINESS
PO BOX 15796
WILMINGTON, DE 19886-5796

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,270.85

---

**3.203** **Nonpriority creditor's name and mailing address**

PLUT, JOHN
10559 41ST PLACE NE
SEATTLE, WA 98125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,520.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.204** 

**Nonpriority creditor's name and mailing address**

POWER TEAM INC.
718 N WASHINGTON AVE #202
MINNEAPOLIS, MN 55401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.205**

**Nonpriority creditor's name and mailing address**

PREMIERE NETWORKS, INC
PO BOX 98849
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $360,545.45

---

**3.206**

**Nonpriority creditor's name and mailing address**

PROLIFICS
24025 PARK SORRENTO
SUITE 405
CALABASAS, CA 91302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $19,712.00

---

**3.207**

**Nonpriority creditor's name and mailing address**

PROMEVO, LLC
808 LYNDON LN
SUITE 205
LOUISVILLE, KY 40222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,320.00

---

**3.208**

**Nonpriority creditor's name and mailing address**

PULLEN, DAN
406 WAHELLA WAY
COLUMBIA, TN 38401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $44.95

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.209** **Nonpriority creditor's name and mailing address**

PURSUIT MEDIA TV LLC
4325 LAFAYETTE ST SUITE A
MARIANNA, FL 32447

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,080.00

---

**3.210** **Nonpriority creditor's name and mailing address**

QUAD GRAPHICS (PRINTING)
MARK SCHOEN
N61 W23044 HARRY'S WAY
SUSSEX, WI 53089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.211** **Nonpriority creditor's name and mailing address**

QUAD/ GRAPHICS INC
PO BOX 644840
PITTSBURGH, PA 15264-4840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,965.16

---

**3.212** **Nonpriority creditor's name and mailing address**

RACE COMMUNICATIONS
1325 HOWARD AVE #604
BURLINGAME, CA 94010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.62

---

**3.213** **Nonpriority creditor's name and mailing address**

RAMWORKS INC
3702 ROCKY BRANCH RD
PRINCETON, WV 24740

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00

**Part 2:** Additional Page

| | | Amount of claim |
|--|--|-----------------|

---

**3.214** **Nonpriority creditor's name and mailing address**

RANGE, INC.
ATTN: OFFICER, MANAGING AGENT OR GENERAL AGENT
1022 MADISON STREET
PO BOX 975
BRAINERD, MN 56401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.215** **Nonpriority creditor's name and mailing address**

RELIANCE PRIVATE LABEL SUPPLEMENTS INC.
4100 N. RIVERSIDE DRIVE
3775 PARK AVENUE,
SUITE 1
EDISON, NJ 08820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.216** **Nonpriority creditor's name and mailing address**

RELIANCE VITAMINS
ARCHON VITAMIN CORP
3775 PARK AVE, UNIT 1
EDISON, NJ 08820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.217** **Nonpriority creditor's name and mailing address**

RETURN PATH INC
PO BOX 200079
PITTSBURGH, PA 15251-0079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,250.00

---

**3.218** **Nonpriority creditor's name and mailing address**

RETZLAFF, CARLETON
101 HICKORY LOOP
OCALA, FL 34472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.219** | **Nonpriority creditor's name and mailing address**

RITCHIE, IAN
10892 MAIDEN LANE
BAINBRIDGE ISLAND, WA 98110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYMENT LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.220** | **Nonpriority creditor's name and mailing address**

RIZEK, HAROLD
PO BOX 86
WALKERTON, IN 46574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

**3.221** | **Nonpriority creditor's name and mailing address**

ROBINSON, LORRIE
508 DONEGAL DR
QUINCY, IL 62305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

**3.222** | **Nonpriority creditor's name and mailing address**

RODRIGUEZ, EDWIN
41 ERIE AVE
GOWANDA, NY 14070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

---

**3.223** | **Nonpriority creditor's name and mailing address**

ROSE, ERNEST
3493 JOHNSON FERRY RD NE
ROSWELL, GA 30075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.66

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.95 |

ROSKOS, KEN
119 PIGEON CREEK RD
EIGHTY FOUR, PA 15330

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00 |

ROTO SPORTS, INC
740 REGENT STREET, SUITE 200
MADISON, WI 53715

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.95 |

ROVATTI, RJ
139 MECHANICS STREET
PUTNAM, CT 06260

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

RR DONNELLY & SONS COMPANY
ATTN: DAN KNOTTS, CEO
35 WEST WACKER DRIVE
CHICAGO, IL 60601

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111,736.00 |

RSM ( FORMERLY MCGLADREY LLP)
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,545.20 |
| --- | --- | --- | --- |

RTB PRODUCTIONS
416 WHITEHEAD CIRCLE
CHAPEL HILL, NC 27514

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $900.00 |
| --- | --- | --- | --- |

SAMSEL, JEFFERY S.
173 ELSIE ST.
CLARKESVILLE, GA 30523

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.95 |
| --- | --- | --- | --- |

SANDMANN, MARC
1506 TRI-PARK AWAY
UNIT 2
APPLETON, WI 54914

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,214.00 |
| --- | --- | --- | --- |

SAVITT BRUCE & WILLEY LLP
1425 FOURTH AVENUE, SUITE 800
SEATTLE, WA 98101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,153.80 |
| --- | --- | --- | --- |

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

3.234 **Nonpriority creditor's name and mailing address**

SH WHITEWATER, LLC
ATTN: JAMES THOMAS, MANAGER
1314 WESTRIDGE RD.
NEW ULM, MN 56073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.235 **Nonpriority creditor's name and mailing address**

SIBERT, JUDY
1406 CRAWFORD CT
HINESVILLE, GA 31313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.95

---

3.236 **Nonpriority creditor's name and mailing address**

SIGNATURE COMMERICAL SOLUTIONS LLC D/B/A
SIGNATURE CONSULTANTS
C/O MARK NUSSBAUM, COO
200 W. CYPRESS CREEK ROAD
SUITE 400
FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.237 **Nonpriority creditor's name and mailing address**

SIGNATURE CONSULTANTS
MICHAEL CHRUSCH
200 WEST CYPRUS CREEK RD
SUITE 400
FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.238 **Nonpriority creditor's name and mailing address**

SILICON VALLEY BANK
3003 TASMAN DRIVE
SANTA CLARA, CA 95054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$681.07

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146,291.65 |
|---|---|---|---|

3.239 · **Nonpriority creditor's name and mailing address**

SILVERPOP SYSTEMS INC.
PO BOX 347925
PITTSBURGH, PA 15251-4925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$146,291.65

---

3.240 · **Nonpriority creditor's name and mailing address**

SIMON, STEVE
100 SEBALD CIRCLE
CROSSVILLE, TN 38555

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.95

---

3.241 · **Nonpriority creditor's name and mailing address**

SOLUTIONS EXPRESS (INTELECOM)
PO BOX 5743
BAY SHORE, NY 11706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,965.74

---

3.242 · **Nonpriority creditor's name and mailing address**

SPEHLE, CHARLES
10545 HWY 98 N
LAKELAND, FL 33809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

3.243 · **Nonpriority creditor's name and mailing address**

SPIEGEL DESIGN
2021 S WESTGATE AVE
LOS ANGELES, CA 90025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.244**

**Nonpriority creditor's name and mailing address**
SPORTSMAN CHANNEL INC (THE)
2855 S JAMES DR
STE 101
NEW BERLIN, WI 53151

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.245**

**Nonpriority creditor's name and mailing address**
SPORTSROCKET, INC (FORMERLY BEDROCKET)
560 BROADWAY, SUITE 401
NEW YORK, NY 10012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,854.26

---

**3.246**

**Nonpriority creditor's name and mailing address**
STONE RIVER GEAR LLC
75 MANOR ROAD
RED HOOK, NY 12571

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.247**

**Nonpriority creditor's name and mailing address**
SUNSHINE MINTING, INC.
ATTN: THOMAS J. POWER,CEO
7600 N. MINERAL DR.
SUITE 700
COEUR D' ALENE, ID 83815

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.248**

**Nonpriority creditor's name and mailing address**
SYMMETRY
910 1ST ST S #103
HOPKINS, MN 55343

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,115.00

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

---

3.249 **Nonpriority creditor's name and mailing address**

TECHNICOLOR HOME ENTERTAINMENT SERVICES INC
PO BOX 398465
SAN FRANCISCO, CA 94139-8465

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,558.50

---

3.250 **Nonpriority creditor's name and mailing address**

TEX WILLY CORP
56 PINE STREET
APT 16A
NEW YORK, NY 10005

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,600.00

---

3.251 **Nonpriority creditor's name and mailing address**

THE ALEPH GROUP PTE LTD (CULTURE MACHINE)
8 SHENTON WAY
#47-01 AXA TOWER
SINGAPORE 068811
SINGAPORE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,400.00

---

3.252 **Nonpriority creditor's name and mailing address**

THE SOLOMON-PAGE GROUP
770 MARATHON PARKWAY
260 MADISON AVENUE
NEW YORK, NY 10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.253 **Nonpriority creditor's name and mailing address**

THOMASON, DAVID
44 SCOTT DR
TOCCOA, GA 30577

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.95 |
|---|---|---|---|

THOMPSON, JAMAAL
238 PRIVATE RD 3049
OXFORD, MS  38655

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,080.00 |
|---|---|---|---|

TIMOTHY MILLER
507 HARVARD AVE E #201
SEATTLE, WA  98102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,493.68 |
|---|---|---|---|

TW TELECOM
PO BOX 172567
ACCT 310047
DENVER, CO  80217-2567

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

TWITTER
TWITTER, INC
1355 MARKET STREET
SAN FRANCISCO, CA  94103

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.95 |
|---|---|---|---|

TYLER, STAN
400 KENT ST
EFALA, AL  36027

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.259** **Nonpriority creditor's name and mailing address**

UNDERWOOD, PHIL
4710 PLOMONDON ST
APT 75
VANCOUVER, WA 98661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.97

---

**3.260** **Nonpriority creditor's name and mailing address**

UNITED BUSINESS MAIL, INC
405 35TH AVE NE
MINNEAPOLIS, MN 55418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.84

---

**3.261** **Nonpriority creditor's name and mailing address**

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,541.45

---

**3.262** **Nonpriority creditor's name and mailing address**

US PRESSWIRE, LLC
1230 PEACHTREE ST NE
SUITE 1900
ATLANTA, GA 30309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,250.00

---

**3.263** **Nonpriority creditor's name and mailing address**

USPS DISBURSING OFFICER
PO BOX 21666
EAGAN, MN 55121-0666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.18

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.95 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
VANLANKER, JERRY
1715 S VERMONT AVE
INDEPENDENCE, MO 64052

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.95

---

**Nonpriority creditor's name and mailing address** 3.265
VENABLE LLP
PO BOX 62727
BALTIMORE, MD 21264-2727

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,293.01

---

**Nonpriority creditor's name and mailing address** 3.266
VERIZON BUSINESS
PO BOX 660794
DALLAS, TX 75266-0794

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$281.87

---

**Nonpriority creditor's name and mailing address** 3.267
VERIZON COMMUNICATIONS
PO BOX 15124
ALBANY, NY 12212-5124

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$187.51

---

**Nonpriority creditor's name and mailing address** 3.268
VONMOTZ, PAUL
934 36TH AVE
EAST MOLINE, IL 61244

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>WADE, KEVIN<br>24830 PASEO PRIMARIO<br>CALABASAS, CA 91302<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |
| --- | --- | --- | --- |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>WASHINGTON DEPT OF REVENUE<br>PO BOX 47464<br>OLYMPIA, WA 98504-7464<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $289.47 |
| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>WAYD, INC.<br>1824 OLD ORCHARD ROAD<br>LOS ANGELES, CA 90049<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,000.00 |
| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>WESSELS SHERMAN<br>1860 EXECUTIVE DR<br>SUITE E-1<br>OCONOMOWOC, WI 53066<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.06 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br><br>WHITMYER, LARRY<br>6 E GRANT ST<br>LITITZ, PA 17543<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.95 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,289.57 |

**Nonpriority creditor's name and mailing address**

WILLIAM NORRIS
5910 S UNIVERSITY BLVD, SUITE C18-274
GREENWOOD VILLAGE, CO  80121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,289.57

---

3.275 **Nonpriority creditor's name and mailing address**

WILLIAMS, MARK
9117 78TH STREET S
COTTAGE GROVE, MN  55016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.95

---

3.276 **Nonpriority creditor's name and mailing address**

WILLIAMSON, KELLY
209 KRISTIE LANE
BOAZ, AL  35956

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.71

---

3.277 **Nonpriority creditor's name and mailing address**

WILLIS OF MINNESOTA, INC
93076 NETWORK PLACE
CHICAGO, IL  60673-1930

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,445.00

---

3.278 **Nonpriority creditor's name and mailing address**

WILSON SONSINI GOODRICH & ROSATI
PO BOX 742866
LOS ANGELES, CA  90074-2866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$357,751.76

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.279** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00
---

**Nonpriority creditor's name and mailing address**
WILSON, LARRY
13340 NORTHFIELD BLVD
OAK PARK, MI 48237

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.00

---

3.280 **Nonpriority creditor's name and mailing address**
WOCHIT, INC.
30 IRIVING PLACE
11TH FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

3.281 **Nonpriority creditor's name and mailing address**
ZAGAR, JACK
102 CHURCH ST
HECTOR, AR 72843

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.95

---

3.282 **Nonpriority creditor's name and mailing address**
ZERGER, LARRY
4106 TIMBER LANE
ENID, OK 73703

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.95

---

3.283 **Nonpriority creditor's name and mailing address**
ZINCORA LLC
6586 WATERSEDGE WAY
LAKEWOOD RANCH, FL 34202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,375.00

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| **5a.** | Total claims from Part 1 | **5a.** | $0.00 |
| **5b.** | Total claims from Part 2 | **5b.** **+** | $3,994,576.73 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $3,994,576.73 |

Debtor          Scout Media, Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number     16-13369
(if known)

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - 24-7FOOTBALL.COM | 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ  85392 |
|  | **State the term remaining** | CURRENT | |
|  | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - PREPNEWMEXICO.COM | 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ  85392 |
|  | **State the term remaining** | CURRENT | |
|  | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-PREPCOLORADO.COM | 24-7 FOOTBALL.COM LLC<br>12610 W. MONTEREY WAY<br>AVONDALE, AZ  85392 |
|  | **State the term remaining** | CURRENT | |
|  | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT DATED  MAY 30, 2016 | AAMIR SHIBLI<br>629 GRAND STREET<br>APT 2<br>BROOKLYN, NY  11211 |
|  | **State the term remaining** | CURRENT | |
|  | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING SERVICE CONTRACT | AKAMAI TECHNOLOGIES, INC<br>PO BOX 26590<br>NEW YORK, NY  10087-6590 |
|  | **State the term remaining** | CURRENT | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT | ALLEN TRIEU<br>942 SUNRISE CT NW<br>GRAND RAPIDS, MI 49534 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | HOSTING CONTRACT | AMAZON WEB SERVICES<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT | ANDREA GRANUCCI<br>40 E BIRCH ST<br>2C<br>MOUNT VERNON, NY 10552 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER CONTRACT | ANGELA MACHADO<br>17318 SW GALEWOOD DR<br>SHERWOOD, OR 97140 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAMMATIC ADVERTISING CONTRACT | APPNEXUS<br>28 WEST 23RD STREET, 4TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER CONTRACT | ARRIGO, JOE<br>10738 LEATHERSTOCKING AVE<br>LAS VEGAS, NV 89166 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER CONTRACT | AUBURN SPORTS PUBLICATIONS<br>PO BOX 4037<br>AUBURN, AL 36831 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BAILEY, CARL<br>1208 WATERFORD WAY<br>ALLEN, TX 75013 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | BARRY MCBRIDE<br>7347 TAFT ST<br>MENTOR, OH 44060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | BENJAMIN BEACHLER<br>12 AVANZARE<br>IRVINE, CA 92606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BERK, DAVID<br>870 PIMLICO DR. APT 3D<br>CENTERVILLE, OH 45459 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BLUE VIEW SPORTS<br>PO BOX 955<br>LEMONT, PA 16851 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | BRIAN DOHN<br>2 OAKMONT AVENUE<br>EAST BRUNSWICK, NJ 08816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | BRIAN SIMMONS<br>181 TREADSTONE LANE<br>DALLAS, GA 30132 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BROERING, RICHARD<br>3356 STONEWOOD DR.<br>ERLANGER, KY 41018 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BUCK ADVISOR LLC<br>1262 N GALLATIN AVENUE EXT<br>UNIONTOWN, PA 15401-2106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | BURKE, JASON<br>717 6TH AVENUE<br>APT 6<br>SAN FRANCISCO, CA 94118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - BISONREPORT.COM | BURNS, RYAN<br>7826 28TH ST N<br>OAKDALE, MN 55128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-GOPHERILLUSTRATED.COM | BURNS, RYAN<br>7826 28TH ST N<br>OAKDALE, MN 55128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CAMINATA, NATHAN<br>1452 HOLBORN<br>GRAND RAPIDS, MI 49504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CARR JR, ROBERT<br>1501 SECRET RAVINE PKWY<br>ROSEVILLE, CA 95661 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CAUSEY, PAUL<br>225 ROUNDTREE CT.<br>BREA, CA 92821 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT DATED MAY 30, 2016 | CHERYL AARSVOLD<br>3844 VINCENT AVENUE S<br>MINNEAPOLIS, MN 55410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CHRISTOPHER OSBORN<br>13930 WATERFLOW PLACE<br>CENTERVILLE, VA 20121 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | COLON, PATRICK<br>4375 PETTER RAINOSEK LOOK<br>LA GRANGE, TX 78945 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CONNIFF, JOHN<br>3829 BEECHER STREET NW<br>WASHINGTON, DC 20007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | CONTRA MEDIA GROUP LLC<br>122 WEST 26TH ST<br>5TH FLOOR<br>NEW YORK, NY 10007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | COREN, RICHARD<br>160 SO. COMSTOCK PKWY<br>CRANSTON, RI 02921 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | COUGFAN.COM, LLC<br>1463 E. REPUBLICAN ST. 1-A<br>SEATTLE, WA 98112 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.35** **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT DATED MAY 30, 2016 | CRAIG AMAZEEN<br>235 W 48TH ST #40H<br>NEW YORK, NY 10036 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.36** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | CSP PUBLISHING CORP<br>1350WFIFTHAVE.,#30<br>COLUMBUS, OH 43212 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.37** **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | DAVID KATCH<br>63 W 90TH STREET<br>GARDEN APT<br>NEW YORK, NY 10024 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.38** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | DAWGMAN.COM LLC<br>2217 ABERDEEN AVE NE<br>RENTON, WA 98056 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.39** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - USCFOOTBALL.COM | DBA-ROARK PUBLICATIONS<br>811 NORTH CATALINA AVE, SUITE 12045<br>REDONDO BEACH, CA 90277 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.40** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-LARAMSREPORT.COM | DBA-ROARK PUBLICATIONS<br>811 NORTH CATALINA AVE, SUITE 12045<br>REDONDO BEACH, CA 90277 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.41 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | DODDS, JOHN F 8318 W. WISCONSIN AVE WAUWATOSA, WI 53213 |
| 2.42 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | DRAXLER, ISAAC 1731 SOUTH 350 E KAYSVILLE, UT 84037 |
| 2.43 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | DRUMMOND, JEFFREY 2685 MICHELLE PARK LEXINGTON, KY 40511 |
| 2.44 **State what the contract or lease is for and the nature of the debtor's interest** VENDOR AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DYNAMIC LOGIC C/O KANTAR FINANCE SERVICES 3333 WARRENVILLE RD SUITE 400 LISLE, IL 60532 |
| 2.45 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | EDUCK SPORTS LLC 3140 SE LAKE RD. MILWAUKIE, OR 97222 |
| 2.46 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | ELLIS, JEFFREY 1056 RAVENPLACE APT 309 WADSWORTH, OH 44281 |
| 2.47 **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-PONYSTAMPEDE.COM **State the term remaining** CURRENT **List the contract number of any government contract** | EMBODY, WILLIAM 15509 LAKE MAGDALENE BLVD TAMPA, FL 33613 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-TIGERSPORTSDIGEST.COM | EMBODY, WILLIAM<br>15509 LAKE MAGDALENE BLVD<br>TAMPA, FL 33613 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | E-NOVA SOLUTIONS, LLC<br>1616 SHEPARD DR<br>MAPLE GLEN, PA 19002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | EVAN DANIELS<br>311 BROADLEAF PLACE<br>LEXINGTON, KY 40503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING CONTRACT | FACEBOOK, INC.<br>15161 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | FERGUSON, MARK<br>902 KARLA CIRCLE<br>SHERWOOD, AR 72120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | FIELD, ROBERT<br>9400 WADE BLVD APT 1724<br>FRISCO, TX 75035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | FISHER, MIKE<br>2833 SHERIDAN DR<br>CARROLLTON, TX 75010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** — PUBLISHER CONTRACT | FISHHOUND<br>13032 HESBY ST.<br>SHERMAN OAKS, CA 91423 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** — PUBLISHER CONTRACT | FLAGSHIP MEDIA, INC.<br>2113 HAIG POINT WAY<br>RALEIGH, NC 27604 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** — VENDOR AGREEMENT | FRANKLIN PICTURES, LLC<br>3385 LANATTA STREET<br>SUITE A<br>SACRAMENTO, CA 95819 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** — VENDOR AGREEMENT | FUELED<br>568 BROADWAY<br>11TH FLOOR<br>NEW YORK, NY 10012 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** — PUBLISHER CONTRACT | GALLI, FRANK<br>3205 FENTON ST<br>WHEAT RIDGE, CO 80212 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** — PUBLISHER CONTRACT | GAME TIME MEDIA LLC<br>2810 TRINITY MILLS, #209 BOX 258<br>CARROLLTON, TX 75006 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** — EMPLOYEE AGREEMENT | GAYNE YOUNG<br>209 W MULBERRY<br>FREDRICKSBURG, TX 78624 |
| | **State the term remaining** — CURRENT | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | GENE'S PAGE INC/GENE SWINDOLL<br>PO BOX 80283<br>STARVILLE, MS 39759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | GIFFORD, MATTHEW<br>409 PAUL DR.<br>MOORESTOWN, NJ 08057 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | ANALYTICS CONTRACT | GOOGLE INC.<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3654 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | GOPHER ILLUSTRATED.COM INC<br>13709 CROSSMOOR AVE<br>ROSEMOUNT, MN 55068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - BEARTERRITORY.NET | GORCEY, RYAN<br>639 VIA MARQUESA<br>CAMARILLO, CA 93012 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - GOLDENSTATEPREPS.COM | GORCEY, RYAN<br>639 VIA MARQUESA<br>CAMARILLO, CA 93012 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | GREETHAM, FRED<br>21300 HAWLEY ROAD<br>WELLINGTON, OH 44090 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | GREGORY BIGGINS<br>5842 SPA DRIVE<br>HUNTINGTON BEACH, CA 92647 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | GREGORY POWERS<br>10110 JOY DR.<br>FRISCO, TX 75035 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | GROVES, TREVOR<br>353 CROSS CREEK RD<br>APT 2<br>CENTRAL, SC 29630 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | HELLMAN, SAMUEL<br>51 HORIZON DRIVE<br>EDISON, NJ 08817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING LEASE | HEWLETT-PACKARD FINANCIAL SERVICES CO<br>PO BOX 402582<br>ATLANTA, GA 30384-2582 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | HIATT, KEVIN<br>2211 S 750 E<br>BOUNTIFUL, UT 84010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | HIXSON, CHUCK<br>108 S WALNUT STREET<br>APT. 1<br>MACUNGIE, PA 18062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | HOLLY HALLQUIST 9456 COLUMBUS AVE S BLOOMINGTON, MN 55420 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.77** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | HONDO CARPENTER 325 CARPENTER DRIVE BATTLE CREEK, MI 49017 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.78** **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING CONTRACT | HOOTSUITE 5 EAST 8TH AVE VANCOUVER, BC V5T 1R6 CANADA |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.79** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | HUBER, WILLIAM 2003 SYLVAN DR GREEN BAY, WI 54313 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.80** **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING CONTRACT | IMIGIX 423 TEHAMA ST SAN FRANCISCO, CA 94103 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.81** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | INDIANS BASEBALL INSIDER, LLC 10271 KARABOO TRAIL CONCORD TWP, OH 44077 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.82** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | INSIDE TENNESSEE LLC 451 TITANS CIRCLE MURFREESBORO, TN 37127 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | IRISH ILLUSTRATED LLC 20353 GARNET DRIVE SOUTH BEND, IN 46614 |
| **2.84** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | J WERNER ENTERPRISES, LLC 460 RODIN DR CLIFTON, IL 60927 |
| **2.85** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | JACKSON PUBLISHING, LLC 201 SHANNON OAKS CIRCLE, STE 205 CARY, NC 27511 |
| **2.86** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | JACOBSEN, BARRY 2828 UNIVERSITY AVE #303 SAN DIEGO, CA 92104-7903 |
| **2.87** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | JAE SPORTS, LLC 13891 SOMERSET RD. VON ORMY, TX 78073 |
| **2.88** **State what the contract or lease is for and the nature of the debtor's interest** VENDOR AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | JAMES MANRY 421 JEFFERSON CIRCLE NE ATLANTA, GA 30328 |
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT **State the term remaining** CURRENT **List the contract number of any government contract** | JAMES MARSHALL OELMAN 5376 CEDAR CREEK DRIVE HOUSTON, TX 77056 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JAMES, RYAN<br>614 RAVENCROFT RD<br>WACONIA, MN  55387 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JAY TORRELL<br>1632 10TH AVENUE WEST<br>SEATTLE, WA  98119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JENSEN SPORTS MEDIA, LLC<br>5641 POPPY CIRCLE<br>STANSBURY PARK, UT  84074 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JETS INSIDER.COM LTD<br>223 WALL STREET, SUITE 200<br>HUNTINGTON, NY  11743 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JFD ENTERPRISES, LLC<br>7425 FALLS RIDGE CT<br>LOUISVILLE, KY  40241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | JMM PROPERTIES, LLC<br>14701 ROCKSBOROUGH RD<br>MINNETONKA, MN  55345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JOEL COX<br>3053 W. 132ND TERRACE<br>LEAWOOD, KS  66209 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JOHN DEFRANCE<br>1491 PINETREE TRAIL<br>EAGAN, MN 55122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JOHN HUFFMAN<br>5615 EVERGREEN LOOP SE<br>AUBURN, WA 98092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JOHNS, LESLIE<br>107 SPLIT OAK LANE<br>LINWOOD, NC 27299 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JONATHAN JACOBINO<br>3 NORTH 3RD STREET<br>COURTLAND MANOR, NY 10567 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | JONATHAN KAHN<br>27-10 ASTORIA BLVD APT 5D<br>ASTORIA, NY 11102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JONES, LIAM<br>134 W 59TH ST<br>BURR RIDGE, IL 60527 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | JUDY, JUSTIN<br>24 GLENEAGLES<br>TIFTON, GA 31793 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT - ASUDEVILS.COM/SUNDEVILSOURCE.COM | KARPMAN ENTERPRISES LLC 6834 W ST CHARLES AVE LAVEEN, AZ 85339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-CARDINALSSOURCE.COM | KARPMAN ENTERPRISES LLC 6834 W ST CHARLES AVE LAVEEN, AZ 85339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | KEVIN E ZANKER 13616 HEATHER HLS DR BURNSVILLE, MN 55337 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-FALCONAUTHORITY.COM | KROUS, RYAN 3324 PEPPERWOOD LN FORT COLLINS, CO 80525 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-RAMSALLACCESS.COM | KROUS, RYAN 3324 PEPPERWOOD LN FORT COLLINS, CO 80525 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | LATSCH, NATHAN 517 TREETOP VILLAGE DR BALLWIN, MO 63021 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | LAUGHLAND, RICK 8 VIEWPOINT TERRACE LEBANON, NJ 08833 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | LEGGE, DEAN<br>126 BORDEAUX LANE<br>ATHENS, GA 30605 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT | LEVINE, JONATHAN<br>8228 FOUNTAIN AVE<br>SUITE 4<br>WEST HOLLYWOOD, CA 90046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | LOCKARD, CHRISTOPHER R<br>913 MOON COURT<br>LAFAYETTE, CA 94549 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | MAGOON ENTERPRISES<br>130 NICKERSON STREET<br>SUITE 207<br>SEATTLE, WA 98109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | MAJOR UPSET PRODUCTIONS, INC.<br>3640 PARTITION ROAD<br>WOODSIDE, CA 94062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | MATT PUCKETT<br>2207 LONGHORN LANE<br>BUFFALO, MN 55313 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | MCALLISTER, MICHAEL<br>216 HAMILTON ROAD<br>NORTH SYRACUSE, NY 13212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | MEDIATNG, LLC<br>7347 TAFT STREET<br>MENTOR, OH 44060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | MEESE, FRANK<br>9100 RAYTHEON CT<br>RENO, NV 89506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | MELISSA LOCKARD<br>913 MOON CT<br>LAFAYETTE, CA 94549 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | MICHAEL A OLSON<br>1620 209TH PL NE<br>SAMMAMISH, WA 98074 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | MICHAEL H GREGOIRE<br>3350 W TWAIN CT<br>ANTHEM, AZ 85086 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | MICROSOFT LICENSING, GP LOCKBOX 842467<br>1950 N. STEMMONS FWY.<br>SUITE 5010<br>DALLAS, TX 75207 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | MONIKA SAMEK<br>2702 NE 21ST STREET<br>RENTON, WA 98056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-BARKBOARD.COM | MOORE, JACKSON 7338 N TAMERA AVE. FRESNO, CA 93711 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-INSIDETHESPARTANS.COM | MOORE, JACKSON 7338 N TAMERA AVE. FRESNO, CA 93711 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-WARRIORSPORTSREPORT. COM | MOORE, JACKSON 7338 N TAMERA AVE. FRESNO, CA 93711 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | MOTOWN SPORTS MEDIA LLC 229 N DORCHESTER AVE ROYAL OAK, MI 48067 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | MUELLER, JARED 1120 KERCHER STREET MIAMISBURG, OH 45342 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | MUNSTERTEIGER, ADAM 2300 S ROCK CREEK PKWY #29-102 SUPERIOR, CO 80027 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | NESTER, MICHAEL 504 N FIFTH ST. SAVANNA, IL 61074 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE CONTRACT | NETSUITE, INC 2955 CAMPUS DRIVE SUITE 100 SAN MATEO, CA 94403-2511 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | O'BRIEN, EDWARD 1188 BAILEY STREET HARRISBURG, PA 17103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | OLE MISS SPIRIT/CHARLES H. ROUNSAVILLE 1296 N. LAMAR BLVD OXFORD, MS 38655 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | AD SERVING CONTRACT | OPERATIVE MEDIA, INC. BOX 200663 PITTSBURGH, PA 15251-2662 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | OREAD MEDIA LLC 5510 S. HARLAN ST. LITTLETON, CO 80123 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | OUTBRAIN, INC. 39 W 13 STREET 3RD FLOOR NEW YORK, NY 10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | PATRICK COSGROVE 645 LOMA DRIVE HERMOSA BEACH, CA 90254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | PEEGS.COM, LLC<br>6093 BOULDER CT.<br>COLUMBUS, IN 47201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT | PEER1 HOSTING<br>PO BOX 643607<br>CINCINNATI, OH 45264-3607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | PERKINS, AARON<br>906 NORWAY AVE.<br>HUNTINGTON, WV 25705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT DATED MAY 30, 2016 | PETER RUPRECHT<br>511 6TH AVE #220<br>NEW YORK, NY 10011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | PIERSON, TRACY<br>2576 FEATHERWOOD ST.<br>WESTLAKE VILLAGE, CA 91362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | PITTS, STEPHEN<br>P.O. BOX 64334<br>LUBBOCK, TX 79464-4334 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING CONTRACT | PREMIERE NETWORKS, INC<br>PO BOX 98849<br>CHICAGO, IL 60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT | PROMEVO, LLC<br>808 LYNDON LN<br>SUITE 205<br>LOUISVILLE, KY 40222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | ROBERT BANCROFT III |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | ROBERT N ALLEN, LLC<br>1317 CONCORD LANE<br>EDMOND, OK 73003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-AGGIEDIGEST.COM | ROBERT SELLERS<br>1514 SEMINOLE STREET<br>DEER PARK, TX 77536 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-COUGARDIGEST.COM | ROBERT SELLERS<br>1514 SEMINOLE STREET<br>DEER PARK, TX 77536 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT | RPM, INC.<br>6665 W HWY 13<br>SAVAGE, MN 55378 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | RUTHERFORD, JASON<br>4301 CYCLONE DRIVE<br>BAKERSFIELD, CA 93313 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | RYAN BERTONASCHI<br>6404 TEN POINT CIRCLE<br>TRAFFORD, PA  15085 |

**2.153**
State what the contract or lease is for and the nature of the debtor's interest — PUBLISHER CONTRACT

State the term remaining — CURRENT

List the contract number of any government contract

RYAN BERTONASCHI
6404 TEN POINT CIRCLE
TRAFFORD, PA  15085

---

**2.154**
State what the contract or lease is for and the nature of the debtor's interest — PUBLISHER CONTRACT

State the term remaining — CURRENT

List the contract number of any government contract

SAM WEBB MEDIA SERVICES LLC
6270 OAKHURST DRIVE
YPSILANTI, MI  48197

---

**2.155**
State what the contract or lease is for and the nature of the debtor's interest — VENDOR AGREEMENT

State the term remaining — CURRENT

List the contract number of any government contract

SCALES,  CHRISTOPHER
3165 29TH STREET, APT A8
ASTORIA, NY  11106

---

**2.156**
State what the contract or lease is for and the nature of the debtor's interest — PUBLISHER CONTRACT

State the term remaining — CURRENT

List the contract number of any government contract

SETH HARP ENTERPRISES
7716 MANASSA CT W
JACKSONVILLE, FL  32277

---

**2.157**
State what the contract or lease is for and the nature of the debtor's interest — REAL ESTATE LEASE

State the term remaining — CURRENT

List the contract number of any government contract

SH REAL ESTATE, LLC
900 HWY 169 N
SUITE100
NE HOPE, MN  55428

---

**2.158**
State what the contract or lease is for and the nature of the debtor's interest — REAL ESTATE LEASE

State the term remaining — CURRENT

List the contract number of any government contract

SH WHITEWATER, LLC
ATTN: JAMES THOMAS, MANAGER
1314 WESTRIDGE RD.
NEW ELM, MN  56073

---

**2.159**
State what the contract or lease is for and the nature of the debtor's interest — EMPLOYEE AGREEMENT

State the term remaining — CURRENT

List the contract number of any government contract

SHAWN PATRICK NUSTAD
1506 HOLDRIDGE TERRACE
WAYZATA, MN  55391

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | SIMONEAU, CHRISTOPHER 200 MANNING STREET APT 19B HUDSON, MA 01749 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | SOUTHERN BACKWOODS LLC 4771 BEN SALEM WAY HAHIRA, GA 31632 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest** EMPLOYEE AGREEMENT | SPENCER WINDING 518 GREGORY AVENUE UNIT C214 WEEHAWKEN, NJ 07086 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest** HOSTING CONTRACT | SPORTSROCKET, INC (FORMERLY BEDROCKET) 560 BROADWAY, SUITE 401 NEW YORK, NY 10012 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT | STAMM, JASON 506 CRAIG ST CHRISTIANSBURG, VA 24073 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-A10REPORT.COM | STANDIG, BENJAMIN 6633 FAIRFAX ROAD CHEVY CHASE, MD 28015 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest** PUBLISHER CONTRACT-BILLIKENREPORT.COM | STANDIG, BENJAMIN 6633 FAIRFAX ROAD CHEVY CHASE, MD 28015 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-BREAKINGBURGUNDY.COM | STANDIG, BENJAMIN 6633 FAIRFAX ROAD CHEVY CHASE, MD 28015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT-GEORGETOWN | STANDIG, BENJAMIN 6633 FAIRFAX ROAD CHEVY CHASE, MD 28015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | STEVEN SCOTT KENNEDY 765 STURGES WAY ALPHARETTA, GA 30022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | STOLTZ, WILLIAM 207 TERRENCE DR. NAPERVILLE, IL 60565 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | TEALE, PATRICK 19231 CHARTIER DRIVE LANDSDOWNE, VA 20176 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | THORPE, ANDREW 2301 W PURDUE AVE MUNCIE, IN 47304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE AGREEMENT | TRACY E PIERSON 2576 FEATHERWOOD ST WESTLAKE VILLAGE, CA 91362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | TTK, INC 1413 THORNDON DRIVE BEL AIR, MD 21015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING CONTRACT | TWITTER, INC 1355 MARKET STREET SUITE 900 SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING CONTRACT | USA TODAY / US PRESSWIRE, LLC 1230 PEACHTREE ST NE SUITE 1900 ATLANTA, GA 30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | VELOCITY MEDIA GROUP, LLC 274 ELM STREET #1 SAN CARLOS, CA 94070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | VON BENKO, GEORGE 2103 FIRST AVE. SOUTH CONNELLSVILLE, PA 15425 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | VU.COM 4644 HUMMINGBIRD TRAIL NE PRIOR LAKE, MN 55372 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WALTON, BRIAN 172 ASPETUCK RIDGE ROAD NEW MILFORD, CT 06776 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WARD, TAYLOR<br>P.O. BOX 434<br>TWIN PEAKS, CA 92381 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WARE, LEMUEL<br>5461 KINGSBRIDGE ROAD<br>WINSTON-SALEM, NC 27103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WATKINS, TIMOTHY<br>9149 RUSHING RIVER DRIVE<br>FORT WORTH, TX 76118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WEXELL, JAMES<br>709 SHORT AVE.<br>IRWIN, PA 15642 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WHITE, DREW<br>6212 PINE MARR DRIVE<br>HIXSON, TN 37343 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WILDCATAUTHORITY.COM, LLC<br>1331 W. SIMMONS PLACE<br>TUCSON, AZ 85705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WILDSTEIN, MAXWELL<br>1117 WATERFORD GREEN PT.<br>MARIETTA, GA 30068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WIRED2FISH, INC<br>29 COUNTY ROAD 63<br>GRAND RAPIDS, MN 55744 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING CONTRACT | WOCHIT<br>30 IRIVING PLACE<br>11TH FLOOR<br>NEW YORK, NY 10003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | WORGULL, BENJAMIN<br>676 SANIBEL LANE<br>SUN PRAIRIE, WI 53590-9823 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | YATES ENTERPRISES/DONALD S. YATES<br>1606 IROQUOIS RD.<br>CLARKSVILLE, TN 37043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHER CONTRACT | ZACHERY HARIG<br>2521 MONTEBELLO ROAD<br>TOLEDO, OH 43607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | OUTSOURCED IT SERVICES CONTRACT | ZINCORA<br>6586 WATERSEDGE WAY<br>LAKEWOOD RANCH, FL 34202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑   Yes. |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | _Check all schedules that apply_ |
| 2.1   SCOUT.COM | 915 MAIN STREET<br>SUITE 2<br>HOPKINS, MN 55343 | MULTIPLIER CAPITAL, LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   SCOUT MEDIA HOLDINGS, INC. | 915 MAIN STREET<br>SUITE 2<br>HOPKINS, MN 55343 | MULTIPLIER CAPITAL, LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Scout Media, Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number    16-13369
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/10/2017
      MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Craig Amazeen
Printed name

President
Position or relationship to debtor