# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCOUT MEDIA, INC., <u>et al.</u>,[1] | ) | Case No. 16-13369-MEW |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### <u>Introduction</u>

Scout Media, Inc.; Scout Media Holdings, Inc.; FTFS Acquisition, LLC; and Scout.com, LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are: Scout Media Holdings, Inc. (1936), Scout Media, Inc. (1438), FTFS Acquisition, LLC (7230), and Scout.com, LLC (3269). The location of the Debtors' headquarters and the Debtors' service address is 122 West 26th Street, Fifth Floor, New York, NY 10036.

and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability,

priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.  **Description of Cases and "as of" Information Date**. On December 8, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 12, 2016, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 34].

    **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on December 8, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 8, 2016.**

3.  **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on December 8, 2016**,** in the Debtors' books and records. Additionally, because the book values of certain assets, such as patents,

trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Correct Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B Part 9, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.     <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is

                                not intended to reflect upon the materiality of such amount.

       b.      <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

       c.      <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**15.**    **<u>Estimates and Assumptions</u>**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

**16.**    **<u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**17.**    **<u>Intercompany</u>.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

**18.**    **<u>Setoffs</u>**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

**19.**    **<u>Global Notes Control</u>**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on December 8, 2016, unless otherwise noted below.  Other than real property leases reported on Schedule A/B Part 9, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

**Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on December 8, 2016.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Using Their Bank Accounts and Business Forms, (B) Granting an Extension to Comply With the Requirements of Section 345(b) of the Bankruptcy Code and Interim Approval of the Debtors' Current Deposit Guidelines, (C) Authorizing the Debtors' Banks to Honor Certain Transfers and Charge Bank Fees and Certain Other Amounts, and (D) Authorizing the Debtors to Manage Their Bank Accounts* [Docket No. 14] (the "**Cash Management Motion**").

**Schedule A/B 11.**  Accounts receivable do not include intercompany receivables.

**Schedules A/B 15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55.  The Debtors' leasehold interests/improvements appear on Schedule A/B 50 as opposed to Schedule A/B 55.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**.  Undeposited Funds consists of check payments the Debtors have received but haven't been deposited or credit card payments in transit not yet deposited.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly

burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2. Finally, where litigation has been threatened or commenced against more than one Debtor, the Debtors have generally scheduled those creditors under Scout Media, Inc., which is the primary operating company of the Debtors.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in

connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals) (these are included in both places).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' consolidated cash management system maintained by Scout Media, Inc. and listed for that Debtor.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions (these are only accounting balancing entries and no actual payments – we have not listed the purely accounting entries), as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**.  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d except for secured lenders and certain banks.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

WCSR 38302785v2

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 1/1/2014    To 12/31/2014 | ☑ Operating a business<br>☐ Other | $13,570,106.64 |
   | For prior year: | From 1/1/2015    To 12/31/2015 | ☑ Operating a business<br>☐ Other | $14,068,297.83 |
   | For the year before that: | From 1/1/2016    To 12/8/2016 | ☑ Operating a business<br>☐ Other | $12,108,241.96 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

      SEE ATTACHED EXHIBIT SOFA 3

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

      SEE ATTACHED EXHIBIT SOFA 4

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| PCI Group<br>Po Box 566<br>Pineville, NC  28134 | Garnishment of Bank Account | 11/2/2016 | $108,945.34 |
| PCI Group<br>Po Box 566<br>Pineville, NC  28134 | Garnishment of Bank Account | 11/2/2016 | $100.00 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 12/2/2016 | $44,737.50 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/25/2016 | $686.95 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/23/2016 | $7,155.99 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/22/2016 | $138,272.88 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/21/2016 | $24,772.38 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/18/2016 | $25,011.73 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/17/2016 | $123,925.45 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/16/2016 | $564.74 |
| RR Donnelley<br>35 West Wacker Drive<br>Chicago, IL  60601 | Garnishment of Bank Account | 11/16/2016 | $100.00 |
| SH Whitewater<br>1314 Westridge Rd.<br>New Ulm, MN  56073 | Garnishment of Bank Account | 12/1/2016 | $748.23 |
| SH Whitewater<br>1314 Westridge Rd.<br>New Ulm, MN  56073 | Garnishment of Bank Account | 12/1/2016 | $100.00 |
| Solomon Page<br>PO Box 75314<br>Chicago, IL  60675-5314 | Garnishment of Bank Account | 10/25/2016 | $46,739.62 |
| Solomon Page<br>PO Box 75314<br>Chicago, IL  60675-5314 | Garnishment of Bank Account | 10/25/2016 | $100.00 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

   ☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 1-2-1 MARKETING SERVICES GROUP INC VS SCOUT MEDIA INC<br><br>**Case number**<br>27-CV-15-20944 | CONTRACT DISPUTE | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| AEQUOR TECHNOLOGIES INC VS SCOUT MEDIA INC<br><br>**Case number**<br>27-CV-16-8355 | CIVIL LITIGATION | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| BMI FULFILLMENT SERVICES VS NORTH AMERICAN AFFINITY CLUBS INC, SCOUT MEDIA INC. **Case number** 27-CV-15-10884 | CONTRACT DISPUTE | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| CMF ASSOCIATES INC VS. SCOUT MEDIA INC **Case number** 0652842/2016 | CIVIL LITIGATION | NY SUPREME - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| CMF ASSOCIATES, LLC V. SCOUT MEDIA, INC. ET AL **Case number** 2:15CV1250 | CONTRACT DISPUTE | U.S. DISTRICT-PENNSYLVANIA EASTERN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| DAN KLORES COMMUNICATIONS LLC VS. SCOUT MEDIA INC ET AL **Case number** 156222/16 | CIVIL LITIGATION | NY SUPREME - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| DATAPOINT MEDIA INC VS SCOUT MEDIA HOLDINGS INC **Case number** 3510365/2016 | CIVIL LITIGATION | NY JUDGEMENT AND LIENS - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| FACEBOOK INC. VS NORTH AMERICAN MEMBERSHIP, ET AL **Case number** CIV537612 | CIVIL LITIGATION | CA SUPERIOR - SAN MATEO | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| HCI DATA CORPORATION VS SCOUT MEDIA INC, NORTH AMERICAN MEMBERSHIP GROUP INC **Case number** 27-CV-15-16465 | CONFESSION OF JUDGMENT | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| MEDIA IMAGES INC VS. SCOUT MEDIA INC **Case number** 2015CVI039316 | SMALL CLAIMS | FRANKLIN COUNTY MUNICIPAL COURT - OHIO | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| NYC DEPARTMENT OF FINANCE VS SCOUT BOOKS & MEDIA INC **Case number** 3397726/2015 | CIVIL LITIGATION | NY JUDGEMENT AND LIENS - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| PARAMOUNT APPAREL INTERNATIONAL INC VS NORTH AMERICAN AFFINITY CLUBS INC, SCOUT MEDIA INC **Case number** 27-CV-15-18060 | CIVIL LITIGATION | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| PARIS V. SCOUT MEDIA, INC. **Case number** 3:16CV56 | COPYRIGHT INFRINGEMENT | U.S. DISTRICT - VIRGINIA WESTERN | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| PCI GROUP, INC. VS SCOUT MEDIA, INC. **Case number** 27-CV-16-4596 | CIVIL LITIGATION | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| RELIANCE PRIVATE LABEL SUPPLEMENTS INC VS SCOUT MEDIA INC, NORTH AMERICAN AFFINITY CLUBS INC **Case number** 27-CV-16-451 | FOREIGN JUDGMENT | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| RELIANCE PRIVATE LABEL VS SCOUT MEDIA ET AL<br><br>**Case number**<br>L00207415 | CIVIL LITIGATION | NJ SUPERIOR - MERCER | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| RITCHIE ET ANO VS SCOUT MEDIA INC ET AL<br><br>**Case number**<br>16-2-28902-9 | CIVIL LITIGATION | WA SUPERIOR - KING | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| RR DONNELLEY SONS COMPANY VS. SCOUT MEDIA INC<br><br>**Case number**<br>0653775/2015 | CIVIL LITIGATION | NY SUPREME - NEW YORK | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| SIGNATURE COMMERCIAL SOLUTIONS LLC VS NORTH AMERICAN MEMBERSHIP GROUP INC<br><br>**Case number**<br>3553445/2016 | CIVIL LITIGATION | NY JUDGEMENT AND LIENS - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| SIGNATURE COMMERCIAL VS. NORTH AMERICAN MEMBERSHIP<br><br>**Case number**<br>0650719/2016 | CIVIL LITIGATION | NY SUPREME - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| SIGNATURE COMMERCIAL VS. NORTH AMERICAN MEMBERSHIP<br><br>**Case number**<br>0652355/2016 | CIVIL LITIGATION | NY SUPREME - NEW YORK | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| SOLOMAN PAGE VS. SCOUT MEDIA INC ET AL<br><br>**Case number**<br>3515285/2016 | CIVIL LITIGATION | NY JUDGEMENT AND LIENS - NEW YORK | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| STONE RIVER GEAR, LLC VS NORTH AMERICAN MEMBERSHIP GROUP INC, ET. AL.<br><br>**Case number**<br>27-CV-15-18061 | CIVIL LITIGATION | MN DISTRICT - HENNEPIN | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 1Lt Robert Wilson Collins Patriot Spirit Scholarship Fund<br>c/o Sharon & Deacon Collins<br>167 Kristie Lane<br>Tyrone, GA  30290<br><br>**Recipient's relationship to debtor**<br>None | Cash | 8/21/2015 | $5,000.00 |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?** | | 10/7/2016 | $15,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?** | | 10/12/2016 | $15,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?** | | 10/26/2016 | $15,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?** | | 10/28/2016 | $15,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?**<br>Multiplier Capital | | 11/9/2016 | $30,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?**<br>Multiplier Capital | | 11/18/2016 | $17,688.81 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?**<br>Multiplier Capital | | 11/23/2016 | $15,000.00 |
| Sherwood Partners, Inc<br>1100 La Avenida Street<br>Mountain View, CA 90403<br><br>**Email or website address**<br>www.shrwood.com<br><br>**Who made the payment, if not debtor?**<br>Multiplier Capital | | 12/7/2016 | $30,000.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 10/18/2016 | $25,000.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 10/28/2016 | $39,128.50 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 11/10/2016 | $18,500.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 11/14/2016 | $1,500.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 11/18/2016 | $125,000.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 12/7/2016 | $10,000.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | | 12/8/2016 | $15,000.00 |
| **Email or website address**<br>www.wcsr.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |
|------|------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | |
|---------|--------------------|---|
| 1270 Avenue of the America<br>New York, NY  10020 | From  10/1/2013 | To  8/1/2016 |
| 150 Nickerson Street, Suite 303<br>Seattle, WA  98109 | From  1/1/2014 | To  7/2015 |
| 12301 Whitewater Dr<br>Minnetonka, MN  55343 | From  1980 | To  3/2015 |

| **Part 8:** | **Health Care Bankruptcies** |
|------|------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ None

| **Part 9:** | **Personal Identifiable Information** |
|------|------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.     Credit Card Information

　　　Does the debtor have a privacy policy about that information?

　　　☐ No
　　　☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☒ Yes.  Does the debtor serve as plan administrator?
　　　☒ No.  Go to Part 10.
　　　☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|------|------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|----------------------------|----------------------------|
| StorageMart #0901<br>11001 Excelsior Blvd<br>Hopkins, MN  55343 | Cheryl Aarsvold | Books and Records | ☐ No<br>☒ Yes |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| StorageMart #0901<br>11001 Excelsior Blvd<br>Hopkins, MN 55343 | Holly Hallquist | Books and Records | ☐ No<br>☒ Yes |
| StorageMart #0901<br>11001 Excelsior Blvd<br>Hopkins, MN 55343 | Kevin Zanker | Books and Records | ☐ No<br>☒ Yes |
| StorageMart #0901<br>11001 Excelsior Blvd<br>Hopkins, MN 55343 | Matt Puckett | Books and Records | ☐ No<br>☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No<br>
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No<br>
☐ Yes. Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No<br>
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| Cheryl Aarsvold<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | | From 11/2013 | To CURRENT |
| Kevin Zanker<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | | From 11/1999 | To CURRENT |

| Name and address | Dates of service |
|---|---|
| Matt Puckett<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | From 11/2013    To CURRENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| RSM McGladrey<br>801 Nicollet Mall,<br>Minneapolis, MN 55402 | From 2014    To PRESENT |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| Cheryl Aarsvold<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | |
| Kevin Zanker<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | |
| Matt Puckett<br>915 Main Street<br>Suite 2<br>Hopkins, MN 55343 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| Bank of America<br>670 6th Ave<br>New York, NY 10010 |
| East West Bank<br>135 N. Los Robles Ave. 6th Fl.<br>Pasadena, CA 91101 |
| Multiplier Capital<br>2 Wisconsin Circle<br>Ste 700<br>Chevy Chase, MD 20815 |
| Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 55343 |
| Wells Fargo<br>PO Box 63020<br>San Fransisco, CA 94163 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cheryl Aarsvold | 915 Main Street, Ste 2<br>Hopkins, MN 55343 | Officer | |
| Craig Amazeen | 915 Main Street, Ste 2<br>Hopkins, MN 55343 | Officer and Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scout Media Holdings, Inc. | 915 Main Street, Ste 2<br>Hopkins, MN 55343 | Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anton Pak | Poseidonos 1<br>Ledra Buziness Centre, Egkomi<br>2406<br>Nicosia<br>Cyprus | Director | From ___ To ___ |
| Artem Kim | | Director | From ___ To ___ |
| Ben Joldersma | 6626 6th Avenue NW<br>Seattle, WA 98107 | CTO | From 2/2016 To 7/2016 |
| Bill Sornsin | 5465 43rd Ave W<br>Seattle, WA 98199 | CTO/COO | From 11/2013 To 7/2016 |
| Craig Mallitz | 8043 Cooper Creek Blvd #208<br>University Park, FL 34201 | Director | From 6/2016 To 10/2016 |
| Douglas Smith | 27 Hampshire Rd<br>Bronxville, NY 10708 | CFO | From 1/2015 To 3/2016 |
| Evgeny Fridman | Poseidonos 1<br>Ledra Buziness Centre, Egkomi<br>2406<br>Nicosia<br>Cyprus | Director | From ___ To ___ |
| James Heckman | 5048 Roosevelt Way NE<br>Seattle, WA 98105 | CEO/Chariman | From 11/2013 To 7/2016 |
| Joe Robinson | 2030 Iowa Ave #100<br>Riverside, CA 92507 | Director | From ___ To ___ |
| Mark Stieglitz | 310 Townsent St, Apt 401<br>San Francisco, CA 94107 | COO | From 11/2013 To 12/2015 |
| Mayo Stuntz | 75 Rockefeller Plaza # 23<br>New York, NY 10019 | Director | From 11/2013 To 7/2016 |
| Natalia Markelova | | Director | From ___ To ___ |
| Paul McNichol | 75 Rockefeller Plaza # 23<br>New York, NY 10019 | Secretary/Treasurer/SVP/Director | From 11/2013 To 12/2015 |
| Ramsey McGrory | 619 Esplanade<br>Pelham, NY 10803 | President | From 1/2015 To 12/2015 |
| Ross Levinsohn | 100 Riverside Blvd<br>New York, NY 10069 | Director / Executive Chairman of the Board | From 11/2013 To 7/2016 |
| Ross Lukatsevich | 100 Riverside Blvd. 30D<br>New York, NY 10069 | Director | From ___ To ___ |
| Steve Rindner | 10805 Riverwood Dr<br>Potomac, MD 20854 | GCO | From 11/2013 To 4/2016 |
| Tammer Fahmy | 8043 Cooper Creek Blvd #208<br>University Park, FL 34201 | Director | From 6/2016 To 10/2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| SEE ATTACHED EXHIBIT SOFA 4 | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of the parent corporation | Employer identification number of the parent corporation. |
|---|---|
| Scout Media Holdings, Inc. | 41-195-1936 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2017

✗ _(signature)_ _____       Craig Amazeen _____
Signature of individual signing on behalf of the debtor       Printed Name

President _____
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| AAMIR SHIBLI | 10/07/2016 | $991.00 | EXPENSE REIMBURSEMENT |
| 8 TREEVIEW LANE | 10/26/2016 | $2,153.00 | EXPENSE REIMBURSEMENT |
| CLIFFWOOD, NJ 07721 | 11/18/2016 | $7,896.00 | EXPENSE REIMBURSEMENT |
| | 12/08/2016 | $13,765.00 | EXPENSE REIMBURSEMENT |
| | | **$24,805.00** | |
| ADP, INC (FEES) | 09/21/2016 | $6,468.00 | PAYROLL SERVICE |
| PO BOX 842875 | 10/17/2016 | $6,423.00 | PAYROLL SERVICE |
| BOSTON, MA 02284-2875 | 11/15/2016 | $6,423.00 | PAYROLL SERVICE |
| | | **$19,314.00** | |
| ADP, INC (NET PAY) | 09/08/2016 | $116,043.00 | PAYROLL SERVICE |
| PO BOX 842875 | 09/13/2016 | $4,504.00 | PAYROLL SERVICE |
| BOSTON, MA 02284-2875 | 09/14/2016 | $4,248.00 | PAYROLL SERVICE |
| | 09/22/2016 | $109,149.00 | PAYROLL SERVICE |
| | 10/05/2016 | $118,197.00 | PAYROLL SERVICE |
| | 10/20/2016 | $108,867.00 | PAYROLL SERVICE |
| | 10/31/2016 | $20,000.00 | PAYROLL SERVICE |
| | 11/01/2016 | $20,000.00 | PAYROLL SERVICE |
| | 11/04/2016 | $15,405.00 | PAYROLL SERVICE |
| | 11/07/2016 | $17,580.00 | PAYROLL SERVICE |
| | 11/08/2016 | $12,738.00 | PAYROLL SERVICE |
| | 11/09/2016 | $27,933.00 | PAYROLL SERVICE |
| | 11/15/2016 | $7,000.00 | PAYROLL SERVICE |
| | 11/16/2016 | $82,000.00 | PAYROLL SERVICE |
| | 11/22/2016 | $24,219.00 | PAYROLL SERVICE |
| | | **$687,883.00** | |
| ADP, INC (TAXES) | 09/13/2016 | $56,795.00 | PAYROLL SERVICE |
| PO BOX 842875 | 09/28/2016 | $53,873.00 | PAYROLL SERVICE |
| BOSTON, MA 02284-2875 | 10/05/2016 | $52,792.00 | PAYROLL SERVICE |
| | 10/20/2016 | $51,339.00 | PAYROLL SERVICE |
| | 11/02/2016 | $32,000.00 | PAYROLL SERVICE |
| | 11/03/2016 | $29,000.00 | PAYROLL SERVICE |
| | 11/09/2016 | $7,500.00 | PAYROLL SERVICE |
| | 11/18/2016 | $70,472.00 | PAYROLL SERVICE |
| | 12/08/2016 | $53,529.00 | PAYROLL SERVICE |
| | | **$407,300.00** | |
| AKAMAI TECHNOLOGIES, INC | 09/09/2016 | $3,688.00 | HOSTING & ANALYTICS |
| PO BOX 26590 | 10/17/2016 | $1,961.00 | HOSTING & ANALYTICS |
| NEW YORK, NY 10087-6590 | 11/14/2016 | $1,864.00 | HOSTING & ANALYTICS |
| | | **$7,513.00** | |
| ALEDORT, ERIC | 09/16/2016 | $4,166.00 | PRODUCTION COSTS |
| 2150 LORAIN ROAD | 09/28/2016 | $10,000.00 | PRODUCTION COSTS |
| SAN MARINO, CA 91108 | 10/13/2016 | $4,166.00 | PRODUCTION COSTS |
| | | **$18,332.00** | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| AMAZON WEB SERVICES LLC | 09/15/2016 | $18,030.00 | HOSTING & ANALYTICS |
| PO BOX 84023 | 09/21/2016 | $34,902.00 | HOSTING & ANALYTICS |
| SEATTLE, WA 98124-8423 | 10/28/2016 | $17,306.00 | HOSTING & ANALYTICS |
| | 11/18/2016 | $17,306.00 | HOSTING & ANALYTICS |
| | | **$87,544.00** | |
| ANGELA MACHADO | 09/29/2016 | $7,000.00 | ANGELA MACHADO |
| 17318 SW GALEWOOD DR | 10/28/2016 | $6,591.00 | ANGELA MACHADO |
| SHERWOOD, OR 97140 | 11/30/2016 | $5,500.00 | ANGELA MACHADO |
| | | **$19,091.00** | |
| AUBURN SPORTS PUBLICATIONS | 09/29/2016 | REDACTED | PUBLISHER |
| PO BOX 4037 | 10/28/2016 | REDACTED | PUBLISHER |
| AUBURN, AL 36831 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BAILEY, CARL | 09/29/2016 | REDACTED | PUBLISHER |
| 1208 WATERFORD WAY | 10/28/2016 | REDACTED | PUBLISHER |
| ALLEN, TX 75013 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BAKER STREET MEDIA LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 302 SWANN COURT | 10/28/2016 | REDACTED | PUBLISHER |
| SWANSBORO, NC 28584 | | ▬▬▬▬ | |
| BENDER, COREY | 09/29/2016 | REDACTED | PUBLISHER |
| 7619 NOTTINGHILL SKY DR | 10/28/2016 | REDACTED | PUBLISHER |
| APOLLO BEACH, FL 33572 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BERK, DAVID | 09/29/2016 | REDACTED | PUBLISHER |
| 870 PIMLICO DR. APT 3D | 10/28/2016 | REDACTED | PUBLISHER |
| CENTERVILLE, OH 45459 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BLAIR ANGULO | 09/29/2016 | REDACTED | PUBLISHER |
| 22958 ESTORIL DRIVE | 10/28/2016 | REDACTED | PUBLISHER |
| DIAMOND BAR, CA 91765 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BLUE VIEW SPORTS | 09/29/2016 | REDACTED | PUBLISHER |
| PO BOX 955 | 10/28/2016 | REDACTED | PUBLISHER |
| LEMONT, PA 16851 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |
| BRANDON, MATTHEW | 09/08/2016 | REDACTED | PUBLISHER |
| 6 ORSINI DRIVE | 09/14/2016 | REDACTED | PUBLISHER |
| LARCHMONT, NY 10538 | 09/29/2016 | REDACTED | PUBLISHER |
| | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▬▬▬▬ | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| BROERING, RICHARD | 09/09/2016 | REDACTED | PUBLISHER |
| 3356 STONEWOOD DR. | 09/29/2016 | REDACTED | PUBLISHER |
| ERLANGER, KY 41018 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| BROOKS, GABRIEL | 09/29/2016 | REDACTED | PUBLISHER |
| 401 S LOCUST ST APT 113 | 10/28/2016 | REDACTED | PUBLISHER |
| DENTON, TX 75703 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| CARR JR, ROBERT | 09/29/2016 | REDACTED | PUBLISHER |
| 1501 SECRET RAVINE PKWY | 10/28/2016 | REDACTED | PUBLISHER |
| ROSEVILLE, CA 95661 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| CARROLL SERVICES LLC | 10/28/2016 | $7,500.00 | BOARD FEES |
| 197M BOSTON POST RD W #367 | 11/18/2016 | $7,500.00 | BOARD FEES |
| MARLBOROUGH, MA 01752 | | $15,000.00 | |
| CARSON TURNER | 09/14/2016 | REDACTED | PUBLISHER |
| 15805 BETHPAGE LANE | 09/22/2016 | REDACTED | PUBLISHER |
| HAYMARKET, VA 20169 | | | |
| CB MEDIA, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 6000 SHEPHERD MOUNTAIN COVE | 10/28/2016 | REDACTED | PUBLISHER |
| AUSTIN, TX 78730 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| CHERYL AARSVOLD | 09/28/2016 | $7,823.00 | EXPENSE REIMBURSEMENT |
| 3844 VINCENT AVENUE S | 10/07/2016 | $3,673.00 | EXPENSE REIMBURSEMENT |
| MINNEAPOLIS, MN 55410 | 10/26/2016 | $10,540.00 | EXPENSE REIMBURSEMENT |
| | 10/28/2016 | $1,832.00 | EXPENSE REIMBURSEMENT |
| | 11/02/2016 | $1,609.00 | EXPENSE REIMBURSEMENT |
| | 11/08/2016 | $2,000.00 | EXPENSE REIMBURSEMENT |
| | 11/15/2016 | $2,321.00 | EXPENSE REIMBURSEMENT |
| | 11/18/2016 | $4,354.00 | EXPENSE REIMBURSEMENT |
| | 11/18/2016 | $1,730.00 | EXPENSE REIMBURSEMENT |
| | 11/23/2016 | $409.00 | EXPENSE REIMBURSEMENT |
| | 12/08/2016 | $9,104.00 | EXPENSE REIMBURSEMENT |
| | | $45,395.00 | |
| CLARK, MICHAEL | 09/29/2016 | REDACTED | PUBLISHER |
| 3009 CANAL DRIVE | 10/28/2016 | REDACTED | PUBLISHER |
| WILSON, NC 27896 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| CLIFTON, LARSON, ALLEN LLP | 11/23/2016 | $9,000.00 | OFFICE -OTHER |
| 220 SOUTH SIXTH STREET | | $9,000.00 | |
| MINNEAPOLIS, MN 55402 | | | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| COLLEGE SPORTS PUBLICATIONS INC | 09/16/2016 | REDACTED | PUBLISHER |
| PO BOX 866104 | 09/29/2016 | REDACTED | PUBLISHER |
| TUSCALOOSA, AL  35486 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| CONTRA MEDIA GROUP LLC | 09/28/2016 | $7,500.00 | RENT |
| 122 WEST 26TH ST | 10/28/2016 | $7,500.00 | RENT |
| NEW YORK, NY  10007 | | **$15,000.00** | |
| COUGFAN.COM, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 1463 E. REPUBLICAN ST.  1-A | 10/12/2016 | REDACTED | PUBLISHER |
| SEATTLE, WA  98112 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| CRAIG AMAZEEN | 09/28/2016 | $3,000.00 | EXPENSE REIMBURSEMENT |
| 235 W 48TH ST #40H | 10/07/2016 | $530.00 | EXPENSE REIMBURSEMENT |
| NEW YORK, NY  10036 | 10/26/2016 | $3,159.00 | EXPENSE REIMBURSEMENT |
| | 10/31/2016 | $10,000.00 | EXPENSE REIMBURSEMENT |
| | 11/18/2016 | $7,954.00 | EXPENSE REIMBURSEMENT |
| | 12/05/2016 | $14,164.00 | EXPENSE REIMBURSEMENT |
| | | **$38,807.00** | |
| CSP PUBLISHING CORP | 09/29/2016 | REDACTED | PUBLISHER |
| 1350 W FIFTH AVE., #30 | 10/28/2016 | REDACTED | PUBLISHER |
| COLUMBUS, OH  43212 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| DAWGMAN.COM LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 2217 ABERDEEN AVE NE | 10/12/2016 | REDACTED | PUBLISHER |
| RENTON, WA  98056 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| DAWN BARNARD | 10/03/2016 | $9,919.00 | SETTLEMENT |
| 7050 TAYLOR DRIVE | | **$9,919.00** | |
| SAVAGE, MN  55378 | | | |
| DBA-ROARK PUBLICATIONS | 09/29/2016 | REDACTED | PUBLISHER |
| DBA-ROARK PUBLICATIONS | 10/28/2016 | REDACTED | PUBLISHER |
| REDONDO BEACH, CA  90277 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| DEMLING, JOSEPH | 09/29/2016 | REDACTED | PUBLISHER |
| 7425 FALLS RIDGE COURT | 10/28/2016 | REDACTED | PUBLISHER |
| LOUISVILLE, KY  40241 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ~~REDACTED~~ | |
| DONNELLEY, RR | 09/19/2016 | $5,000.00 | SETTLEMENT |
| PO BOX 7810 | 09/28/2016 | $5,000.00 | SETTLEMENT |
| CHICAGO, IL  606777008 | | **$10,000.00** | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| EDUCK SPORTS LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 3140 SE LAKE RD | 10/28/2016 | REDACTED | PUBLISHER |
| MILWAUKIE, OR  97222 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| EMBODY, WILLIAM | 09/29/2016 | REDACTED | PUBLISHER |
| 15509 LAKE MAGDALENE BLVD | 09/29/2016 | REDACTED | PUBLISHER |
| TAMPA, FL  33613 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| E-NOVA SOLUTIONS, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 1616 SHEPARD DR | 10/28/2016 | REDACTED | PUBLISHER |
| MAPLE GLEN, PA  19002 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| FAEGRE BAKER DANIELS LLP | 10/12/2016 | $8,000.00 | LEGAL FEES |
| 2200 WELLS FARGO CENTER | 10/28/2016 | $10,000.00 | LEGAL FEES |
| MINNEAPOLIS, MN  55402 | 11/18/2016 | $16,747.00 | LEGAL FEES |
| | 12/08/2016 | $23,137.00 | LEGAL FEES |
| | | **$57,884.00** | |
| FIDELITY | 09/22/2016 | $6,937.00 | 401K |
| 100 CROSBY PARKWAY, KC1H COVINGTON, | 10/03/2016 | $6,476.00 | 401K |
| KY 41015 | 10/05/2016 | $6,641.00 | 401K |
| COVINGTON, KY  41015 | 10/13/2016 | $6,641.00 | 401K |
| | 10/26/2016 | $6,618.00 | 401K |
| | 11/08/2016 | $1,032.00 | 401K |
| | 11/30/2016 | $9,295.00 | 401K |
| | | **$43,640.00** | |
| FISHER, MIKE | 09/29/2016 | REDACTED | PUBLISHER |
| 2833 SHERIDAN DR | 10/28/2016 | REDACTED | PUBLISHER |
| CARROLLTON, TX  75010 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| FLAGSHIP MEDIA, INC. | 09/29/2016 | REDACTED | PUBLISHER |
| 2113 HAIG POINT WAY | 10/28/2016 | REDACTED | PUBLISHER |
| RALEIGH, NC  27604 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| FOCUS GROUP, INC (OMNI) | 09/19/2016 | $3,591.00 | PRODUCTION COSTS |
| 2201 SW 152ND ST SUITE 3 | 09/21/2016 | $4,153.00 | PRODUCTION COSTS |
| BURIEN, WA  98166 | 09/28/2016 | $1,102.00 | PRODUCTION COSTS |
| | 10/28/2016 | $491.00 | PRODUCTION COSTS |
| | 11/18/2016 | $581.00 | PRODUCTION COSTS |
| | | **$9,918.00** | |
| FRANCIULLI-TINGLER, JACQUELINE | 09/29/2016 | REDACTED | PUBLISHER |
| 108 WOODGER CIRCLE | 10/28/2016 | REDACTED | PUBLISHER |
| LOUISA, VA  23093 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| FRANKLIN PICTURES, LLC | 10/17/2016 | $7,000.00 | PRODUCTION COSTS |
| 3385 LANATTA STREET | 11/01/2016 | $11,000.00 | PRODUCTION COSTS |
| SACRAMENTO, CA 95819 | 11/15/2016 | $7,300.00 | PRODUCTION COSTS |
| | | **$25,300.00** | |
| FREDERICK NELSON | 09/29/2016 | REDACTED | PUBLISHER |
| 1534 130TH ST | 10/28/2016 | REDACTED | PUBLISHER |
| BALSAM LAKE, WI 54810 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| FUELED | 09/12/2016 | $6,667.00 | HOSTING & ANALYTICS |
| 568 BROADWAY | 09/28/2016 | $6,667.00 | HOSTING & ANALYTICS |
| NEW YORK, NY 10012 | 10/28/2016 | $6,667.00 | HOSTING & ANALYTICS |
| | 11/18/2016 | $14,228.00 | HOSTING & ANALYTICS |
| | | **$34,229.00** | |
| FULLTIME FANTASY SPORTS | 10/28/2016 | REDACTED | PUBLISHER |
| 848 N. RAINBOW BLVD. | 11/30/2016 | REDACTED | PUBLISHER |
| LAS VEGAS, NV 89107 | | ▓▓▓▓▓ | |
| GALLI, FRANK | 09/29/2016 | REDACTED | PUBLISHER |
| 3205 FENTON ST | 10/28/2016 | REDACTED | PUBLISHER |
| WHEAT RIDGE, CO 80212 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| GAME TIME MEDIA LLC | 09/08/2016 | REDACTED | PUBLISHER |
| 2810 TRINITY MILLS, #209 BOX 258 | 09/29/2016 | REDACTED | PUBLISHER |
| CARROLLTON, TX 75006 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| GARCIA JR., JOHN | 09/14/2016 | REDACTED | PUBLISHER |
| 402 LIAM AVENUE | 09/29/2016 | REDACTED | PUBLISHER |
| TARPON SPRINGS, FL 34689 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| GASPAR, TAYLOR | 09/29/2016 | REDACTED | PUBLISHER |
| 1500 S LAMAR DRIVE | 10/28/2016 | REDACTED | PUBLISHER |
| AUSTIN, TX 78704 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| GENE'S PAGE INC/GENE SWINDOLL | 09/29/2016 | REDACTED | PUBLISHER |
| PO BOX 80283 | 10/28/2016 | REDACTED | PUBLISHER |
| STARVILLE, MS 39759 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |
| GERSHON, JOSHUA | 09/29/2016 | REDACTED | PUBLISHER |
| 228 HERMOSA AVE | 10/28/2016 | REDACTED | PUBLISHER |
| HERMOSA BEACH, CA 90254 | 10/31/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ▓▓▓▓▓ | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| GOOGLE INC.<br>PO BOX 39000<br>SAN FRANCISCO, CA 941393654 | 09/21/2016 | $12,500.00 | HOSTING & ANALYTICS |
| | 09/28/2016 | $25,000.00 | HOSTING & ANALYTICS |
| | 10/28/2016 | $25,000.00 | HOSTING & ANALYTICS |
| | | **$62,500.00** | |
| GOPHER ILLUSTRATED.COM INC<br>13709 CROSSMOOR AVE<br>ROSEMOUNT, MN 55068 | 09/29/2016 | REDACTED | PUBLISHER |
| | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| GORCEY, RYAN<br>639 VIA MARQUESA<br>CAMARILLO, CA 93012 | 09/29/2016 | REDACTED | PUBLISHER |
| | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| GREENE, WILLIAM<br>4703 HILLS AND DALES RD NW #211<br>CANTON, OH 44708-1589 | 09/29/2016 | REDACTED | PUBLISHER |
| | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| GUARDIAN - ALTERNATE FUNDED<br>P O BOX 824395<br>PHILADELPHIA, PA 19182-4395 | 10/07/2016 | $1,179.00 | HEALTH INSURANCE |
| | 10/12/2016 | $2,799.00 | HEALTH INSURANCE |
| | 10/28/2016 | $3,294.00 | HEALTH INSURANCE |
| | | **$7,272.00** | |
| HARVEY, JOSHUA<br>1700 NW 45TH STREET<br>LINCOLN, NE 68528 | 09/14/2016 | REDACTED | PUBLISHER |
| | 09/29/2016 | REDACTED | PUBLISHER |
| | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| HEALTHPARTNERS | 09/13/2016 | $760.00 | HEALTH INSURANCE |
| PO BOX 1450 | 09/13/2016 | $192.00 | HEALTH INSURANCE |
| MINNEAPOLIS, MN 55485-3600 | 09/15/2016 | $20,861.00 | HEALTH INSURANCE |
| | 09/20/2016 | $218.00 | HEALTH INSURANCE |
| | 09/20/2016 | $214.00 | HEALTH INSURANCE |
| | 09/28/2016 | $1,197.00 | HEALTH INSURANCE |
| | 09/28/2016 | $192.00 | HEALTH INSURANCE |
| | 09/30/2016 | $47,939.00 | HEALTH INSURANCE |
| | 10/05/2016 | $21.00 | HEALTH INSURANCE |
| | 10/05/2016 | $138.00 | HEALTH INSURANCE |
| | 10/11/2016 | $685.00 | HEALTH INSURANCE |
| | 10/11/2016 | $192.00 | HEALTH INSURANCE |
| | 10/18/2016 | $79.00 | HEALTH INSURANCE |
| | 10/19/2016 | $24.00 | HEALTH INSURANCE |
| | 10/25/2016 | $115.00 | HEALTH INSURANCE |
| | 10/25/2016 | $192.00 | HEALTH INSURANCE |
| | 11/01/2016 | $44,044.00 | HEALTH INSURANCE |
| | 11/01/2016 | $107.00 | HEALTH INSURANCE |
| | 11/10/2016 | $515.00 | HEALTH INSURANCE |
| | 11/15/2016 | $498.00 | HEALTH INSURANCE |
| | 11/22/2016 | $1,322.00 | HEALTH INSURANCE |
| | 11/28/2016 | $84.00 | HEALTH INSURANCE |
| | 12/06/2016 | $285.00 | HEALTH INSURANCE |
| | 12/06/2016 | $11.00 | HEALTH INSURANCE |
| | | **$119,885.00** | |
| HELLMAN, SAMUEL | 09/29/2016 | REDACTED | PUBLISHER |
| 51 HORIZON DRIVE | 10/28/2016 | REDACTED | PUBLISHER |
| EDISON, NJ 08817 | 11/30/2016 | REDACTED | PUBLISHER |
| HICKEY, ANNA | 09/29/2016 | REDACTED | PUBLISHER |
| 225 E NORTH STREET | | | |
| INDIANAPOLIS, IN 46204 | | | |
| HIGDON, JASON | 09/29/2016 | REDACTED | PUBLISHER |
| 220 CIRCLE ROAD | 10/28/2016 | REDACTED | PUBLISHER |
| DACULA, GA 30019 | 11/30/2016 | REDACTED | PUBLISHER |
| HUBER, WILLIAM | 09/29/2016 | REDACTED | PUBLISHER |
| 2003 SYLVAN DR | 10/28/2016 | REDACTED | PUBLISHER |
| GREEN BAY, WI 54313 | 11/30/2016 | REDACTED | PUBLISHER |
| INDIANS BASEBALL INSIDER, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 10271 KARABOO TRAIL | 10/28/2016 | REDACTED | PUBLISHER |
| CONCORD TWP, OH 44077 | 11/30/2016 | REDACTED | PUBLISHER |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| INSIDE TENNESSEE LLC<br>451 TITANS CIRCLE<br>MURFREESBORO, TN 37127 | 09/29/2016<br>09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER<br>PUBLISHER |
| | | | |
| IRISH ILLUSTRATED LLC<br>20353 GARNET DRIVE<br>SOUTH BEND, IN 46614 | 09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER |
| | | | |
| IT INDIANAPOLIS AKA: GEEK BRIGADE, INC<br>520 N STATE RD 135<br>GREENWOOD, IN 46142 | 09/28/2016 | $7,963.00<br>**$7,963.00** | HOSTING & ANALYTICS |
| J WERNER ENTERPRISES, LLC<br>460 RODIN DR<br>CLIFTON, IL 60927 | 09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER |
| | | | |
| JACKSON PUBLISHING, LLC<br>201 SHANNON OAKS CIRCLE, STE 205<br>CARY, NC 27511 | 09/08/2016<br>09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER<br>PUBLISHER |
| | | | |
| JAMES MANRY<br>421 JEFFERSON CIRCLE NE<br>ATLANTA, GA 30328 | 09/19/2016<br>09/28/2016<br>10/28/2016<br>11/18/2016 | $1,505.00<br>$1,718.00<br>$3,042.00<br>$2,960.00<br>**$9,225.00** | PRODUCTION COSTS<br>PRODUCTION COSTS<br>PRODUCTION COSTS<br>PRODUCTION COSTS |
| JETS INSIDER COM LTD<br>223 WALL STREET, SUITE 200<br>HUNTINGTON, NY 11743 | 09/08/2016<br>09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER<br>PUBLISHER |
| | | | |
| JMM PROPERTIES, LLC<br>14701 ROCKSBOROUGH RD<br>MINNETONKA, MN 55345 | 09/16/2016<br>09/28/2016<br>10/28/2016 | $4,900.00<br>$4,900.00<br>$4,900.00<br>**$14,700.00** | RENT<br>RENT<br>RENT |
| JOEL COX<br>3053 W. 132ND TERRACE<br>LEAWOOD, KS 66209 | 12/08/2016 | $6,797.00<br>**$6,797.00** | EXPENSE REIMBURSEMENT |
| JOHNSON, JARRET<br>5908 8TH STREET<br>LUBBOCK, TX 79416 | 09/29/2016<br>10/28/2016<br>11/30/2016 | REDACTED<br>REDACTED<br>REDACTED | PUBLISHER<br>PUBLISHER<br>PUBLISHER |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| KARPMAN ENTERPRISES LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 6834 W ST CHARLES AVE | 10/28/2016 | REDACTED | PUBLISHER |
| LAVEEN, AZ 85339 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| KINDER, KEVIN | 09/29/2016 | REDACTED | PUBLISHER |
| 85 HUNTING HILLS | 10/28/2016 | REDACTED | PUBLISHER |
| CHARLESTON, WV 25311 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| LATSCH, NATHAN | 09/29/2016 | REDACTED | PUBLISHER |
| 517 TREETOP VILLAGE DR | 10/28/2016 | REDACTED | PUBLISHER |
| BALLWIN, MO 63021 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| LEGGE, DEAN | 09/29/2016 | REDACTED | PUBLISHER |
| 126 BORDEAUX LANE | 10/28/2016 | REDACTED | PUBLISHER |
| ATHENS, GA 30605 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| LEIFHEIT, JONATHAN | 09/29/2016 | REDACTED | PUBLISHER |
| 3351 MEADOWWIND CT. | 10/28/2016 | REDACTED | PUBLISHER |
| MARIETTA, GA 30062 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | 09/19/2016 | $5,000.00 | LEGAL FEES |
| 100 SOUTH FIFTH STREET | 09/27/2016 | $5,000.00 | LEGAL FEES |
| MINNEAPOLIS, MN 55402 | | $10,000.00 | |
| LEVINE, JONATHAN | 10/07/2016 | $5,000.00 | PRODUCTION COSTS |
| 8228 FOUNTAIN AVE | 11/15/2016 | $2,400.00 | PRODUCTION COSTS |
| WEST HOLLYWOOD, CA 90046 | 11/30/2016 | $4,800.00 | PRODUCTION COSTS |
| | | $12,200.00 | |
| MAJOR UPSET PRODUCTIONS, INC. | 09/29/2016 | REDACTED | PUBLISHER |
| 3640 PARTITION ROAD | 10/28/2016 | REDACTED | PUBLISHER |
| WOODSIDE, CA 94062 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| MARTINEZ, MICHAEL | 09/29/2016 | REDACTED | PUBLISHER |
| 4059 KENNEDY COURT | 10/28/2016 | REDACTED | PUBLISHER |
| CHINO, CA 91710 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| MEDIATNG, LLC | 09/14/2016 | REDACTED | PUBLISHER |
| 7347 TAFT STREET | 09/29/2016 | REDACTED | PUBLISHER |
| MENTOR, OH 44060 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| MUNSTERTEIGER, ADAM | 09/29/2016 | REDACTED | PUBLISHER |
| 2300 S ROCK CREEK PKWY #29-102 | 10/28/2016 | REDACTED | PUBLISHER |
| SUPERIOR, CO 80027 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| OLE MISS SPIRIT/CHARLES H. ROUNSAVILLE | 09/29/2016 | REDACTED | PUBLISHER |
| 1296 N. LAMAR BLVD | 10/28/2016 | REDACTED | PUBLISHER |
| OXFORD, MS 38655 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| O'MALLEY, TIMOTHY | 09/29/2016 | REDACTED | PUBLISHER |
| 14264 AVERY POINT | 10/28/2016 | REDACTED | PUBLISHER |
| GRANGER, IN 46530 | | | |
| OPERATIVE MEDIA, INC. | 09/08/2016 | $32,000.00 | HOSTING & ANALYTICS |
| BOX 200663 | 09/22/2016 | $13,905.00 | HOSTING & ANALYTICS |
| PITTSBURGH, PA 15251-2662 | 09/28/2016 | $24,067.00 | HOSTING & ANALYTICS |
| | 10/13/2016 | $29,498.00 | HOSTING & ANALYTICS |
| | 11/18/2016 | $16,000.00 | HOSTING & ANALYTICS |
| | | $115,470.00 | |
| OREAD MEDIA LLC | 09/14/2016 | REDACTED | PUBLISHER |
| 5510 S. HARLAN ST. | 09/29/2016 | REDACTED | PUBLISHER |
| LITTLETON, CO 80123 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| PAUL SWANEY ET AL PTR | 09/29/2016 | REDACTED | PUBLISHER |
| DBA-STADIUM JOURNEY LLC | 10/28/2016 | REDACTED | PUBLISHER |
| ANN ARBOR, MI 48103 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| PCI GROUP INC. | 11/02/2016 | $108,945.00 | GARNISHMENT |
| PO BOX 566 | | $108,945.00 | |
| PINEVILLE, NC 28134 | | | |
| PEEGS.COM, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 6093 BOULDER CT. | 10/12/2016 | REDACTED | PUBLISHER |
| COLUMBUS, IN 47201 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| PERIDOT COMMUNICATIONS | 09/09/2016 | REDACTED | PUBLISHER |
| 3501 CLOVERLEAF | 09/29/2016 | REDACTED | PUBLISHER |
| PORTAGE, MI 49024 | 10/28/2016 | REDACTED | PUBLISHER |
| | | | |
| PETER RUPRECHT | 11/18/2016 | $7,362.00 | EXPENSE REIMBURSEMENT |
| 511 6TH AVE #220 | 12/05/2016 | $12,171.00 | EXPENSE REIMBURSEMENT |
| NEW YORK, NY 10011 | | $19,533.00 | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| PIERSON, TRACY | 09/22/2016 | REDACTED | PUBLISHER |
| 2576 FEATHERWOOD ST. | 09/29/2016 | REDACTED | PUBLISHER |
| WESTLAKE VILLAGE, CA 91362 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | 12/08/2016 | REDACTED | PUBLISHER |
| | | | |
| PLUT, JOHN | 09/28/2016 | $5,400.00 | HOSTING & ANALYTICS |
| 10559 41ST PLACE NE | 10/28/2016 | $4,800.00 | HOSTING & ANALYTICS |
| SEATTLE, WA 98125 | 11/18/2016 | $1,680.00 | HOSTING & ANALYTICS |
| | | $11,880.00 | |
| PROLIFICS | 09/28/2016 | $19,432.00 | HOSTING & ANALYTICS |
| 24025 PARK SORRENTO | 10/28/2016 | $18,480.00 | HOSTING & ANALYTICS |
| CALABASAS, CA 91302 | 11/18/2016 | $18,648.00 | HOSTING & ANALYTICS |
| | | $56,560.00 | |
| PRZYBYLO, ROBERT | 09/14/2016 | REDACTED | PUBLISHER |
| 4010 VERSAILLES BLVD | 09/29/2016 | REDACTED | PUBLISHER |
| OKLAHOMA CITY, OK 73116 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| REDMAN, ROBERT | 09/29/2016 | REDACTED | PUBLISHER |
| 5591 SE 4TH AVE | 10/28/2016 | REDACTED | PUBLISHER |
| KEYSTONE HEIGHTS, FL 32656 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| ROBERT N ALLEN, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 1317 CONCORD LANE | 10/28/2016 | REDACTED | PUBLISHER |
| EDMOND, OK 73003 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| ROBERT SELLERS | 09/29/2016 | REDACTED | PUBLISHER |
| 1514 SEMINOLE STREET | 10/28/2016 | REDACTED | PUBLISHER |
| DEER PARK, TX 77536 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| RPM ASSOCIATES | 09/19/2016 | $17,664.00 | PRODUCTION COSTS |
| 5328 PEBBLE BEACH DRIVE | 09/19/2016 | $2,241.00 | PRODUCTION COSTS |
| METAMORA, MI 48455 | 09/28/2016 | $10,389.00 | PRODUCTION COSTS |
| | 10/28/2016 | $12,369.00 | PRODUCTION COSTS |
| | | $42,663.00 | |
| SAM WEBB MEDIA SERVICES LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 6270 OAKHURST DRIVE | 10/28/2016 | REDACTED | PUBLISHER |
| YPSILANTI, MI 48197 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| SAVITT BRUCE & WILLEY LLP | 09/30/2016 | $2,702.00 | LEGAL FEES |
| 1425 FOURTH AVENUE, SUITE 800 | 10/28/2016 | $5,000.00 | LEGAL FEES |
| SEATTLE, WA 98101 | | $7,702.00 | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| SCALES, CHRISTOPHER | 09/13/2016 | $1,200.00 | PRODUCTION COSTS |
| 3165 29TH STREET, APT A8 | 09/20/2016 | $3,000.00 | PRODUCTION COSTS |
| ASTORIA, NY 11106 | 09/27/2016 | $3,096.00 | PRODUCTION COSTS |
| | 10/04/2016 | $3,247.00 | PRODUCTION COSTS |
| | 10/12/2016 | $2,400.00 | PRODUCTION COSTS |
| | 10/18/2016 | $3,000.00 | PRODUCTION COSTS |
| | 10/25/2016 | $3,000.00 | PRODUCTION COSTS |
| | 11/01/2016 | $3,000.00 | PRODUCTION COSTS |
| | 11/08/2016 | $1,800.00 | PRODUCTION COSTS |
| | 11/15/2016 | $3,000.00 | PRODUCTION COSTS |
| | 11/22/2016 | $3,000.00 | PRODUCTION COSTS |
| | 11/30/2016 | $1,815.00 | PRODUCTION COSTS |
| | 12/08/2016 | $3,000.00 | PRODUCTION COSTS |
| | 12/08/2016 | $3,030.00 | PRODUCTION COSTS |
| | | **$37,588.00** | |
| SHERWOOD PARTNERS, INC | 10/07/2016 | $15,000.00 | SHERWOOD |
| 1100 LA AVENIDA STREET | 10/12/2016 | $15,000.00 | SHERWOOD |
| MOUNTAIN VIEW, CA 94043 | 10/26/2016 | $15,000.00 | SHERWOOD |
| | 10/28/2016 | $15,000.00 | SHERWOOD |
| | 11/09/2016 | $30,000.00 | SHERWOOD |
| | 11/18/2016 | $17,689.00 | SHERWOOD |
| | 11/23/2016 | $15,000.00 | SHERWOOD |
| | 12/07/2016 | $30,000.00 | SHERWOOD |
| | | **$152,689.00** | |
| SIMMONS, BRIAN | 09/20/2016 | REDACTED | PUBLISHER |
| 181 TREADSTONE LANE | 10/28/2016 | REDACTED | PUBLISHER |
| DALLAS, GA 30132 | 11/18/2016 | REDACTED | PUBLISHER |
| | 12/08/2016 | REDACTED | PUBLISHER |
| | | | |
| SNOW, BRIAN | 09/29/2016 | REDACTED | PUBLISHER |
| 5756 SPRUCE KNOLL CT | 10/28/2016 | REDACTED | PUBLISHER |
| INDIANAPOLIS, IN 46220 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| SPORTSROCKET, INC (FORMERLY | 09/28/2016 | $25,000.00 | HOSTING & ANALYTICS |
| BEDROCKET) | 09/30/2016 | $98,082.00 | HOSTING & ANALYTICS |
| 560 BROADWAY, SUITE 401 | 10/28/2016 | $44,485.00 | HOSTING & ANALYTICS |
| NEW YORK, NY 10012 | 11/18/2016 | $45,878.00 | HOSTING & ANALYTICS |
| | | **$213,445.00** | |
| STAMM, JASON | 09/29/2016 | REDACTED | PUBLISHER |
| 506 CRAIG ST | 10/28/2016 | REDACTED | PUBLISHER |
| CHRISTIANSBURG, VA 24073 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| STEVEN KENNEDY | 11/21/2016 | $4,051.00 | EXPENSE REIMBURSEMENT |
| 765 STURGES WAY | 12/07/2016 | $3,779.00 | EXPENSE REIMBURSEMENT |
| ALPHARETTA, GA 30022 | | **$7,830.00** | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| STOLTZ, WILLIAM | 09/29/2016 | REDACTED | PUBLISHER |
| 207 TERRENCE DR. | 10/28/2016 | REDACTED | PUBLISHER |
| NAPERVILLE, IL 60565 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| THOMPSON HINE LLP | 10/28/2016 | $32,000.00 | LEGAL FEES |
| 127 PUBLIC SQUARE CLEVELAND, OH 44114 | | $32,000.00 | |
| TTK, INC | 09/08/2016 | REDACTED | PUBLISHER |
| 1413 THORNDON DRIVE | 09/29/2016 | REDACTED | PUBLISHER |
| BEL AIR, MD 21015 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| US PRESSWIRE, LLC | 10/17/2016 | $10,000.00 | HOSTING & ANALYTICS |
| 1230 PEACHTREE ST NE | 10/28/2016 | $13,750.00 | HOSTING & ANALYTICS |
| ATLANTA, GA 30309 | | $23,750.00 | |
| VELOCITY MEDIA GROUP, LLC | 10/28/2016 | REDACTED | PUBLISHER |
| 274 ELM STREET | 11/30/2016 | REDACTED | PUBLISHER |
| SAN CARLOS, CA 94070 | | | |
| VU.COM | 09/29/2016 | REDACTED | PUBLISHER |
| 4644 HUMMINGBIRD TRAIL NE | 10/12/2016 | REDACTED | PUBLISHER |
| PRIOR LAKE, MN 55372 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| WADE, KEVIN | 09/16/2016 | REDACTED | PUBLISHER |
| 24830 PASEO PRIMARIO | 10/03/2016 | REDACTED | PUBLISHER |
| CALABASAS, CA 91302 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| WEXELL, JAMES | 09/29/2016 | REDACTED | PUBLISHER |
| 709 SHORT AVE. | 10/28/2016 | REDACTED | PUBLISHER |
| IRWIN, PA 15642 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| WILDCATAUTHORITY.COM, LLC | 09/29/2016 | REDACTED | PUBLISHER |
| 1331 W. SIMMONS PLACE | 10/28/2016 | REDACTED | PUBLISHER |
| TUCSON, AZ 85705 | 11/30/2016 | REDACTED | PUBLISHER |
| | | | |
| WILLIS OF MINNESOTA, INC | 10/17/2016 | $39,000.00 | INSURANCE |
| 93076 NETWORK PLACE | 11/14/2016 | $25,000.00 | INSURANCE |
| CHICAGO, IL 60673-1930 | 11/15/2016 | $26,156.00 | INSURANCE |
| | 12/08/2016 | $9,587.00 | INSURANCE |
| | | $99,743.00 | |
| WILSON, PHILLIP | 09/29/2016 | REDACTED | PUBLISHER |
| 8501 S. MERIDIAN ST INDIANAPOLIS, IN 46217 | | | |

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| WOCHIT, INC. | 09/28/2016 | $11,500.00 | HOSTING & ANALYTICS |
| 30 IRIVING PLACE | 10/28/2016 | $4,000.00 | HOSTING & ANALYTICS |
| NEW YORK, NY 10003 | | **$15,500.00** | |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | 10/18/2016 | $25,000.00 | LEGAL FEES |
| 222 DELAWARE AVENUE, SUITE 1501 | 10/28/2016 | $39,129.00 | LEGAL FEES |
| WILMINGTON, DE 19801 | 11/10/2016 | $18,500.00 | LEGAL FEES |
| | 11/14/2016 | $1,500.00 | LEGAL FEES |
| | 11/18/2016 | $125,000.00 | LEGAL FEES |
| | 12/07/2016 | $10,000.00 | LEGAL FEES |
| | 12/08/2016 | $15,000.00 | LEGAL FEES |
| | | **$234,129.00** | |
| WORGULL, BENJAMIN | 09/29/2016 | REDACTED | PUBLISHER |
| 676 SANIBEL LANE | 10/12/2016 | REDACTED | PUBLISHER |
| SUN PRAIRIE, WI 53590-9823 | 10/28/2016 | REDACTED | PUBLISHER |
| | 11/30/2016 | REDACTED | PUBLISHER |
| | | ███████ | |
| YOUNG, DEREK | 09/29/2016 | REDACTED | PUBLISHER |
| 856 RUNKLE STREET | 10/28/2016 | REDACTED | PUBLISHER |
| WEST LIBERTY, OH 43357 | 11/30/2016 | REDACTED | PUBLISHER |
| | | ███████ | |
| ZINCORA LLC | 09/28/2016 | $94,649.00 | HOSTING & ANALYTICS |
| 6586 WATERSEDGE WAY | 09/30/2016 | $16,275.00 | HOSTING & ANALYTICS |
| LAKEWOOD RANCH, FL 34202 | 10/07/2016 | $27,200.00 | HOSTING & ANALYTICS |
| | 10/12/2016 | $27,842.00 | HOSTING & ANALYTICS |
| | 10/19/2016 | $21,600.00 | HOSTING & ANALYTICS |
| | 10/26/2016 | $25,388.00 | HOSTING & ANALYTICS |
| | 11/07/2016 | $24,300.00 | HOSTING & ANALYTICS |
| | 11/09/2016 | $23,350.00 | HOSTING & ANALYTICS |
| | 11/14/2016 | $2,250.00 | HOSTING & ANALYTICS |
| | 11/18/2016 | $24,000.00 | HOSTING & ANALYTICS |
| | 12/08/2016 | $45,188.00 | HOSTING & ANALYTICS |
| | | **$332,042.00** | |

**Grand Total:  129**          **$5,948,223.00**

# Statement of Financial Affairs - Exhibit 4

## Scout Media, Inc.   16-13369

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|-------:|-------------|
| CRAIG MALLITZ<br>8043 COOPER CREEK BLVD, STE 208<br>UNIVERSITY PARK, FL  34201 | FORMER DIRECTOR | Various Dates | $3,746.53<br>**$3,746.53** | EXPENSE REIMBURSEMENT |
| JAMES CARROLL<br>197M BOSTON POST RD W #367<br>MARLBOROUG, MA  01752 | DIRECTOR | Various Dates | $22,500.00<br>**$22,500.00** | DIRECTOR FEES |
| JAMES HECKMAN – SCOUT INVESTMENT LLC<br>5048 ROOSEVELT WAY NE<br>SEATTLE, WA  98105 | FORMER OFFICER | Various Dates | $139,914.00<br>**$139,914.00** | EXPENSE REIMBURSEMENT |
| ROSS LEVINSOHN<br>100 RIVERSIDE BLVD. 30D<br>NEW YORK, NY  10069 | FORMER DIRECTOR | Various Dates | $42,803.85<br>**$42,803.85** | EXPENSE REIMBURSEMENT |
| STEVEN RINDNER<br>10805 RIVERWOOD DR<br>POTOMAC, MD  20854 | FORMER OFFICER | Various Dates | $124,506.00<br>**$124,506.00** | EXPENSE REIMBURSEMENT |
| **Grand Total:  5** | | | **$333,470.38** | |