**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Scout Media, Inc., et al.,[1] | ) Case No. 16-13369 (MEW) |
| Debtors. | ) Jointly Administered |
|  | ) Ref. Docket Nos. 148 & 149 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NEW YORK )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2017, I caused to be served the:

   a. "Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into the Stalking Horse Asset Purchase Agreement; (II) Approving Certain Bid Protections; (III) Approving the Amendment of the Bidding Procedures; and (IV) Granting Related Relief," dated January 12, 2017 [Docket No. 148], and

   b. "Debtors' Motion to Shorten Notice and Request to Schedule Hearing with Respect to Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into the Stalking Horse Asset Purchase Agreement; (II) Approving Certain Bid Protections; (III) Approving the Amendment of the Bidding Procedures; and (IV) Granting Related Relief," dated January 12, 2017 [Docket No. 149],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are: Scout Media, Inc. (1438); Scout Media Holdings, Inc. (1936); FTFS Acquisition, LLC (7230); and Scout.com, LLC (3629). The location of the Debtors' headquarters and the Debtors' service address is 122 West 26th Street, Fifth Floor, New York, NY 10036.

T:\Clients\SCOUT\Affidavits\Mtn of Debtor & Debtors Mtn to Shrtn Ntc_DI 148 & 149_1-12-17.docx

by causing true and correct copies to be:

i. enclosed securely in separate postage prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to 81 parties, whose names and addresses are confidential and therefore not reflected,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Daniel Ramirez*
Daniel Ramirez

Sworn to before me this
13th day of January, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

**EXHIBIT A**

# SCOUT MEDIA, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASSISTANT ATTORNEY GENERAL | ATTN: COURTNEY J. HULL BANKRUPTCY & COLLECTIONS DIVISION MC 008 P.O. BOX 12548 AUSTIN TX 78711-2548 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO MULTIPLIER CAPITAL, L.P. ATTN: ADAM D. COLE 501 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CHIPMAN BROWN CICERO, & COLE, LP | COUNSEL TO MULTIPLIER CAPITAL DIP LENDER/SECURED LENDER 501 FIFTH AVNEUE, 15TH FLOOR NEW YORK NY 10017 |
| CHIPMAN BRWON CICERO & COLE LLP | COUNSEL TO DIP LENDER/FIRST LIEN ATTN: WILLIAM E. CHIPMAN, JR. 1313 NORTH MARKET STREET, SUITE 5400 WILMINGTON DE 19801 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: ROBERT D. BALIN (COUNSEL TO JAMES C. HECKMAN, JR.) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DAVIS WRIGHT TREMAINE, LLP | COUNSEL TO JAMES C. HECKMAN, JR. (BRIDGE) ATTN: BRAD FISHER, HUGH MCULLOUGH 1201 THIRD AVENUE, SUITE 2200 SEATTLE WA 98101-3045 |
| DAVIS WRIGHT TREMAINNE LLP | COUNSEL TO JAMES C. HECKMAN, JR. BRIDGELENDER 1201 THIRD AVENUE, SUITE 2200 SEATTLE WA 98101-3045 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19903 |
| DICONZA TRAURIG KADISH LLP | ATTN: ALLEN KADISH, ESQ. & JEFFREY TRAURIG, ESQ. (COUNSEL TO SHERWOOD PARTNERS INC.) 630 THIRD AVENUE NEW YORK NY 10017 |
| DIVISION OF UNEMPLOYMENT INS. | DEPARTMENT OF LABOR 4425 N. MARKET STREET WILMINGTON DE 19802 |
| FEDEX | C/O LOEB & LOEB, LLP ATTN: KARL BLOCK 10100 SANTA MONICA BOULEVARD SUITE 2200 LOS ANGELES CA 90067 |
| FLOVERTON INVESTMENTS LIMITED | POSEIDONOS 1 LEDRA BUZINESS CENTRE, ENGOMI NICOSIA, CY 2406 CYPRUS |
| FULL TIME FANTASY SPORTS, LLC | ATTN: IAN RITCHIE, FOUNDER/CEO 8905 W. POST LANE SUITE 100 LAS VEGAS NV 89148 |
| GISLASON & HUNTER LLP | COUNSEL TO SH WHITEWATER LLC ATTN: DANIEL A. BECKMAN, PARTNER 701 XENIA AVENUE, SOUTH, SUITE 500 MINNEAPOLIS MN 55416 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JAMES HECKMAN | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| JOHN DEMING | 5 HARBOURVIEW CRESCENT MILSONS POINT, NSW 2061 AUSTRALIA |
| JOHN DEMING | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| KATZ MELINGER PLLC | COUNSEL TO FOSINA MARKETING GROUP, INC. ATTN: KENNETH J. KATZ & JASON F. CLOUSER 280 MADISON AVENUE, SUITE 600 NEW YORK NY 10016 |
| KELLEY DRYE & WARREN LLP | PROPOSED COUNSEL TO THE COMMITTEE ATTN: JASON ADAMS AND JAMES CARR 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JAMES S. CARR & JASON R. ADAMS 101 PARK AVENUE NEW YORK NY 10178 |
| LEONARD O'BRIEN, SPENCER, GALE AND SAYRE | COUNSEL TO LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD. ATTN: THOMAS C. ATMORE 100 SOUTH FIFTH STREET, SUITE 250 MINNEAPOLIS MN 55402 |
| LEVY, SMALL & LALLAS | COUNSEL TO MULITPLIER CAPITAL (DIP LENDER/FIRSST LIEN SECURED LENDER ATTN: IANE SAENAM 815 MORGANA DRIVE MULTIPLIER CAPITAL, LP (DIP LENDER) LOS ANGELES CA 90049 |
| MIG9 SCOUT, LLC | MALLITZ INVESTMENT GROUP ATTN: CRAIG A. MALLITZ 8043 COOPER CREEK BLVD., SUITE 208 SARASOTA FL 34201 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVE GINTHER , BANKRUPTCY UNIT P.O. BOX 475 JEFFERSON CITY MO 65105-0475 |
| MULTIPLIER CAPITAL, LP | COUNSEL TO DIP LENDER /FIRST SECURED LIEN ATTN: CAROL NICHOLAS 444 MADISON AVENUE SUITE 1800 NEW YORK NY 10022 |
| MULTIPLIER CAPITAL, LP (DIP LENDER) | ATTN: HENRY O'CONNOR 2 WISCONSIN CIRCLE, SUITE 700 CHEVY CHASE MD 20815 |
| MULTIPLIER CAPITAL, LP (DIP LENDER) | ATTN: RAY BOONE 815 MORAGA DRIVE LOS ANGELES CA 90049 |
| MULTIPLIER CAPITAL, LP (DIP LENDER) | ATTN: IANE SAENAM LEVY, SMALL & LALLAS 815 MORAGA DRIVE LOS ANGELES CA 90049 |
| MYER LAW PLLC | ATTN: JOHN A. MYER 2101 FOURTH AVENUE SUITE 1900 SEATTLE WA 98121-2315 |
| NYC DEPT. OF FINANCE | 345 ADAMS STREET, 3RD FL. ATTN: LEGAL AFFAIRS BROOKLYN NY 11201 |

| Claim Name | Address Information |
|---|---|
| NYS DEPT. TAXATION & FINANCE | BANKRUPTCY/SPECIAL PROCEDURES SECTION P.O. BOX 5300 ALBANY NY 12205-0300 |
| OFFICE OF MINNESOTA ATTORNEY GENERAL | ATTN: LORI SWANSON 445 MINNESOTA STREET SUITE 1400 ST. PAUL MN 55101-2131 |
| OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL ALBANY NY 12224-0341 |
| PAUL M. MCNICOL | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| PILOT GROUP LP | ATTN: BOB PITTMAN AND PAUL MCNICOL 75 ROCKEFELLER CENTER , 23RD FLOOR NEW YORK NY 10019 |
| PISKEL YAHNE KOVARIK, PLLC LAWYERS | COUNSEL TO SUNSHINE MINTING, INC. ATTN: JASON T. PISKEL, ESQ. 522 W. RIVERSIDE AVE. STE. 410 SPOKANE WA 92201 |
| POPPER & GRAFTON | COUNSL TO PETITIONING CREDITOR JOY R. GRAFTON ATTN: JOY R. GRAFTON 225 W 34TH STREET SUITE 2209 NEW YORK NY 10122 |
| ROBERT W. PITTMAN | 47 EAST LAKE DRIVE KATONAH NY 10536 |
| RUSSEL SHEPARD | 85 BROAD STREET, 16TH FLOOR NEW YORK NY 10004 |
| RUSSEL SHEPARD | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| SCOUT INVESTMENT LLC | C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECRETARY OF THE TREASURY | PO BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: GEORGE S. CANELLOS, REG. DIRECTOR NEW YORK REGIONAL OFFICE 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE REGIONAL CHIEF COUNSEL REGION II 26 FEDERAL PLAZA, ROOM 3904 NEW YORK NY 10278 |
| STATE OF DELAWARE | 820 N. FRENCH STREET DIVISION OF REVENUE, 8TH FLOOR WILMINGTON DE 19801-0820 |
| STINSON LEONARD STREET LLP | ATTN: EDWIN H. CALDIE & JAMES J. STICHA (COUNSEL TO WIRED2FISH, INC.) 150 SOUTH FIFTH STREET, SUITE 2300 MINNEAPOLIS MN 55402 |
| TANZIN CAPITAL LLC | ROSS LUKATSEVICH TANZIN CAPITAL LLC 100 RIVERSIDE BLVD. 30D NEW YORK NY 10069 |
| THE ALFA GROUP | ATTN: DAN SCHWARTZ UBS FINANCIAL SERVICES INC. PRIVATE WEALTH MANAGEMENT 61 SOUTH PARAMUS ROAD MACK CENTER IV, 4TH FLOOR PARAMUS NJ 07652 |
| THE ALFA GROUP | ATTN: SETTA OGHLIAN UBS FINANCIAL SERVICES INC. PRIVATE WEALTH MANAGEMENT 61 SOUTH PARAMUS ROAD MACK CENTER IV, 4TH FLOOR PARAMUS NJ 07652 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| UNITED STATES ATTORNEY'S OFFICE | PO BOX 2046 1201 MARKET ST., STE. 1100 WILMINGTON DE 19899-2046 |
| UNITED STATES ATTORNEY'S OFFICE | UNITED STATES DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW, ROOM 2242 WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEYS OFFICE | SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET, THIRD FLOOR ATTENTION: TAX & BANKRUPTCY UNIT NEW YORK NY 10007 |
| UNITED STATES TRUSTEES OFFICE | U.S. FEDERAL OFFICE BUILDING ATTN: BRIAN S. MASUMOTO 201 VARICK STREET, ROOM 1006 NEW YORK NY 10014 |
| WA AG OFFICE | BANKRUPTCY DIVISION 800 FIFTH AVENUE, SUITE 2000 SEATTLE WA 98104 |
| WILLIAM DREWRY | 85 BROAD STREET, 16TH FLOOR NEW YORK NY 10004 |
| WILLIAM DREWRY | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR & JOHN D. GIAMPOLO (COUNSEL TO FULLTIME FANTASY SPORTS, INC.) 500 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10110 |

**Total Creditor count  61**

| Claim Name | Address Information |
|---|---|
| COUNSEL TO JAMES C. HECKMAN, JR. | HUGH R. MCCULLOUGH DAVIS WRIGHT TREMAINE LLP 1201 THIRD AVENUE, SUITE 2200 SEATTLE WA 98101-3045 |
| COUNSEL TO JAMES C. HECKMAN, JR. | BRAD L FISHER DAVIS WRIGHT TREMAINE LLP 1201 THIRD AVE., SUITE 2200 SEATTLE WA 98101-3045 |
| FLOVERTON INVESTMENTS LIMITED | POSEIDONOS 1 LEDRA BUZINESS CENTRE, ENGOMI NICOSIA CY 2406 CYPRUS |
| JAMES HECKMAN | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| JOHN DEMING | 5 HARBOURVIEW CRESCENT MILSONS POINT, NSW 2061 AUSTRALIA |
| JOHN DEMING | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| MIG9 SCOUT, LLC | MALLITZ INVESTMENT GROUP ATTN: CRAIG A. MALLITZ 8043 COOPER CREEK BLVD., SUITE 208 SARASOTA FL 34201 |
| PAUL M. MCNICOL | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| PILIOT GROUP LP | ATTN: BOB PITTMAN AND PAUL MCNICOL 75 ROCKEFELLER CENTER, 23RD FLOOR NEW YORK NY 10019 |
| PILOT GROUP LP | ATTN: BOB PITTMAN AND PAUL MCNICOL 75 ROCKEFELLER CENTER, 23RD FLOOR NEW YORK NY 10019 |
| ROBERT W. PITTMAN | 47 EAST LAKE DRIVE KATONAH NY 10536 |
| RUSSEL SHEPARD | 85 BROAD STREET, 16TH FLOOR NEW YORK NY 10004 |
| RUSSEL SHEPARD | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| SCOUT INVESTMENT LLC | C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |
| TANZIN CAPITAL LLC | ROSS LUKATSEVICH TANZIN CAPITAL LLC 100 RIVERSIDE BLVD. 30D NEW YORK NY 10069 |
| THE ALFA GROUP /UBS FINANCIAL SERVICES | ATTN: DAN SCHWARTZ PRIVATE WEALTH MGT, MACK CTR, 4TH FLOOR 61 SOUTH PARAMUS ROAD PARAMUS NJ 07652 |
| THE ALFA GROUP/UBS FINANCIAL SERVICES | ATTN: SETTA OGHLIAN PRIVATE WEALTH MGT/MACK CTR 4TH FLOOR 61 SOUTH PARAMUS ROAD PARAMUS NJ 07652 |
| WILLIAM DREWRY | 85 BROAD STREET, 16TH FLOOR NEW YORK NY 10004 |
| WILLIAM DREWRY | SCOUT INVESTMENT LLC C/O TAG ASSOCIATES LLC 810 SEVENTH AVENUE, 7TH FLOOR NEW YORK NY 10019 |

**Total Creditor count 19**

**SMI BID PRT MTN DI 148-149_1-12-17**

HUGHES HUBBARD & REED LLP
ATTN: CHARLES SAMUELSON, CHRIS GARTMAN
KATIE COLEMAN, JULI THORSTENN
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482