**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| SCOUT MEDIA, INC., et al.,[1] | ) Case No. 16-13369-MEW |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING FIRST OMNIBUS MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 365(a) TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES *NUNC PRO TUNC* TO THE REJECTION DATE**

This Court having considered the Motion of Scout Media, Inc. and certain of its affiliates, as debtors and debtors in possession (the "Debtors"), pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, for entry of an order approving the rejection for certain executory contracts and unexpired leases at set forth on Exhibits 1 and 2 attached hereto nunc pro tunc to the Rejection Date, all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion; and such notice having been adequate and appropriate under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are: Scout Media Holdings, Inc. (1936), Scout Media, Inc. (1438), FTFS Acquisition, LLC (7230), and Scout.com, LLC (3269). The location of the Debtors' headquarters and the Debtors' service address is 122 West 26th Street, Fifth Floor, New York, NY 10036.

circumstances; and it appearing that no other or further notice need be provided; and the court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their respective estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Each executory contract and/or unexpired lease identified on <u>Exhibits 1</u> and <u>2</u> (collectively, the "Agreements") is hereby rejected, effective as of the Rejection Date as set forth on <u>Exhibits 1</u> and <u>2</u>, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code.

3. This Order shall be deemed to be a separate order with respect to each Agreement covered hereby.

4. Nothing herein shall constitute a determination that the Contracts constitute executory contracts and/or unexpired leases under section 365 of the Bankruptcy Code.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February __, 2017
New York, New York

_____
Hon. Michael E. Wiles
United States Bankruptcy Judge

**Exhibit 1**

# The Contracts

|     | **DESCRIPTION OF DESIGNATED CONTRACT** | **COUNTERPARTY TO DESIGNATED CONTRACT** | **ADDRESS OF COUNTERPARTY TO DESIGNATED CONTRACT** | **REJECTION DATE** |
| --- | --- | --- | --- | --- |
| 1.  | Employment Contract Dated May 30, 2016 | Aamir Shibli | 629 Grand Street Apt. 2 Brooklyn, NY 11211 | February 13, 2017 |
| 2.  | Employee Offer Letter | Andrea Granucci | 40 E. Birch Street 2 C Mount Vernon, NY 10552 | February 13, 2017 |
| 3.  | Employee Offer Letter | Barry McBride | 7347 Taft St. Mentor, OH 44060 | February 13, 2017 |
| 4.  | Employee Offer Letter | Benjamin Beachler | 12 Avanzare Irvine, CA 92606 | February 13, 2017 |
| 5.  | Publisher Contract (Virginia Tech) | Benjamin Standig | 6633 Fairfax Road Chevy Chase, MD 28015 | February 13, 2017 |
| 6.  | Employee Offer Letter | Brian Simmons | 181 Treadstone Lane Dallas, GA 30132 | February 13, 2017 |
| 7.  | Publisher Contract | Carl Bailey | 1208 Waterford Way Allen, TX 75013 | February 13, 2017 |
| 8.  | Employee Offer Letter | Casey Cosgrove | 645 Loma Drive Hermosa Beach, CA 90254 | February 13, 2017 |
| 9.  | Employment Contract Dated May 30, 2016 | Cheryl Aarsvold | 3844 Vincent Avenue S Minneapolis, MN 55410 | February 13, 2017 |
| 10. | Vendor Agreement | Christopher Scales | 3165 29th Street, Apt. A8 Astoria, NY 11106 | February 13, 2017 |
| 11. | Employment Contract Dated May 30, 2016 | Craig Amazeen | 235 W 48th St #40H New York, NY 10036 | February 13, 2017 |
| 12. | Employee Offer Letter | David Katch | 63 W 90th Street Garden Apt. New York, NY 10024 | February 13, 2017 |
| 13. | Vendor Agreement | Dynamic Logic | c/o Kantar Finance Services 3333 Warrenville Rd., Suite 400 Lisle, IL 60532 | February 13, 2017 |

| | | | | |
|---|---|---|---|---|
| 14. | Publisher Contract | E-Nova Solutions, LLC | 1616 Shepard Dr.<br>Maple Glen, PA 19002 | February 13, 2017 |
| 15. | Hosting Contract | Facebook, Inc. | Attn: Accounts Receivable<br>15161 Collections Center Dr.<br>Chicago, IL 60693<br><br>Lewis & Llewellyn, LLP<br>Attn: Marc R. Lewis, Paul T. Llewellyn, Denis Schmidt<br>505 Montgomery Street, Suite 1300<br>San Francisco, CA 94111<br><br>Attn: Mark Zuckerberg<br>1601 Willow Road<br>Menlo Park, CA 94025<br><br>c/o Corporation Service Company<br>2711 Centerville Rd. Suite 400<br>Wilmington, DE 19808 | February 13, 2017 |
| 16. | Vendor Agreement | Franklin Pictures, LLC | 3385 Lanatta Street, Suite A<br>Sacramento, CA 95819<br><br>c/o Franklin R. Prevatt<br>4729 Donnie Lyn Way<br>Carmichael, CA 95608 | February 13, 2017 |
| 17. | Vendor Agreement | Fueled | 568 Broadway, 11th Floor<br>New York, NY 10012<br><br>c/o National Registered Agents, Inc.<br>160 Greentree Dr.<br>Dover, DE 19904 | February 13, 2017 |
| 18. | Publisher Contract | Full Time Fantasy Sports | 10892 Maiden Lane<br>Bainbridge Island, WA 98110<br><br>Attn: Ian Ritchie, Founder/CEO<br>8905 W. Post Lane Suite 100<br>Las Vegas, NV 89148<br><br>Ian Ritchie<br>c/o Fulltime Fantasy Sports, LLC | February 13, 2017 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | 848 Rainbow Blvd.<br>Las Vegas, NV 89107<br><br>Wollmuth Maher Deutsche LLP<br>Attn: James N. Lawlor and John D. Gaimpolo<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br><br>Ryan Swanson & Cleveland<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br><br>Myer Law PLLC<br>Attn: John A. Myer<br>2101 Fourth Avenue<br>Seattle, WA 98121-2315 |   |
| 19. | Employee Offer Letter | Gayne Young | 209 W. Mulberry<br>Fredericksburg, TX 78624 | February 13, 2017 |
| 20. | Employee Offer Letter | Holly Hallquist | 9456 Columbus Ave S<br>Bloomington, MN 55420 | February 13, 2017 |
| 21. | Marketing Contract | Hootsuite | Attn: David Accazar<br>5 East 8th Ave.<br>Vancouver, BC V5T 1R6<br>Canada | February 13, 2017 |
| 22. | Publisher Contract | Indians Baseball Insider, LLC | 10271 Karaboo Trail<br>Concord Twp, OH 44077<br><br>Indians Baseball Insider, LLC<br>c/o Incorp Services, Inc.<br>9435 Waterstone Blvd., Ste. 140<br>Cincinnati, OH 45249 | February 13, 2017 |
| 23. | Publisher Contract | Irish Illustrated LLC | Attn: Jack Freeman<br>20353 Garnet Drive<br>South Bend, IN 46614 | February 13, 2017 |
| 24. | Vendor Agreement | James Manry | 421 Jefferson Circle NE<br>Atlanta, GA 30328 | February 13, 2017 |
| 25. | Publisher Contract (Virginia | Jason Stamm | 506 Craig St.<br>Christianburg, VA 24073 | February 13, 2017 |

| | | | | |
|---|---|---|---|---|
| | | Tech) | | |
| 26. | Employee Offer Letter | Jay Torrell | 1632 10th Avenue West<br>Seattle, WA 98119 | February 13, 2017 |
| 27. | Publisher Contract | Jensen Sports Media, LLC | Attn: Chad N. Jensen<br>5641 Poppy Circle<br>Stansbury Park, UT 84074 | February 13, 2017 |
| 28. | Publisher Contract | Jets Insider.com Ltd. | 223 Wall Street, Suite 200<br>Huntington, NY 11743 | February 13, 2017 |
| 29. | Employee Offer Letter | Joel Cox | 3053 W. 132nd Terrace<br>Leawood, KS 66209 | February 13, 2017 |
| 30. | Employee Offer Letter | John DeFrance | 1491 Pinetree Trail<br>Eagan, MN 55122 | February 13, 2017 |
| 31. | Employee Offer Letter | John Huffman | 5615 Evergreen Loop SE<br>Auburn, WA 98092 | February 13, 2017 |
| 32. | Employee Offer Letter | Jonathan Jacobino | 3 North 3rd Street<br>Courtland Manor, NY 10567 | February 13, 2017 |
| 33. | Employee Offer Letter | Jonathan Kahn | 27-10 Astoria Blvd Apt 5D<br>Astoria, NY 11102 | February 13, 2017 |
| 34. | Vendor Agreement | Jonathan Levine | 8228 Fountain Ave.<br>Suite 4<br>West Hollywood, CA 90046 | February 13, 2017 |
| 35. | Employee Offer Letter | Kevin E. Zanker | 13616 Heather HLS Dr.<br>Burnsville, MN 55337 | February 13, 2017 |
| 36. | Website Purchase Agreement | Lavaca Outdoors, LLC | 700 Lavaca<br>Suite 1300<br>Austin, TX 78701<br><br>DuBois Bryant & Campbell<br>Attn: Seth E. Meisel, Esq.<br>303 Colorado, Suite 2300<br>Austin, TX 78701<br><br>Lavaca Outdoors, LLC<br>303 Colorado St.<br>Suite 2300<br>Austin, TX 78701 | February 13, 2017 |
| 37. | Employee Offer Letter | Matt Puckett | 2207 Longhorn Lane<br>Buffalo, MN 55313 | February 13, 2017 |

| 38. | Employee Offer Letter | Melissa Lockard | 913 Moon Ct. Lafayette, CA 94549 | February 13, 2017 |
|---|---|---|---|---|
| 39. | Employee Offer Letter | Michael A. Olson | 1620 209th PL NE Sammamish, WA 98074 | February 13, 2017 |
| 40. | Employee Offer Letter | Michael H. Gregoire | 3350 W. Twain Ct. Anthem, AZ 85086 | February 13, 2017 |
| 41. | Service Agreement | Microsoft Licensing GP Lockbox 842467 | 1950 N. Stemmons Fwy. Suite 5010 Dallas, TX 75207<br><br>Microsoft Licensing GP c/o Microsoft Corporation Corporation Service Company 2711 Centerville Rd., Suite 400 Wilmington, DE 19801 | February 13, 2017 |
| 42. | Employee Offer Letter | Monika Samek | 2702 NE 21st Street Renton, WA 98056 | February 13, 2017 |
| 43. | Publisher Contract (Missouri Tigers) | Nathan Latsch | 517 Treetop Village Dr. Ballwin, MO 63021 | February 13, 2017 |
| 44. | Service Agreement | Outbrain, Inc. | 39 W. 13th Street, 3rd Floor New York, NY 10011 | February 13, 2017 |
| 45. | Employment Contract Dated May 30, 2016 | Peter Ruprecht | 511 6th Avenue #220 New York, NY 10011 | February 13, 2017 |
| 46. | Advertising Contract | Premiere Networks, Inc. | P.O. Box 98849 Chicago, IL 60693 | February 13, 2017 |
| 47. | Publisher Contract | Robert Carr, Jr. | 1501 Secret Ravine Pkwy Roseville, CA 95661 | February 13, 2017 |
| 48. | Vendor Agreement | RPM, Inc. | 6665 W. HWY 13 Savage, MN 55378 | February 13, 2017 |
| 49. | Publisher Contract (Colorado State) | Ryan Krous | 3324 Pepperwood Ln. Fort Collins, CO 80525 | February 13, 2017 |
| 50. | Employee Offer Letter | Shawn Patrick Nustad | 1506 Holdridge Terrace Wayzata, MN 55391 | February 13, 2017 |
| 51. | Employee Offer Letter | Spencer Winding | 518 Gregory Avenue, Unit C214 Weehawken, NJ 07086 | February 13, 2017 |

| | | | | |
|---|---|---|---|---|
| 52. | Employee Offer Letter | Steve Scott Kennedy | 765 Sturges Way<br>Alpharetta, GA 30022 | February 13, 2017 |
| 53. | Employee Offer Letter | Tracy E. Pierson | 2576 Featherwood St.<br>Westlake Village, CA 91362 | February 13, 2017 |
| 54. | Hosting Contract | Twitter, Inc. | Attn: Michael Buse<br>1355 Market Street<br>Suite 900<br>San Francisco, CA 94103<br><br>Blakeley LLP<br>Attn: Crispin Labayan Collins, Esq.<br>18500 Von Karman Ave, Suite 530<br>Irvine, California 92612<br><br>c/o Incorporating Services, Ltd.<br>3500 S. DuPont Hwy.<br>Dover, DE 19901 | February 13, 2017 |
| 55. | Hosting Contract | USA Today/ US Presswire, LLC | 1230 Peachtree St. NE<br>Suite 1900<br>Atlanta, GA 30309<br><br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | February 13, 2017 |

**Exhibit 2**

## The Leases

| | DESCRIPTION OF DESIGNATED LEASE | COUNTERPARTY TO DESIGNATED LEASE | ADDRESS OF COUNTERPARTY TO DESIGNATED LEASE | REJECTION DATE |
|---|---|---|---|---|
| 1. | Real Estate Lease | Contra Media Group LLC | Attn: Steve Mass<br>122 West 26th St.<br>5th Floor<br>New York, NY 10007 | February 28, 2017 |
| 2. | Real Estate Lease | JMM Properties, LLC | Attn: Tom Mason<br>14701 Rocksborough Rd.<br>Minnetonka, MN 53345 | February 28, 2017 |
| 3. | Real Estate Lease | Magoon Enterprises | 8451 SE 68th Street, STE 200<br>Mercer Island, WA 98040<br><br>Stokes Lawrence, P.S.<br>Attn: Michael R. Garner<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101<br><br>c/o SEL, Inc.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101<br><br>Attn: Karen Stephens<br>130 Nickerson Street<br>Suite 207<br>Seattle, WA 98109 | February 28, 2017 |
| 4. | Real Estate Lease | SH Real Estate, LLC | 900 HWY 169 N., Suite 100<br>NE Hope, MN 55428<br><br>Attn: James Thomas<br>Manager/Registered Agent<br>1314 Westridge Rd.<br>New Elm, MN 56073 | February 28, 2017 |
| 5. | Real Estate Lease | SH Whitewater, LLC | 900 HWY 169 N., Suite 100<br>NE Hope, MN 55428 | February 28, 2017 |

|  |  | Attn: James Thomas<br>Registered Agent<br>1314 Westridge Rd.<br>New Elm, MN 56073<br><br>Savitt Bruce & Wiley LLP<br>Attn: Stephen C. Wiley, Esq.<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 9801-2272<br><br>Dunn Carney Allen Higgins & Tongue<br>Attn: John H. Chambers, Esq.<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204-1357<br><br>Gialson & Hunter, LLP<br>Attn: Daniel A. Beckman, Esq.<br>Golden Hills Office Ctr.<br>701 Xenia Ave., S., #500<br>Minneapolis, MN 55416 |  |