**DLA PIPER LLP (US)**
Rachel Ehrlich Albanese
Andrew R. Escobar
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
rachel.albanese@dlapiper.com
andrew.escobar@dlapiper.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SCOUT MEDIA, INC., et al., | : | Case No. 16-13369 (MEW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters this Notice of Appearance as counsel for Doug and Jane Doe Smith, and Mark and Jane Doe Stieglitz (together, the "Movants"), and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> **DLA PIPER LLP (US)**
> Rachel Ehrlich Albanese
> Andrew R. Escobar
> 1251 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 335-4500
> Facsimile: (212) 335-4501
> rachel.albanese@dlapiper.com
> andrew.escobar@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Movants' (i) right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Movants are or may be entitled under agreements at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved and preserved.

Dated: October 25, 2017          **DLA PIPER LLP (US)**

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese
Andrew R. Escobar
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
rachel.albanese@dlapiper.com
andrew.escobar@dlapiper.com

*Counsel to the Movants Doug and Jane Doe Smith, and Mark and Jane Doe Stieglitz*