UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re: :
 : Chapter 7
SCOUT MEDIA, INC. *et al*,[1] :
 : Case No. 16-13369-MEW
 Debtors. :
---------------------------------------------------------- x

## ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND ZINCORA LLC

**UPON** the Motion, dated February 5, 2019, of Ian J. Gazes, chapter 7 trustee (the "Trustee") of the estate of Scout Media, Inc., for an order of this Court approving the settlement agreement with Zincora LLC, annexed to the Motion as Exhibit "B" (the "Settlement Agreement"), pursuant to Fed. R. Bankr. P. 9019(a); and it appearing that this Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b) and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated July 31, 2012 (Preska, C.J.); and it appearing that venue of this case in this district is proper under 28 U.S.C. § 1408; and it appearing from the Certificate of Service filed with this Court that due and sufficient notice of the Motion has been given to all parties entitled to receive notice and no further notice thereof is required; and it appearing that the Settlement Agreement is fair and equitable and in the best interest of SMI's estate; and due deliberation having been had thereon and sufficient cause appearing therefore; it is

**ORDERED**, the Motion is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Fed. R. Bankr. 9019(a), the Trustee's entry into and performance under the Settlement Agreement is approved; and it is further

---

[1] The Debtors in these jointly administered cases are: Scout Media Holdings, Inc.; Scout Media, Inc.; FTFS Acquisition, LLC; and Scout.com, LLC. The Debtors' respective cases have not been substantively consolidated.

**ORDERED,** that this Court shall retain jurisdiction to determine any matter arising from or related to the interpretation, implementation, or enforcement of the Settlement Agreement.

Dated: New York, New York
     February 22   , 2019

                                            s/Michael E. Wiles
                                            Honorable Michael E. Wiles
                                            United States Bankruptcy Judge