# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## ONE BOWLING GREEN
## NEW YORK, NY 10004-1408

*Vito Genna*
*Clerk of Court*
*(212) 668-2870*

October 20, 2022

Ian J. Gazes
Gazes LLC
4780 SW 86th Terrance
Miami, FL 33143

Re: **Scout Media, Inc.– 16-13369-mew**

Dear Mr. Gazes,

In reference to the above case, the following document(s) have not been filed. Please note that the document(s) marked below needs to be filed to reflect the progression of the case.

1. (**X**) Status Report
2. (  ) Trustee's Report of No Distribution
3. (  ) Statement Re: Adversary Proceeding(s) Charged to the Estate
4. (**X**) Trustee's Final Report and Account
5. (  ) Notice of Distribution
6. (  ) Affidavit of Final Distribution
7. (  ) Other

Please file this document(s) promptly to facilitate the administration and eventual closing of this case or provide a case status.

Thank you for your cooperation in this matter.

Sincerely,

VITO GENNA
Clerk of Court

By: <u>Kenishia Braithwaite</u>
       Deputy Clerk