David Dinoso, Esq.
11 Broadway, Suite 615
New York, NY 10004
(646) 397-7280
david@dinosolaw.com
*Counsel to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

In re:

    SCOUT MEDIA, INC. *et al*,[1]

                                              Debtors.

-------------------------------------------------------------X

Chapter 7 (Converted)

Case No. 16-13369-mew

## CHAPTER 7 TRUSTEE'S INTERIM REPORT

    Ian J. Gazes (the "Trustee"), the chapter 7 trustee of the jointly administered estates of Scout Media Holdings, Inc. ("SMHI"), Scout Media, Inc ("SMI"), FTFS Acquisition, LLC ("FTFS"), and Scout.com, LLC. ("Scout" and collectively with SMHI, SMI, and FTFS the "Debtors"), by and through his undersigned attorney, submits this Interim Report and respectfully states as follows:

### I. BACKGROUND

1.    On December 1, 2016, LSC Communications, Inc., f/d/b/a R.R. Donnelley & Sons Co., On Safari Foods, and Imatch Services, LLC, filed an involuntary petition against SMI.

2.    On December 9, 2016, SMHI, FTFS and Scout filed petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these jointly administered cases are: Scout Media Holdings, Inc.; Scout Media, Inc.; FTFS Acquisition, LLC; and Scout.com, LLC.

3. On December 12, 2016, the Court entered an order directing the joint administration of the Debtors' chapter 11 cases [Doc. No. 33].

4. On July 14, 2017, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 [Doc. No. 351].

5. On August 2, 2017, the United States Trustee appointed the Trustee as interim trustee [Doc. No. 356]. The Trustee has since qualified and now serves as the permanent trustee pursuant to 11 U.S.C. § 702(d).

## II. CASE STATUS

6. To date, the Trustee has realized the sum of $280,108.16 in gross liquidation proceeds.

7. The Trustee does not anticipate the receipt of any further liquidation proceeds.

8. However, as reported in the Trustee's previous interim report, he is required by 11 U.S.C. § 707(a)(11) to perform certain administrative obligations with respect to the Debtors' Retirement Savings Plan (the "Plan").

9. Since the previous interim report, the Trustee has caused distributions to be made to the Plan participants in accordance with the Plan's provisions and applicable law.

10. The Trustee is now in the process of closing out the Plan and has retained ERISA counsel to complete that process. It is anticipated that the Plan will soon be fully closed, and the Trustee will then be able to file his final report.

Dated: New York, New York
November 7, 2022

/s/ David Dinoso
David Dinoso, Esq.
11 Broadway, Suite 615
New York, NY 10004
(646) 397-7280
david@dinosolaw.com